| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Howard J. Steinberg (SBN 89291)<br>Eric V. Rowen (SBN 106234)<br>Matthew R. Gershman (SBN 253031)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA  90067<br>Telephone: (310) 586-7700<br>Facsimile:  (310)  586-7800<br>steinbergh@gtlaw.com<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for*   Defendant Hankey Capital, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br>ADVERSARY NO.: 2:22-ap-01125-DS |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br><br>Plaintiff(s),<br>vs.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, et al.,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br><br>**RE:** (*title of motion*[1]):  <u>STIPULATION TO    </u><br><u>EXTEND DEFENDANT HANKEY CAPITAL,</u><br><u>LLC'S TIME TO RESPOND TO AMENDED</u><br>CROSS COMPLAINT |

PLEASE TAKE NOTE that the order or judgment titled <u>[Proposed] Order Granting Stipulation to Extend Defendant Hankey Capital, LLC's Time to Respond to Yogi Securities Holdings' Amended Cross-Complaint</u> was lodged on (*date*)  <u>  10/03/2022       </u>  and is attached.  This order relates to the motion which is docket number <u>58  </u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 1    F 9021-1.2.ADV.NOTICE.LODGMENT

**ATTACHMENT**

1  Howard J. Steinberg (SBN CA 89291)
   Eric V. Rowen (SBN 106234)
2  Matthew R. Gershman (SBN 253031)
   GREENBERG TAURIG, LLP
3  1840 Century Park East, Suite 1900
4  Los Angeles, California 90067-2121
   Telephone: 310-586-7700/Facsimile: 310-586-7800
5
   Thomas M. Geher (SBN CA 130588)
6  JEFFER MANGELS BUTLER & MITCHELL LLP
7  1900 Avenue of the Stars, 7th Floor
   Los Angeles, California 90067
8  Telephone: 310-203-8080/Facsimile: 310-712-3302

9  Attorneys for Defendant and Cross-Defendant Hankey Capital, LLC

10
                    **UNITED STATES BANKRUPTCY COURT**
11
              **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**
12

| | |
|---|---|
| In re | Bk No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC, a Quebec corporation, | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT HANKEY CAPITAL, LLC'S TIME TO RESPOND TO YOGI SECURITIES HOLDINGS, LLC'S AMENDED CROSS-COMPLAINT** |
| Plaintiff,<br>v. | |
| CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation, | Judge: Hon. Deborah J. Saltzman<br><br>Current Response Date: October 5, 2022<br>New Response Date: November 4, 2022<br><br>Action Filed: June 9, 2022 |
| Defendants. | |
| YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company, | |
| Counter/Cross-Claimant,<br>v. | |
| CRESTLLOYD, LLC, a California Limited Liability Company; HANKEY CAPITAL, | |

| | |
|---|---|
| 1 | LLC, a California limited liability company; and HILLDUN CORPORATION, a New York corporation, |
| 2 | |
| 3 | Counter/Cross-Defendants. |
| 4 | |
| 5 | CRESTLLOYD, LLC, a California Limited Liability Company, |
| 6 | Cross-Claimant, |
| 7 | v. |
| 8 | INFERNO INVESTMENT, INC., a Quebec corporation; NILE NIAMI, an individual; YVONNE NIAMI, an individual; GROUND VIEW LLLP, a Nevada limited liability limited partnership; 1369 LONDONBERRY ESTATE LLC, a California limited liability company; N:PHILANTHROPY, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; TROUSDALE ESTATE, LLC, a Nevada limited liability company; JOSEPH ENGLANOFF, an individual; JUSTINE ENGLANOFF, an individual; JACQUELINE ENGLANOFF, an individual; and HILLDUN CORPORATION, a New York corporation, |
| 16 | Cross-Defendants. |

2

The Court having reviewed and considered the Stipulation To Extend Defendant Hankey Capital, LLC's Time To Respond To Yogi Securities Holdings, LLC's Amended Cross-Complaint (the "Stipulation") by and between Cross-Defendant Hankey Capital, LLC,  ("Hankey"), on the one hand, and Cross-Claimant Yogi Securities Holdings, LLC ("Yogi" and collectively with Hankey, the "Parties"), on the other hand, by and through their respective counsel, and for good cause appearing therefor:

IT IS ORDERED that:

1. The Stipulation is approved.

2. The deadline for Cross-Defendant Hankey Capital, LLC to answer, move, or otherwise respond to the Amended Cross-Complaint of Yogi Securities Holdings, LLC shall be extended by thirty (30) days up to and including November 4, 2022.

# # #

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT HANKEY CAPITAL, LLC'S TIME TO RESPOND TO YOGI SECURITIES HOLDINGS, LLC'S AMENDED CROSS-COMPLAINT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1840 Century Park East, Suite 1900, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/03/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __10/03/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027
Martin D Singer, Lavely & Singer Professional Corporation, 2049 Century Park East Ste 2400, Los Angeles, CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __10/03/2022__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL: Deborah Saltzman, U.S.B.C, Central District of California,
255 E. Temple Street, Suite 1634, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/03/2022 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

SERVICE LIST
In re Crestlloyd, LLC
Case No. 2:21-bk-18205-DS
Adv. No. 2:22-ap-01125-DS

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kyra E Andrassy**  kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **Todd M Arnold**  tma@lnbyg.com
- **Ryan Coy**  rcoy@bg.law, ecf@bg.law
- **Thomas M Geher**  tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**  dbg@lnbyg.com, stephanie@lnbyb.com
- **Jonathan Gottlieb**  jdg@lnbyg.com
- **John A Moe**  john.moe@dentons.com, glenda.spratt@dentons.com; derry.kalve@dentons.com
- **Joseph M Rothberg**  jmr@lnbyg.com
- **Paul Sorrell**  psorrell@lavelysinger.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com; lalitdock@gtlaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov

1

ACTIVE 682408444v1