| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**RAINES FELDMAN LLP**<br>Hamid R. Rafatjoo (State Bar No. 181564)<br>    hrafatjoo@raineslaw.com<br>John S. Cha (State Bar No. 129115)<br>    jcha@raineslaw.com<br>Nathaniel M. Carle (State Bar No. 304846)<br>    ncarle@raineslaw.com<br>1800 Avenue of the Stars, 12th Floor<br>Los Angeles, CA  90067<br>Telephone:     310.440.4100<br>Facsimile:      310.691.1367<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Cross-Defendant Nile Niami | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br><br>Debtor(s). | CASE NO.:  2:21-bk-18205-DS<br>CHAPTER: 11<br><br>ADVERSARY NO.: 2:22-ap-01125-DS |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>                              Plaintiff(s),<br><br>vs.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability Company; and HILLDUN CORPORATION, a NEW YORK CORPORATION,<br><br>                              Defendant<br><br>AND RELATED CROSS-ACTIONS. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):<br>**STIPULATION TO EXTEND TIME FOR CROSS-DEFENDANT NILE NIAMI TO RESPOND TO CROSS-CLAIMANT CRESTLLOYD, LLC'S CROSS-COMPLAINT** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER APPROVING STIPULATION TO EXTEND TIME FOR CROSS-DEFENDANT NILE NIAMI TO RESPOND TO CROSS-CLAIMANT CRESTLLOYD, LLC'S CROSS-COMPLAINT**
was lodged on (*date*) October 25, 2022 and is attached.  This order relates to the motion which is docket number _____.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A



**Adversary LODGED ORDER UPLOAD FORM**

Tuesday, October 25, 2022

Upload Again

CONFIRMATION :

You've successfully uploaded the order:
( **11257814.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Inferno Investment, Inc. v. Crestlloyd, LLC et al
- **Case Number**: 22-01125
- **Judge Initial**: DS
- **Case Type**: ap ( Adversary )
- **Document Number**: 84
- **On Date**: 10/25/2022 @ 03:52 PM

Please print  this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

**RAINES FELDMAN LLP**
Hamid R. Rafatjoo (State Bar No. 181564)
    hrafatjoo@raineslaw.com
John S. Cha (State Bar No. 129115)
    jcha@raineslaw.com
Nathaniel M. Carle (State Bar No. 304846)
    ncarle@raineslaw.com
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:   310.440.4100
Facsimile:   310.691.1367

Attorneys for Cross-Defendant NILE NIAMI

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>    Debtor and Debtor in Possession. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11 |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability Company; and HILLDUN CORPORATION, a NEW YORK CORPORATION,<br><br>    Defendants. | Adversary Number: 2:22-AP-01125-DS<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME FOR CROSS-DEFENDANT NILE NIAMI TO RESPOND TO CROSS-CLAIMANT CRESTLLOYD, LLC'S CROSS-COMPLAINT**<br><br>Date:    December 1, 2022<br>Time:    11:30 a.m.<br>Place:    Courtroom 1639<br>          255 E. Temple Street<br>          Los Angeles, CA 90012<br><br>The Hon. Debra Saltzman |
| CRESTLLOYD, LLC, a California limited liability company,<br><br>    Cross-Claimant,<br><br>v.<br><br>INFERNO INVESTMENT, INC., a Quebec Corporation; NILE NIAMI, an individual; | |

1

3094653.1

| | |
|---|---|
| 1 | YVONNE NIAMI, an individual, GROUND VIEW LLLP, a Nevada limited liability limited partnership; 1369 LONDONDERRY ESTATE LLC, a California limited liability company; MARBELLA CONSTRUCTION INC., a California limited liability company; N:PHILANTHROPY LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; TROUSDALE ESTATE, LLC, a Nevada limited liability Company; JOSEPH ENGLANOFF, an individual; JUSTINE ENGLANOFF, an individual; NICOLE ENGLANOFF, an individual; JACQUELINE ENGLANOFF, an individual; HILLDUN CORPORATION, a New York corporation. |

Cross-Defendants.

The court having reviewed and considered the Stipulation to Extend Time for Cross-Defendant Nile Niami to Respond to Cross-Claimant Crestlloyd, LLC's Cross-Complaint (the "Stipulation") [Dkt. No. 84], and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved. The deadline for Cross-Defendant Nile Niami to answer, move, or otherwise respond to the Cross-Complaint filed by Crestlloyd, LLC is extended by thirty days to November 10, 2022.

###

2

3094653.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1800 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 25, 2022 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Ryan Coy**    rcoy@bg.law, ecf@bg.law
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Joseph M Rothberg**    jmr@lnbyg.com
- **Paul Sorrell**    psorrell@lavelysinger.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                           Page 2                                **F 9021-1.2.ADV.NOTICE.LODGMENT**
3100594.1

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/25/2022 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*              Page 3              **F 9021-1.2.ADV.NOTICE.LODGMENT**
3100594.1