```
STEVEN T. GUBNER – Bar No. 156593
JERROLD L. BREGMAN – Bar No. 149896
JASON B. KOMORSKY - Bar No. 155677
RYAN F. COY – Bar No. 324939
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:      sgubner@bg.law
            jbregman@bg.law
            jkomorsky@bg.law
            rcoy@bg.law
```

Attorneys for Defendant and Cross-Defendant
Hilldun Corporation

**FILED & ENTERED**

**NOV 18 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>CRESTLLOYD, LLC,<br>　　　　　　　　　　　　Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 7<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC.,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br>CRESTLLOYD, LLC,<br>　　　　　　　　　　　　Defendants. | **ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINE FOR CROSS-DEFENDANT HILLDUN CORPORATION TO FILE RESPONSE TO CROSS-CLAIMANT CRESTLLOYD, LLC'S CROSS-COMPLAINT** |
| CRESTLLOYD, LLC,<br>　　　　　　　　　　　　Cross-Claimant,<br>vs.<br>INFERNO INVESTMENT, INC.,<br>　　　　　　　　　　　　Cross-Defendants. | |
| YOGI SECURITIES HOLDINGS, LLC,<br>　　　　　　　　　　　　Counter/Cross-Claimant,<br>vs.<br>CRESTLLOYD, LLC, et al.,<br>　　　　　　　　　　　　Counter/Cross-Defendants. | |

The court having reviewed and considered the "Second Stipulation to Extend Deadline for Cross-Defendant Hilldun Corporation to File Response to Cross-Claimant Crestlloyd, LLC's Cross-Complaint" (the "Stipulation," Docket No. 104), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved. The deadline for cross-defendant Hilldun Corporation to respond to the cross-complaint of Crestlloyd, LLC is extended from November 18, 2022 to December 2, 2022.

### 

Date: November 18, 2022

Deborah J. Saltzman
United States Bankruptcy Judge