United States Bankruptcy Court
Central District of California

Inferno Investment, Inc.,
    Plaintiff

Crestlloyd, LLC,
    Defendant

Adv. Proc. No. 22-01125-DS

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3
Date Rcvd: Nov 18, 2022      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Martin D Singer, Lavely & Singer Professional Corporation, 2049 Century Park East Ste 2400, Los Angeles, CA 90067-3126 |
| dft | + | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | 1369 Londonderry Estate LLC, a California Limited |
| intp | | Courtesy NEF |
| crd | | Ground View LLLP, a Nevada Limited Liability Limit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hilldun Corporation |
| cd | | Hilldun Corporation, a New York Corporation |
| crd | | Hilldun Corporation, a New York Corporation |
| cd | | Inferno Investment, Inc. |
| pla | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| crd | | Inferno Investment, Inc. |
| crd | | Jacqueline Englanoff |
| crd | | Joseph Englanoff |
| crd | | Justine Englanoff |
| crd | | Marbella Construction Inc., a California Corporati |
| crd | | N:Philanthropy LLC, a California Limited Liability |
| crd | | Nicole Englanoff |
| crd | | Nile Niami |
| crd | | Trousdale Estate LLC, a Nevada Limited Liability C |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| dft | | Yogi Securities Holdings, LLC |
| crd | | Yvonne Niami |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| crc | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 26 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 2:22-ap-01125-DS    Doc 108    Filed 11/20/22    Entered 11/20/22 21:16:38    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: pdf031 | Total Noticed: 2 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B Golubchik | on behalf of Defendant Crestlloyd LLC dbg@lnbyg.com, stephanie@lnbyb.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant Marbella Construction Inc. a California Corporation hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant Ground View LLLP a Nevada Limited Liability Limited Partnership hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant Nile Niami hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant 1369 Londonderry Estate LLC a California Limited Liability Company hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Howard Steinberg | on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;lalitdock@gtlaw.com |
| John A Moe, II | on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Counter-Defendant Crestlloyd LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Counter-Claimant Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Defendant Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com |

District/off: 0973-2  User: admin  Page 3 of 3
Date Rcvd: Nov 18, 2022  Form ID: pdf031  Total Noticed: 2

| | |
|---|---|
| Johnny White | on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Gottlieb | on behalf of Interested Party Courtesy NEF jdg@lnbyg.com |
| Joseph M Rothberg | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com |
| Joseph M Rothberg | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com |
| Kyra E Andrassy | on behalf of Plaintiff Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Max Fabricant | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Paul Sorrell | on behalf of Plaintiff Inferno Investment Inc. psorrell@lavelysinger.com |
| Paul Sorrell | on behalf of Counter-Defendant Inferno Investment Inc. psorrell@lavelysinger.com |
| Ryan Coy | on behalf of Defendant Hilldun Corporation rcoy@bg.law ecf@bg.law |
| Ryan Coy | on behalf of Cross Defendant Hilldun Corporation a New York Corporation rcoy@bg.law, ecf@bg.law |
| Thomas M Geher | on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com |
| Todd M Arnold | on behalf of Interested Party Courtesy NEF tma@lnbyg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 32

```
 1  STEVEN T. GUBNER – Bar No. 156593
    JERROLD L. BREGMAN – Bar No. 149896
 2  JASON B. KOMORSKY - Bar No. 155677
    RYAN F. COY – Bar No. 324939
 3  BG LAW LLP
    21650 Oxnard Street, Suite 500
 4  Woodland Hills, CA 91367
    Telephone:  (818) 827-9000
 5  Facsimile:   (818) 827-9099
    Email:     sgubner@bg.law
 6             jbregman@bg.law
               jkomorsky@bg.law
 7             rcoy@bg.law

 8  Attorneys for Defendant and Cross-Defendant
    Hilldun Corporation
```

**FILED & ENTERED**

**NOV 18 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>                      Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 7<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC.,<br>                      Plaintiff,<br>v.<br>CRESTLLOYD, LLC,<br>                      Defendants. | **ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINE FOR CROSS-DEFENDANT HILLDUN CORPORATION TO FILE RESPONSE TO CROSS-CLAIMANT YOGI SECURITIES HOLDINGS, LLC'S CROSS-COMPLAINT** |
| CRESTLLOYD, LLC,<br>                      Cross-Claimant,<br>v.<br>INFERNO INVESTMENT, INC.,<br>                      Cross-Defendants. | |
| YOGI SECURITIES HOLDINGS, LLC,<br>                      Counter/Cross Claimant,<br>v.<br>CRESTLLOYD, LLC, et al.,<br>                      Counter/Cross-Defendants. | |

The court having reviewed and considered the "Second Stipulation to Extend Deadline for Cross-Defendant Hilldun Corporation to File Response to Cross-Claimant Yogi Securities Holdings, LLC's Cross-Complaint" (the "Stipulation," Docket No. 103), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved, and the deadline for cross-defendant Hilldun Corporation to respond to the cross-complaint of Yogi Securities Holdings, LLC is extended from November 18, 2022 to December 2, 2022.

###

Date: November 18, 2022

Deborah J. Saltzman
United States Bankruptcy Judge