STEVEN T. GUBNER – Bar No. 156593
JERROLD L. BREGMAN – Bar No. 149896
JASON B. KOMORSKY - Bar No. 155677
RYAN F. COY – Bar No. 324939
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:      sgubner@bg.law
            jbregman@bg.law
            jkomorsky@bg.law
            rcoy@bg.law

Attorneys for Defendant and Cross-Defendant
Hilldun Corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>                    Debtor. | Case No.  2:21-bk-18205-DS<br><br>Chapter 7<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br>                    Plaintiff,<br>v.<br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br>                    Defendants. | **CROSS-DEFENDANT HILLDUN CORPORATION'S ANSWER TO CROSS-CLAIMANT CRESTLLOYD, LLC'S CROSS-COMPLAINT** |
| CRESTLLOYD, LLC, a California limited liability company,<br>                    Cross-Claimant,<br>v.<br>INFERNO INVESTMENT, INC., a Quebec Corporation; et al.,<br>                    Cross-Defendants. | |

1

1    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, as applied in this adversary

2  proceeding by Rule 7008 of the Federal Rules of bankruptcy Procedure, Defendant and Cross-

3  Defendant Hilldun Corporation ("Hilldun"), hereby submits its answer to *Defendant Crestlloyd,*

4  *LLC's Cross-Complaint* (the "Crestlloyd Cross-Complaint," Adv. Docket No. 27) filed by Defendant

5  and Cross-Claimant Crestlloyd, LLC (the "Debtor"), as follows:

6    Except for allegations that are expressly admitted herein, all allegations in the Crestlloyd

7  Cross-Complaint are denied—the use and restatement of the Cross-Complaint's headings and sub-

8  headings are only utilized for reference and organizational purposes, and their use should not be

9  construed as an admission of any argument.  Most of the Cross-Complaint's claims and allegations

10  are directed at defendant Hankey Capital, LLC ("Hankey"), Yogi Securities Holdings LLC ("Yogi"),

11  and other related parties regarding the related subject property and, thus, Hilldun lacks sufficient

12  knowledge to admit or deny most of the allegations.

13    Pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Hilldun hereby

14  states that it consents to the entry of final orders or judgment by the above-captioned bankruptcy

15  court.

## JURISDICTION AND VENUE

17    1.    The allegations in paragraph 1 contain legal conclusions, and thus, they do not require

18  a response. To the extent a response is required, however, Hilldun admits that the Court has

19  jurisdiction over this matter.

20    2.    The allegations in paragraph 2 contain legal conclusions, and thus, they do not require

21  a response.  To the extent a response is required, however, Hilldun admits that venue is proper in this

22  Court.

23    3.    The allegations in paragraph 3 contain legal conclusions, and thus, they do not require

24  a response.

25    4.    The allegations in paragraph 4 contain legal conclusions, and thus, they do not require

26  a response.

27

28

2

## <u>SUMMARY OF CLAIMS</u>

5.      The allegations in paragraph 5 contain legal conclusions, and thus, they do not require a response. The allegations in paragraph 5 contain legal conclusions or are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

6.      The allegations in paragraph 6 contain legal conclusions or are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

7.      The allegations in paragraph 7 contain legal conclusions or are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

8.      The allegations in paragraph 8 contain legal conclusions or are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

9.      The allegations in paragraph 9 contain legal conclusions or are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

10.      The allegations in paragraph 10 contain legal conclusions, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun denies the allegations.

///

2853671

1

**PARTIES TO THE ACTION**

2  11.    The allegations contained in paragraph 11 are not directed at Hilldun, and therefore,

3  do not require a response.  To the extent that the allegations do require a response, based on

4  information and belief, Hilldun admits the allegations.

5  12.    The allegations contained in paragraph 12 are not directed at Hilldun, and therefore,

6  do not require a response.  To the extent that the allegations do require a response, based on

7  information and belief, Hilldun admits the allegations.

8  13.    The allegations contained in paragraph 13 are not directed at Hilldun, and therefore,

9  do not require a response.  To the extent that the allegations do require a response, based on

10  information and belief, Hilldun admits the allegations.

11  14.    The allegations contained in paragraph 14 are not directed at Hilldun, and therefore,

12  do not require a response.  To the extent that the allegations do require a response, based on

13  information and belief, Hilldun admits the allegations.

14  15.    The allegations contained in paragraph 15 are not directed at Hilldun, and therefore,

15  do not require a response.  To the extent that the allegations do require a response, Hilldun lacks

16  sufficient knowledge and information to form a belief about the truth of such allegations, and on that

17  basis denies the allegations.

18  16.    The allegations contained in paragraph 16 are not directed at Hilldun, and therefore,

19  do not require a response.  To the extent that the allegations do require a response, Hilldun lacks

20  sufficient knowledge and information to form a belief about the truth of such allegations, and on that

21  basis denies the allegations.

22  17.    The allegations contained in paragraph 17 are not directed at Hilldun, and therefore,

23  do not require a response.  To the extent that the allegations do require a response, Hilldun lacks

24  sufficient knowledge and information to form a belief about the truth of such allegations, and on that

25  basis denies the allegations.

26  18.    The allegations contained in paragraph 18 are not directed at Hilldun, and therefore,

27  do not require a response.  To the extent that the allegations do require a response, based on

28  information and belief, Hilldun admits the allegations.

4

2853671

19.     The allegations contained in paragraph 19 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

20.     The allegations contained in paragraph 20 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

21.     The allegations contained in paragraph 21 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, based on information and belief, Hilldun admits the allegations.

22.     The allegations contained in paragraph 22 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

23.     The allegations contained in paragraph 23 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

24.     The allegations contained in paragraph 24 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

25.     The allegations contained in paragraph 25 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

2853671

26.     The allegations contained in paragraph 26 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

27.     The allegations contained in paragraph 27 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

28.     The allegations contained in paragraph 28 are not directed at Hilldun and only contain the definition for a defined term, and therefore, do not require a response.

29.     The allegations contained in paragraph 29 are not directed at Hilldun and only contain the definition for a defined term, and therefore, do not require a response.

30.     As to the allegations contained in paragraph 30, Hilldun admits the allegations.

## GENERAL ALLEGATIONS

31.     The allegations contained in paragraph 31 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.  Based on information and belief, Hilldun admits that Mr. Niami formed the Debtor.

32.     The allegations contained in paragraph 32 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

33.     The allegations contained in paragraph 33 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

6

34.     The allegations contained in paragraph 34 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.  Based on information and belief, Hilldun admits that the Debtor was in the business of developing high-end luxury homes in the Los Angeles area.

35.     As to the allegations contained in paragraph 35, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

36.     As to the allegations contained in paragraph 36, based on information and belief, Hilldun admits the allegations.

**A.  Crestlloyd's Dealings with Inferno**

37.     The allegations contained in paragraph 37 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

38.     The allegations contained in paragraph 38 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

39.     The allegations contained in paragraph 39 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced

2853671

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

40.     The allegations contained in paragraph 40 are not directed at Hilldun, and therefore,

do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers

to the referenced document for the contents of the document; (b) denies any characterization of the

referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

41.     The allegations contained in paragraph 41 are not directed at Hilldun, and therefore,

do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers

to the referenced document for the contents of the document; (b) denies any characterization of the

referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

42.     The allegations contained in paragraph 42 are not directed at Hilldun, and therefore,

do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers

to the referenced document for the contents of the document; (b) denies any characterization of the

referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

43.     The allegations contained in paragraph 43 are not directed at Hilldun, and therefore,

do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers

to the referenced document for the contents of the document; (b) denies any characterization of the

referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

44.     The allegations contained in paragraph 44 are not directed at Hilldun, and therefore,

do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers

2853671

1  to the referenced document for the contents of the document; (b) denies any characterization of the

2  referenced document that is inconsistent with the terms and language used in the referenced

3  document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

4  remaining allegations, and on that basis denies such allegations

5      45.    The allegations contained in paragraph 45 are not directed at Hilldun, and therefore,

6  do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers

7  to the referenced document for the contents of the document; (b) denies any characterization of the

8  referenced document that is inconsistent with the terms and language used in the referenced

9  document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

10  remaining allegations, and on that basis denies such allegations

11      46.    The allegations contained in paragraph 46 are not directed at Hilldun, and therefore,

12  do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers

13  to the referenced document for the contents of the document; (b) denies any characterization of the

14  referenced document that is inconsistent with the terms and language used in the referenced

15  document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

16  remaining allegations, and on that basis denies such allegations.

17      47.    The allegations contained in paragraph 47 are not directed at Hilldun, and therefore,

18  do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers

19  to the referenced document for the contents of the document; (b) denies any characterization of the

20  referenced document that is inconsistent with the terms and language used in the referenced

21  document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

22  remaining allegations, and on that basis denies such allegations.

23      48.    The allegations contained in paragraph 48 are not directed at Hilldun, and therefore,

24  do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers

25  to the referenced document for the contents of the document; (b) denies any characterization of the

26  referenced document that is inconsistent with the terms and language used in the referenced

27  document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

28  remaining allegations, and on that basis denies such allegations.

49.     The allegations contained in paragraph 49 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

50.     The allegations contained in paragraph 50 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

51.     The allegations in paragraph 51 contain legal conclusions or are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

**B.    Crestlloyd's Dealings with Yogi and the Englanoff Parties**

52.     The allegations in paragraph 52 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

53.     The allegations in paragraph 53 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization

of the referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

54. The allegations in paragraph 54 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

refers to the referenced document for the contents of the document; (b) denies any characterization

of the referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

55. The allegations in paragraph 55 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

refers to the referenced document for the contents of the document; (b) denies any characterization

of the referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

56. The allegations in paragraph 56 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

sufficient knowledge and information to form a belief about the truth of the remaining allegations,

and on that basis denies such allegations.

57. The allegations in paragraph 57 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

sufficient knowledge and information to form a belief about the truth of the remaining allegations,

and on that basis denies such allegations.

58. The allegations in paragraph 58 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

refers to the referenced document for the contents of the document; (b) denies any characterization

of the referenced document that is inconsistent with the terms and language used in the referenced

2853671

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

59.    The allegations in paragraph 59 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

60.    The allegations in paragraph 60 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

61.    The allegations contained in paragraph 61 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

62.    The allegations in paragraph 62 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

63.    The allegations contained in paragraph 63 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

64.    The allegations in paragraph 64 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

12

2853671

refers to the referenced document for the contents of the document; (b) denies any characterization

of the referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

65.    The allegations in paragraph 65 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

refers to the referenced document for the contents of the document; (b) denies any characterization

of the referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

66.    The allegations in paragraph 66 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

refers to the referenced document for the contents of the document; (b) denies any characterization

of the referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

67.    The allegations in paragraph 67 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

refers to the referenced document for the contents of the document; (b) denies any characterization

of the referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

68.    The allegations in paragraph 68 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

refers to the referenced document for the contents of the document; (b) denies any characterization

of the referenced document that is inconsistent with the terms and language used in the referenced

document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

remaining allegations, and on that basis denies such allegations.

2853671

69.     The allegations in paragraph 69 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

70.     The allegations in paragraph 70 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

71.     The allegations in paragraph 71 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

72.     The allegations contained in paragraph 72 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

73.     The allegations in paragraph 73 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

14

2853671

74.    The allegations in paragraph 74 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

75.    The allegations in paragraph 75 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

76.    The allegations in paragraph 76 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

77.    The allegations contained in paragraph 77 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

78.    The allegations contained in paragraph 78 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

79.    The allegations contained in paragraph 79 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks

2853671

sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

80.    The allegations contained in paragraph 80 are not directed at Hilldun, and therefore, do not require a response.  To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of such allegations, and on that basis denies the allegations.

81.    The allegations in paragraph 81 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced documents for the contents of the documents; (b) denies any characterization of the referenced documents that is inconsistent with the terms and language used in the referenced documents; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

82.    The allegations in paragraph 82 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced documents for the contents of the documents; (b) denies any characterization of the referenced documents that is inconsistent with the terms and language used in the referenced documents; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

83.    The allegations in paragraph 83 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced documents for the contents of the documents; (b) denies any characterization of the referenced documents that is inconsistent with the terms and language used in the referenced documents; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

**C.  <u>Crestlloyd's Dealings with Hilldun</u>**

84.    As to the allegations in paragraph 84, Hilldun admits the allegations.

85.    As to the allegations in paragraph 85, Hilldun admits the allegations.

86.    As to the allegations in paragraph 86, Hilldun admits the allegations.

16

87.     As to the allegations in paragraph 87, Hilldun admits the allegations.

88.     As to the allegations in paragraph 88, Hilldun (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) admits the remaining allegations.

89.     As to the allegations in paragraph 89, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

90.     As to the allegations in paragraph 90, Hilldun (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

91.     As to the allegations in paragraph 91, Hilldun (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) denies the remaining allegations.

92.     As to the allegations in paragraph 92, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

93.     As to the allegations in paragraph 93, Hilldun admits such allegations.

94.     As to the allegations in paragraph 94, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations

## **CLAIMS FOR RELIEF**

### **First Claim for Relief**

### **Recharacterization of Debt as to Inferno**

2853671

95.     As to paragraph 95, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

96.     The allegations in paragraph 96 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

97.     The allegations in paragraph 97 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

98.     The allegations in paragraph 98 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

99.     The allegations in paragraph 99 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

100.    The allegations in paragraph 100 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

2853671

refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

101.    The allegations in paragraph 101 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

102.    The allegations in paragraph 102 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

103.    The allegations in paragraph 103 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

104.    The allegations in paragraph 104 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

2853671

105.    The allegations in paragraph 105 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

106.    The allegations in paragraph 106 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

107.    The allegations in paragraph 107 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

**Second Claim for Relief**

**Equitable Subordination as to Inferno**

108.    As to paragraph 108, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

109.    The allegations in paragraph 109 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

110.    The allegations in paragraph 110 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

2853671

1    sufficient knowledge and information to form a belief about the truth of the remaining allegations,

2    and on that basis denies such allegations

3        111.    The allegations in paragraph 111 are not directed at Hilldun, and thus, they do not

4    require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

5    refers to the referenced document for the contents of the document; (b) denies any characterization

6    of the referenced document that is inconsistent with the terms and language used in the referenced

7    document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

8    remaining allegations, and on that basis denies such allegations.

9        112.    The allegations in paragraph 112 are not directed at Hilldun, and thus, they do not

10   require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

11   sufficient knowledge and information to form a belief about the truth of the remaining allegations,

12   and on that basis denies such allegations.

13       113.    The allegations in paragraph 113 are legal conclusions and are not directed at Hilldun,

14   and thus, they do not require Hilldun's response. To the extent that the allegations do require a

15   response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the

16   remaining allegations, and on that basis denies such allegations.

17                            **Third Claim for Relief**

18                    **Declaratory Relief as to Defendant Inferno**

19       114.    As to paragraph 114, Hilldun incorporates the prior responses to each of foregoing

20   paragraphs as if fully set forth herein.

21       115.    The allegations in paragraph 115 are not directed at Hilldun, and thus, they do not

22   require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)

23   admits that Inferno's original complaint has the quoted language; (b) refers to the referenced

24   document for the contents of the document; (c) denies any characterization of the referenced

25   document that is inconsistent with the terms and language used in the referenced document; and (d)

26   lacks sufficient knowledge and information to form a belief about the truth of the remaining

27   allegations, and on that basis denies such allegations.

28

21

116.    The allegations in paragraph 116 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

117.    The allegations in paragraph 117 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

118.    The allegations in paragraph 118 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

119.    The allegations in paragraph 119 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

120.    The allegations in paragraph 120 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

2853671

121.    The allegations in paragraph 121 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced document for the contents of the document; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

**Fourth Claim for Relief**

**Breach of Fiduciary Duty Against Nile Niami, Yvonne Niami, and Ground View**

122.    As to paragraph 122, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

123.    The allegations in paragraph 123 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

124.    The allegations in paragraph 124 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

125.    The allegations in paragraph 125 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

126.    The allegations in paragraph 126 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

127.    The allegations in paragraph 127 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

2853671

sufficient knowledge and information to form a belief about the truth of the allegations, and on that

basis denies such allegations.

128.    The allegations in paragraph 128 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

sufficient knowledge and information to form a belief about the truth of the allegations, and on that

basis denies such allegations.

129.    The allegations in paragraph 129 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

sufficient knowledge and information to form a belief about the truth of the allegations, and on that

basis denies such allegations.

130.    The allegations in paragraph 130 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

sufficient knowledge and information to form a belief about the truth of the allegations, and on that

basis denies such allegations.

131.    The allegations in paragraph 131 are not directed at Hilldun, and thus, they do not

require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

sufficient knowledge and information to form a belief about the truth of the allegations, and on that

basis denies such allegations.

132.    As to the allegations in paragraph 132, Hilldun denies that the Debtor received no

consideration, and Hilldun lacks sufficient knowledge and information to form a belief about the

truth of the remaining allegations, and on that basis denies such allegations.

133.    As to the allegations in paragraph 133, Hilldun admits that it submitted a proof of

claim in the bankruptcy case in the amount of $5,000,000.00 based on a guaranty executed in favor

of Hilldun and against the Debtor, and Hilldun denies the remaining allegations.

134.    The allegations in paragraph 134 are legal conclusions, and thus, they do not require

Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient

knowledge and information to form a belief about the truth of the allegations, and on that basis

denies such allegations.

2853671

135.    The allegations in paragraph 135 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

136.    The allegations in paragraph 136 are legal conclusions or are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

**Fifth Claim for Relief**

**Disallowance of Claim as to Nile Niami and Yvonne Niami**

137.    As to the allegations in paragraph 137, Hilldun admits the Niamis filed a proof of claims in the bankruptcy case.

138.    As to the allegations in paragraph 137, Hilldun denies that the Debtor received no value from the Hilldun Guaranty.  The remaining allegations in paragraph 137 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

139.    The allegations in paragraph 139 are legal conclusions or are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

**Sixth Claim for Relief**

**Avoidance of Actual Fraudulent Transfer as to Nile Niami, Yvonne Niami, 1369 LE, and Marbella**

140.    As to paragraph 140, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

141.    The allegations in paragraph 141 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

2853671

sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

142.     The allegations in paragraph 142 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

143.     The allegations in paragraph 143 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

144.     The allegations in paragraph 144 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

**Seventh Claim for Relief**

**Avoidance of Actual Fraudulent Transfer as to 1369 LE, and Marbella**

145.     As to paragraph 145, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

146.     The allegations in paragraph 146 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

147.     The allegations in paragraph 147 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

148.     The allegations in paragraph 148 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

26

2853671

1  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

2  basis denies such allegations.

3       149.    The allegations in paragraph 149 are not directed at Hilldun, and thus, they do not

4  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

5  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

6  basis denies such allegations.

7       150.    The allegations in paragraph 150 are not directed at Hilldun, and thus, they do not

8  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

9  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

10  basis denies such allegations.

11                        **Eighth Claim for Relief**

12  **Avoidance of Constructive Fraudulent Transfer as to 1369 LE, and Marbella, and**

13                        **N:Philanthropy**

14       151.    As to paragraph 151, Hilldun incorporates the prior responses to each of foregoing

15  paragraphs as if fully set forth herein.

16       152.    The allegations in paragraph 152 are not directed at Hilldun, and thus, they do not

17  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

18  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

19  basis denies such allegations.

20       153.    The allegations in paragraph 153 are not directed at Hilldun, and thus, they do not

21  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

22  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

23  basis denies such allegations.

24       154.    The allegations in paragraph 154 are not directed at Hilldun, and thus, they do not

25  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

26  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

27  basis denies such allegations.

28

2853671

155.    The allegations in paragraph 155 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

156.    The allegations in paragraph 156 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

157.    As to the allegations in paragraph 157, Hilldun denies such allegations.

158.    As to the allegations in paragraph 158, Hilldun denies such allegations.

159.    As to the allegations in paragraph 159, Hilldun denies such allegations.

**Ninth Claim for Relief**

**Avoidance of Constructive Fraudulent Transfer as to Nile Niami, Yvonne Niami, 1369 LE, and Marbella**

160.    As to paragraph 160, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

161.    The allegations in paragraph 161 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

162.    The allegations in paragraph 162 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

163.    The allegations in paragraph 163 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

2853671

164.    The allegations in paragraph 164 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

165.    As to the allegations in paragraph 165, Hilldun denies such allegations.

166.    As to the allegations in paragraph 166, Hilldun denies such allegations.

167.    As to the allegations in paragraph 167, Hilldun denies such allegations.

**Tenth Claim for Relief**

**Equitable Indemnification as to Nile Niami, Yvonne Niami, Ground View, and N:Philanthropy**

168.    As to paragraph 168, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

169.    As to the allegations in paragraph 169, Hilldun denies such allegations.

170.    As to the allegations in paragraph 170, Hilldun denies such allegations.

171.    As to the allegations in paragraph 171, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

172.    As to the allegations in paragraph 172, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

173.    As to the allegations in paragraph 173, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

**Eleventh Claim for Relief**

**Recharacterization as to Yogi**

174.    As to paragraph 174, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

2853671

175.    The allegations in paragraph 175 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

176.    The allegations in paragraph 176 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

177.    The allegations in paragraph 177 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

178.    The allegations in paragraph 178 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced documents for the contents of the documents; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

179.    The allegations in paragraph 179 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

**Twelfth Claim for Relief**

**Equitable Subordination as to Yogi**

180.    As to paragraph 140, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

181.    The allegations in paragraph 181 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

1   sufficient knowledge and information to form a belief about the truth of the allegations, and on that

2   basis denies such allegations.

3       182.    The allegations in paragraph 182 are not directed at Hilldun, and thus, they do not

4   require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

5   sufficient knowledge and information to form a belief about the truth of the allegations, and on that

6   basis denies such allegations.

7       183.    The allegations in paragraph 183 are not directed at Hilldun, and thus, they do not

8   require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

9   sufficient knowledge and information to form a belief about the truth of the allegations, and on that

10  basis denies such allegations.

11  **Thirteenth Claim for Relief**

12  **Avoidance of Actual Fraudulent Transfer as to Yogi Securities Holdings, LLC;**

13  **Trousdale Estate LLC; and Joseph Englanoff**

14      184.    As to paragraph 184, Hilldun incorporates the prior responses to each of foregoing

15  paragraphs as if fully set forth herein.

16      185.    The allegations in paragraph 185 are not directed at Hilldun, and thus, they do not

17  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

18  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

19  basis denies such allegations.

20      186.    The allegations in paragraph 186 are not directed at Hilldun, and thus, they do not

21  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

22  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

23  basis denies such allegations.

24      187.    The allegations in paragraph 187 are not directed at Hilldun, and thus, they do not

25  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

26  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

27  basis denies such allegations.

28

31

2853671

188.    The allegations in paragraph 188 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

**Fourteenth Claim for Relief**

**Avoidance of Actual Fraudulent Transfer as to Yogi Securities Holdings, LLC;**

**Trousdale Estate LLC; and Joseph Englanoff**

189.    As to paragraph 189, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

190.    The allegations in paragraph 190 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

191.    The allegations in paragraph 191 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

192.    The allegations in paragraph 192 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

193.    The allegations in paragraph 193 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

194.    The allegations in paragraph 194 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

2853671

1  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

2  basis denies such allegations.

3

4  **Fifteenth Claim for Relief**

5  **Avoidance of Constructive Fraudulent Transfer as to Yogi Securities Holdings, LLC;**

6  **Trousdale Estate LLC; and Joseph Englanoff**

7       195.    As to paragraph 195, Hilldun incorporates the prior responses to each of foregoing

8  paragraphs as if fully set forth herein.

9       196.    The allegations in paragraph 196 are not directed at Hilldun, and thus, they do not

10  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

11  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

12  basis denies such allegations.

13      197.    The allegations in paragraph 197 are not directed at Hilldun, and thus, they do not

14  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

15  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

16  basis denies such allegations.

17      198.    The allegations in paragraph 198 are not directed at Hilldun, and thus, they do not

18  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

19  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

20  basis denies such allegations.

21      199.    The allegations in paragraph 199 are not directed at Hilldun, and thus, they do not

22  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

23  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

24  basis denies such allegations.

25      200.    The allegations in paragraph 200 are not directed at Hilldun, and thus, they do not

26  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

27  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

28  basis denies such allegations.

2853671

**Sixteenth Claim for Relief**

**Avoidance of Constructive Fraudulent Transfer as to Yogi Securities Holdings, LLC;**

**Trousdale Estate LLC; and Joseph Englanoff**

201.    As to paragraph 201, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

202.    The allegations in paragraph 202 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

203.    The allegations in paragraph 203 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

204.    The allegations in paragraph 204 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

205.    The allegations in paragraph 205 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

206.    The allegations in paragraph 206 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

**Seventeenth Claim for Relief**

**Avoidance of Actual Fraudulent Transfer as to Justine Englanoff; Nicole Englanoff;**

**Jacqueline Englanoff**

2853671

207.    As to paragraph 207, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

208.    The allegations in paragraph 208 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

209.    The allegations in paragraph 209 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

210.    The allegations in paragraph 210 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

211.    The allegations in paragraph 211 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

212.    The allegations in paragraph 212 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

## **Eighteenth Claim for Relief**

### **Avoidance of Actual Fraudulent Transfer as to Justine Englanoff; Nicole Englanoff; Jacqueline Englanoff**

213.    As to paragraph 213, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

2853671

214.    The allegations in paragraph 214 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations

215.    The allegations in paragraph 215 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced documents for the contents of the documents; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

216.    The allegations in paragraph 216 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

217.    The allegations in paragraph 217 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

218.    The allegations in paragraph 218 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

219.    The allegations in paragraph 219 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

**Nineteenth Claim for Relief**

**Avoidance of Constructive Fraudulent Transfer as to Justine Englanoff; Nicole**

36

2853671

## **Englanoff; Jacqueline Englanoff**

220.    As to paragraph 220, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

221.    The allegations in paragraph 221 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations

222.    The allegations in paragraph 222 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a) refers to the referenced documents for the contents of the documents; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

223.    The allegations in paragraph 223 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

224.    The allegations in paragraph 224 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

225.    The allegations in paragraph 225 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

226.    The allegations in paragraph 226 are not directed at Hilldun, and thus, they do not require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

2853671

1  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

2  basis denies such allegations.

### Twentieth Claim for Relief

### Avoidance of Constructive Fraudulent Transfer as to Justine Englanoff; Nicole
### Englanoff; Jacqueline Englanoff

227.    As to paragraph 227, Hilldun incorporates the prior responses to each of foregoing
paragraphs as if fully set forth herein.

228.    The allegations in paragraph 228 are not directed at Hilldun, and thus, they do not
require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks
sufficient knowledge and information to form a belief about the truth of the allegations, and on that
basis denies such allegations

229.    The allegations in paragraph 229 are not directed at Hilldun, and thus, they do not
require Hilldun's response. To the extent that the allegations do require a response, Hilldun: (a)
refers to the referenced documents for the contents of the documents; (b) denies any characterization
of the referenced document that is inconsistent with the terms and language used in the referenced
document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the
remaining allegations, and on that basis denies such allegations.

230.    The allegations in paragraph 230 are not directed at Hilldun, and thus, they do not
require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks
sufficient knowledge and information to form a belief about the truth of the allegations, and on that
basis denies such allegations.

231.    The allegations in paragraph 231 are not directed at Hilldun, and thus, they do not
require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks
sufficient knowledge and information to form a belief about the truth of the allegations, and on that
basis denies such allegations.

232.    The allegations in paragraph 232 are not directed at Hilldun, and thus, they do not
require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

2853671

1  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

2  basis denies such allegations.

3      233.    The allegations in paragraph 233 are not directed at Hilldun, and thus, they do not

4  require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

5  sufficient knowledge and information to form a belief about the truth of the allegations, and on that

6  basis denies such allegations.

7                          **Twenty-First Claim for Relief**

8                          **Disallowance of Claim as to Yogi**

9      234.    As to paragraph 234, Hilldun incorporates the prior responses to each of foregoing

10 paragraphs as if fully set forth herein.

11     235.    The allegations in paragraph 235 are not directed at Hilldun, and thus, they do not

12 require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

13 sufficient knowledge and information to form a belief about the truth of the allegations, and on that

14 basis denies such allegations.

15     236.    The allegations in paragraph 236 are not directed at Hilldun, and thus, they do not

16 require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

17 sufficient knowledge and information to form a belief about the truth of the allegations, and on that

18 basis denies such allegations.

19     237.    The allegations in paragraph 237 are not directed at Hilldun, and thus, they do not

20 require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

21 sufficient knowledge and information to form a belief about the truth of the allegations, and on that

22 basis denies such allegations.

23     238.    The allegations in paragraph 238 are not directed at Hilldun, and thus, they do not

24 require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

25 sufficient knowledge and information to form a belief about the truth of the allegations, and on that

26 basis denies such allegations.

27     239.    The allegations in paragraph 239 are not directed at Hilldun, and thus, they do not

28 require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

2853671

1   sufficient knowledge and information to form a belief about the truth of the allegations, and on that

2   basis denies such allegations.

3       240.    The allegations in paragraph 240 are not directed at Hilldun, and thus, they do not

4   require Hilldun's response. To the extent that the allegations do require a response, Hilldun lacks

5   sufficient knowledge and information to form a belief about the truth of the allegations, and on that

6   basis denies such allegations.

7   **Twenty-Second Claim for Relief**

8   **Avoidance of Constructive Fraudulent Transfers as to Hilldu**

9       241.    As to paragraph 140, Hilldun incorporates the prior responses to each of foregoing

10  paragraphs as if fully set forth herein.

11      242.    As to the allegations in paragraph 242, Hilldun: (a) refers to the referenced document

12  for the contents of the document, including the date of execution; (b) denies any characterization of

13  the referenced document that is inconsistent with the terms and language used in the referenced

14  document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the

15  remaining allegations, and on that basis denies such allegations.

16      243.    As to the allegations in paragraph 243, Hilldun admits that Yvonne Niami signed on

17  behalf of the Debtor and N:Philanthropy and that Nile Niami signed on behalf of the Debtor.

18      244.    As to the allegations in paragraph 244, Hilldun lacks sufficient knowledge and

19  information to form a belief about the truth of the allegations, and on that basis denies such

20  allegations.

21      245.    As to the allegations in paragraph 245, Hilldun lacks sufficient knowledge and

22  information to form a belief about the truth of the allegations, and on that basis denies such

23  allegations.

24      246.    As to the allegations in paragraph 246, Hilldun lacks sufficient knowledge and

25  information to form a belief about the truth of the allegations, and on that basis denies such

26  allegations.

27

28

2853671

247.    As to the allegations in paragraph 247, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

248.    As to the allegations in paragraph 248, Hilldun denies such allegations.

249.    As to the allegations in paragraph 249, Hilldun denies such allegations.

250.    As to the allegations in paragraph 250, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

251.    As to the allegations in paragraph 251, Hilldun denies such allegations.

**Twenty-Third Claim for Relief**

**Avoidance of Constructive Fraudulent Transfers as to Hilldun**

252.    As to paragraph 252, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

253.    As to the allegations in paragraph 253, Hilldun: (a) refers to the referenced document for the contents of the document, including the date of execution; (b) denies any characterization of the referenced document that is inconsistent with the terms and language used in the referenced document; and (c) lacks sufficient knowledge and information to form a belief about the truth of the remaining allegations, and on that basis denies such allegations.

254.    As to the allegations in paragraph 254, Hilldun admits that Yvonne Niami signed on behalf of the Debtor and N:Philanthropy and that Nile Niami signed on behalf of the Debtor.

255.    As to the allegations in paragraph 255, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

256.    As to the allegations in paragraph 256, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

41

2853671

257.     As to the allegations in paragraph 257, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

258.     As to the allegations in paragraph 258, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

259.     As to the allegations in paragraph 259, Hilldun denies such allegations.

260.     As to the allegations in paragraph 260, Hilldun denies such allegations.

261.     As to the allegations in paragraph 261, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

262.     As to the allegations in paragraph 262, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.

263.     As to the allegations in paragraph 263, Hilldun denies such allegations.

### Twenty-Fourth Claim for Relief

### Disallowance of Claim as to Hilldun Corporation

264.     As to paragraph 264, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

265.     As to the allegations in paragraph 265, Hilldun denies such allegations.

266.     As to the allegations in paragraph 266, Hilldun denies such allegations.

267.     As to the allegations in paragraph 267, Hilldun denies such allegations.

### Twenty-Fifth Claim for Relief

### Recovery of Avoided Transfers

268.     As to paragraph 268, Hilldun incorporates the prior responses to each of foregoing paragraphs as if fully set forth herein.

2853671

269.    As to the allegations in paragraph 269, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.  Hilldun denies that it is the recipient of a fraudulent transfer.

270.    As to the allegations in paragraph 270, Hilldun lacks sufficient knowledge and information to form a belief about the truth of the allegations, and on that basis denies such allegations.  Hilldun denies that it is the recipient of a fraudulent transfer.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### (Defective Title)

The Crestlloyd Cross-Complaint seeks declaratory relief regarding the subject property and priority of liens, but there are, among other allegations, defects in the Debtor's title as described in the pleadings in this action.

### SECOND AFFIRMATIVE DEFENSE

#### (Failure to State a Claim)

The Crestlloyd Cross-Complaint fails to state a claim upon which relief can be granted against Hilldun.

### THIRD AFFIRMATIVE DEFENSE

#### (Statute of Limitations)

The claims for relief in the Crestlloyd Cross-Complaint are barred in whole or in part by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

#### (Breach of Contract)

The claims for relief in the Crestlloyd Cross-Complaint are subject to contract principles, including breach, recission, and revocation and all the defenses associated therewith.  Hilldun reserves its right to assert contractual defenses in common law and case law regarding the Debtor's claims in the Crestlloyd Cross-Complaint.

2853671

**FIFTH AFFIRMATIVE DEFENSE**

**(Waiver and Release)**

The Debtor's claims and requested relief alleged in the Crestlloyd Cross-Complaint are barred in whole or in part by the doctrines of release and waiver.

**SIXTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

The claims for relief in the Crestlloyd Cross-Complaint are barred in whole or in part by the doctrine of estoppel.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Laches)**

The claims for relief in the Crestlloyd Cross-Complaint are barred in whole or in part by the doctrine of laches.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Accord and Satisfaction)**

The claims for relief in the Crestlloyd Cross-Complaint are subject in whole or in part to the doctrine of accord and satisfaction.

**NINTH AFFIRMATIVE DEFENSE**

**(Statute of Frauds)**

The claims for relief in the Crestlloyd Cross-Complaint are barred in whole or in part by the statute of frauds.

**PRAYER FOR RELIEF**

WHEREFORE, Hilldun prays and requests that judgment be entered in its favor on all of the Debtor's claims asserted against Hilldun and on Hilldun's affirmative defenses asserted herein.

Dated:  December 1, 2022

Respectfully submitted,
BG LAW LLP

By:  _/s/ Ryan F. Coy_____
Steven T. Gubner
Jason B. Komorsky
Ryan F. Coy
Attorneys for Defendant Hilldun Corporation

44

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.

A true and correct copy of the foregoing document entitled: **CROSS-DEFENDANT HILLDUN CORPORATION'S
ANSWER TO CROSS-CLAIMANT CRESTLLOYD, LLC'S CROSS-COMPLAINT** will be served or was served **(a)** on the
judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On
**December 1, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Ryan Coy**    rcoy@bg.law, ecf@bg.law
- **Max Fabricant**    mfabricant@lavelysinger.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com; tmg@ecf.courtdrive.com
- **David B Golubchik**    dbg@lnbyg.com, stephanie@lnbyb.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com; derry.kalve@dentons.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Joseph M Rothberg**    jmr@lnbyg.com
- **Paul Sorrell**    psorrell@lavelysinger.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (date) _____, I served the following persons and/or entities at
the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a
sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**\*[Delivery to Judge temporarily suspended if under 25 pages, per General Order 21-05]**

Hon. Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Crtrm 1639
Los Angeles, CA 90012

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2022 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.