JOHN A. MOE II (SBN 66893)
john.moe@dentons.com
ROBERT F. SCOULAR (SBN 85293)
robert.scoular@dentons.com
NORMAN M. ASPIS (SBN 313466)
norman.aspis@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:    213 623 9300
Facsimile:    213 623 9924

Attorneys for Defendant,
YOGI SECURITIES HOLDINGS, INC.

Martin D. Singer (SBN 78166)
Paul N. Sorrell (SBN 126346)
LAVELY & SINGER PROFESSIONAL CORPORATION
2040 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:    310 556 3501
Facsimile:    310 556 3615

Kyra E. Andrassy (SBC 207959)
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:    714 445 1000

Attorneys for Plaintiff,
INFERNO INVESTMENT, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re, <br><br> CRESTLLOYD, LLC, <br>                                 Debtor. | Case No. 2:21-bk-18205-DS <br><br> Chapter 11 <br><br> Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation, <br>                                 Plaintiff, <br> v. <br> CRESTLLOYD, LLC, California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation. <br>                                 Defendants. | STIPULATION TO EXTEND TIME FOR DEFENDANT YOGI SECURITIES HOLDINGS, INC., TO RESPOND TO FIRST AMENDED COMPLAINT <br><br> Judge:  The Hon. Deborah J. Saltzman <br> Current Response Date:  December 12, 2022 <br> New Response Date:    January 6, 2023 <br> Action Filed: June 9, 2022 |

1

122849273\V-1

This Stipulation is entered into by and between the plaintiff, Inferno Investment, Inc. ("Plaintiff"), on the one hand, and defendant, Yogi Securities Holdings, Inc., ("Defendant" and collectively with Plaintiff, the "Parties"), on the other hand, and is based on the following facts:

1. On June 9, 2022, Plaintiff commenced this adversary proceeding.
2. On November 28, 2022, Plaintiff filed a First Amended Complaint [Docket No. 110].
3. Defendant's response is currently due on December 12, 2022.
4. The Parties have agreed to a twenty-five (25) day extension of time for Defendant to respond to the Complaint through and including January 6, 2023.
5. There have been no prior stipulations regarding the extension of time for Defendant to respond to the First Amended Complaint.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

The deadline for Defendant Yogi Securities Holdings, Inc., to answer, move, or otherwise respond to the Complaint shall be extended by twenty-five (25) days up to and including January 6, 2023.

**IT IS SO STIPULATED.**

Dated: December 12, 2022

DENTONS US LLP
JOHN A. MOE, II
ROBERT SCOULAR
NORMAN M. ASPIS

By: _____
JOHN A. MOE, II
*Attorneys for Yogi Securities Holdings, Inc.*

Dated: December 13, 2022

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
PAUL N. SORRELL

By: _____
PAUL N. SORRELL
*Attorneys for Inferno Investment, Inc.*

122849273\V-1

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

| | |
|---|---|
| 1 | JOHN A. MOE II (SBN 66893) |
| | john.moe@dentons.com |
| 2 | ROBERT F. SCOULAR (SBN 85293) |
| | robert.scoular@dentons.com |
| 3 | NORMAN M. ASPIS (SBN 313466) |
| | norman.aspis@dentons.com |
| 4 | DENTONS US LLP |
| | 601 South Figueroa Street, Suite 2500 |
| 5 | Los Angeles, California 90017-5704 |
| | Telephone:    213 623 9300 |
| 6 | Facsimile:    213 623 9924 |
| 7 | Attorneys for Defendant, |
| | YOGI SECURITIES HOLDINGS, INC. |
| 8 | |
| 9 | Martin D. Singer (SBN 78166) |
| | Paul N. Sorrell (SBN 126346) |
| 10 | LAVELY & SINGER PROFESSIONAL CORPORATION |
| | 2040 Century Park East, Suite 2400 |
| 11 | Los Angeles, California 90067-2906 |
| | Telephone:    310 556 3501 |
| 12 | Facsimile:    310 556 3615 |
| 13 | Kyra E. Andrassy (SBC 207959) |
| | SMILEY WANG-EKVALL, LLP |
| 14 | 3200 Park Center Drive, Suite 250 |
| | Costa Mesa, California 92626 |
| 15 | Telephone:    714 445 1000 |
| 16 | |
| 17 | Attorneys for Plaintiff, |
| | INFERNO INVESTMENT, INC. |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re, | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation, | **ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT YOGI SECURITIES HOLDINGS, INC., TO RESPOND TO FIRST AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | |
| CRESTLLOYD, LLC, California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation. | Judge:  The Hon. Deborah J. Saltzman |
| | Current Response Date:  December 12, 2022 |
| | New Response Date:    January 6, 2023 |
| | Action Filed: June 9, 2022 |
| Defendants. | |

1

122853670\V-1

Having reviewed *the Stipulation To Extend Time For Defendant Yogi Securities Holdings, Inc., To Respond To First Amended Complaint* [Docket No. ___], and good cause appearing therefor,

**IT IS HEREBY ORDERED that** the deadline for Defendant Yogi Securities Holdings, Inc., to answer, move, or otherwise respond to the Complaint is extended by twenty-five (25) days up to and including January 6, 2023.

# # #

122853670\V-1