**Adversary LODGED ORDER UPLOAD FORM**

Wednesday, December 14, 2022

[Upload Again]

CONFIRMATION :

You've successfully uploaded the order:
( **11260838.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Inferno Investment, Inc. v. Crestlloyd, LLC et al
- **Case Number**: 22-01125
- **Judge Initial**: DS
- **Case Type**: ap ( Adversary )
- **Document Number**: 123
- **On Date**: 12/14/2022 @ 11:25 AM

Please print this confirmation for future reference.

Thank You!

United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

JOHN A. MOE II (SBN 66893)
john.moe@dentons.com
ROBERT F. SCOULAR (SBN 85293)
robert.scoular@dentons.com
NORMAN M. ASPIS (SBN 313466)
norman.aspis@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   213 623 9300
Facsimile:   213 623 9924

Attorneys for Defendant,
YOGI SECURITIES HOLDINGS, INC.

Martin D. Singer (SBN 78166)
Paul N. Sorrell (SBN 126346)
LAVELY & SINGER PROFESSIONAL CORPORATION
2040 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone:   310 556 3501
Facsimile:   310 556 3615

Kyra E. Andrassy (SBC 207959)
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, California 92626
Telephone:   714 445 1000

Attorneys for Plaintiff,
INFERNO INVESTMENT, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br><br>CRESTLLOYD, LLC,<br>　　　　　　　　　　　　Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br>　　　　　　　　　　　　Plaintiff,<br>v.<br>CRESTLLOYD, LLC, California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation.<br>　　　　　　　　　　　　Defendants. | STIPULATION TO EXTEND TIME FOR DEFENDANT YOGI SECURITIES HOLDINGS, INC., TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>Judge:  The Hon. Deborah J. Saltzman<br><br>Current Response Date:  December 12, 2022<br><br>New Response Date:   January 6, 2023<br><br>Action Filed: June 9, 2022 |

1

122849273\V-1

This Stipulation is entered into by and between the plaintiff, Inferno Investment, Inc. ("Plaintiff"), on the one hand, and defendant, Yogi Securities Holdings, Inc., ("Defendant" and collectively with Plaintiff, the "Parties"), on the other hand, and is based on the following facts:

1. On June 9, 2022, Plaintiff commenced this adversary proceeding.
2. On November 28, 2022, Plaintiff filed a First Amended Complaint [Docket No. 110].
3. Defendant's response is currently due on December 12, 2022.
4. The Parties have agreed to a twenty-five (25) day extension of time for Defendant to respond to the Complaint through and including January 6, 2023.
5. There have been no prior stipulations regarding the extension of time for Defendant to respond to the First Amended Complaint.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

The deadline for Defendant Yogi Securities Holdings, Inc., to answer, move, or otherwise respond to the Complaint shall be extended by twenty-five (25) days up to and including January 6, 2023.

**IT IS SO STIPULATED.**

Dated: December 12, 2022

DENTONS US LLP
JOHN A. MOE, II
ROBERT SCOULAR
NORMAN M. ASPIS

By: /s/ John A. Moe, II
JOHN A. MOE, II
*Attorneys for Yogi Securities Holdings, Inc.*

Dated: December 13, 2022

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
PAUL N. SORRELL

By: /s/ Paul N. Sorrell
PAUL N. SORRELL
*Attorneys for Inferno Investment, Inc.*

2

122849273\V-1

```
 1  JOHN A. MOE II (SBN 66893)
    john.moe@dentons.com
 2  ROBERT F. SCOULAR (SBN 85293)
    robert.scoular@dentons.com
 3  NORMAN M. ASPIS (SBN 313466)
    norman.aspis@dentons.com
 4  DENTONS US LLP
    601 South Figueroa Street, Suite 2500
 5  Los Angeles, California 90017-5704
    Telephone:    213 623 9300
 6  Facsimile:    213 623 9924

 7  Attorneys for Defendant,
    YOGI SECURITIES HOLDINGS, INC.
 8
    Martin D. Singer (SBN 78166)
 9  Paul N. Sorrell (SBN 126346)
    LAVELY & SINGER PROFESSIONAL CORPORATION
10  2040 Century Park East, Suite 2400
    Los Angeles, California 90067-2906
11  Telephone:    310 556 3501
12  Facsimile:    310 556 3615

13  Kyra E. Andrassy (SBC 207959)
    SMILEY WANG-EKVALL, LLP
14  3200 Park Center Drive, Suite 250
    Costa Mesa, California 92626
15  Telephone:    714 445 1000

16
    Attorneys for Plaintiff,
17  INFERNO INVESTMENT, INC.
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re,<br>CRESTLLOYD, LLC,<br>    Debtor. | Case No. 2:21-bk-18205-DS<br>Chapter 11<br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br>    Plaintiff,<br>v.<br>CRESTLLOYD, LLC, California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation.<br>    Defendants. | **ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT YOGI SECURITIES HOLDINGS, INC., TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge:  The Hon. Deborah J. Saltzman<br>Current Response Date:  December 12, 2022<br>New Response Date:    January 6, 2023<br>Action Filed:  June 9, 2022 |

1

122853670\V-1

1    Having reviewed *the Stipulation To Extend Time For Defendant Yogi Securities Holdings, Inc., To Respond To First Amended Complaint* [Docket No. ___], and good cause appearing therefor,

**IT IS HEREBY ORDERED that** the deadline for Defendant Yogi Securities Holdings, Inc., to answer, move, or otherwise respond to the Complaint is extended by twenty-five (25) days up to and including January 6, 2023.

# # #

2

122853670\V-1