1  JOHN A. MOE II (SBN 66893)
   john.moe@dentons.com
2  ROBERT F. SCOULAR (SBN 85293)
   robert.scoular@dentons.com
3  NORMAN M. ASPIS (SBN 313466)
   norman.aspis@dentons.com
4  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
5  Los Angeles, California 90017-5704
   Telephone:      213 623 9300
6  Facsimile:      213 623 9924

7  Attorneys for Defendant Yogi Securities Holdings, Inc.

8  Martin D. Singer (SBN 78166)
   Paul N. Sorrell (SBN 126346)
9  LAVELY & SINGER PROFESSIONAL CORPORATION
   2040 Century Park East, Suite 2400
10 Los Angeles, California 90067-2906
   Telephone:      310 556 3501
11 Facsimile:      310 556 3615

12 Kyra E. Andrassy (SBC 207959)
   SMILEY WANG-EKVALL, LLP
13 3200 Park Center Drive, Suite 250
   Costa Mesa, California 92626
14 Telephone:      714 445 1000

15 Attorneys for Plaintiff Inferno Investment, Inc.

16              UNITED STATES BANKRUPTCY COURT
                CENTRAL DISTRICT OF CALIFORNIA
17                 LOS ANGELES DIVISION

18 | In re | Case No. 2:21-bk-18205-DS |
19 | CRESTLLOYD, LLC, | Chapter 11 |
   | Debtor. | Adv. No. 2:22-ap-01125-DS |
20 | INFERNO INVESTMENT, INC., | |
21 | Plaintiff, | **ORDER APPROVING STIPULATION** |
   | vs. | **TO EXTEND TIME FOR DEFENDANT** |
22 | | **YOGI SECURITIES HOLDINGS, INC.,** |
   | CRESTLLOYD, LLC, et al., | **TO RESPOND TO FIRST AMENDED** |
23 | | **COMPLAINT** |
   | Defendants. | |
24 | | |
25 | AND RELATED CROSS-ACTIONS | |

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

FILED & ENTERED

DEC 15 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell   DEPUTY CLERK

122853670\V-1

1    The court having reviewed and considered "Stipulation to Extend Time for Defendant

2    Yogi Securities Holdings, Inc., to Respond to First Amended Complaint" (the "Stipulation,"

3    Docket No. 125), and good cause appearing therefor,

4    IT IS HEREBY ORDERED that the Stipulation is approved.

5    # # #

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Date: December 15, 2022

24    Deborah J. Saltzman
      United States Bankruptcy Judge

25

26

27

28

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

122853670\V-1