**MARTIN D. SINGER (BAR NO. 78166)**
**PAUL N. SORRELL (BAR NO. 126346)**
**MAX D. FABRICANT (BAR NO. 333859)**
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
Email:   mdsinger@lavelysinger.com
         psorrell@lavelysinger.com
         mfabricant@lavelysinger.com

**KYRA E. ANDRASSY (BAR NO. 207959)**
**SMILEY WANG-EKVALL, LLP**
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (714) 445-1000
Email:   kandrassy@swelawfirm.com

Attorneys for Plaintiff and Counter-Defendant
INFERNO INVESTMENT, INC.

**FILED & ENTERED**

**JUN 27 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>        Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC.,<br><br>        Plaintiff,<br>v.<br><br>CRESTLLOYD, LLC, et al.,<br><br>        Defendants.<br><br>AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY ACTIONS | **ORDER DENYING DEFENDANT HANKEY CAPITAL, LLC'S MOTION TO DISMISS PLAINTIFF INFERNO INVESTMENT, INC.'S SECOND AMENDED ADVERSARY COMPLAINT**<br><br>Continued Hearing:<br>Date:    May 22, 2023<br>Time:    10:30 a.m.<br>Place:   Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, CA 90012<br>         (via Zoom for Government) |

1

A hearing was held on May 11, 2023 at 11:30 a.m., and a continued hearing was held on May 22, 2023, at 10:30 a.m., on the "Motion to Dismiss Plaintiff Inferno Investment, Inc.'s Second Amended Adversary Complaint" (the "Motion," Docket No. 180), filed by defendant Hankey Capital, LLC (the "Defendant"). Appearances at both hearings were noted on the record.

Based on the Motion, all papers filed in support thereof and in opposition thereto, the record in this proceeding, and the arguments of counsel at the hearings, and for the reasons stated on the record,

IT IS HEREBY ORDERED that the Motion is denied.

IT IS FURTHER ORDERED that the Defendant must file an answer to the Second Amended Adversary Complaint within 30 days of this order.

###

Date: June 27, 2023

Deborah J. Saltzman
United States Bankruptcy Judge