**FILED & ENTERED**

**SEP 05 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell  **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>CRESTLLOYD, LLC,<br>　　　　　　　　　　　Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC.,<br>　　　　　　　　　　　Plaintiff,<br>　vs.<br>CRESTLLOYD, LLC, et al.,<br>　　　　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | **ORDER SETTING CONTINUED STATUS CONFERENCES**<br><br>Status Conferences:<br>Date:　September 13, 2023<br>Time:　2:00 p.m.<br>Place:　Courtroom 1639<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California 90012<br>　　　　(via Zoom for Government only) |

　　　　IT IS HEREBY ORDERED that, on September 13, 2023 at 2:00 p.m., all parties to this adversary proceeding must appear for continued status conferences on the following pending pleadings:

　　　　1.　The "Second Amended Complaint of Inferno Investment, Inc. for: (1) Declaratory Relief; (2) Fraudulent Misrepresentation and Rescission; and (3) Intentional Interference with Contractual Relations" (Docket No. 173);

　　　　2.　"Defendant Crestlloyd LLC's Cross-Complaint for: 1. Recharacterization of Debt as Equity (Inferno Investment, Inc.) [11 U.S.C. §502]; 2. Equitable Subordination (Inferno Investment Inc.) [11 U.S.C. §510] 3. Declaratory Relief (Inferno Investment, Inc.) 4. Breach of Fiduciary Duty (Nile Niami,

Yvonne Niami, and Ground View LLLP); 5. Disallowance of Claim (Nile Niami and Yvonne Niami) [11 U.S.C. §502(b)(1), (b)(4), and (d)]; 6. Avoidance of Actual Fraudulent Transfers (1369 Londonderry Estate LLC; Marbella Construction Inc., N:Philanthropy LLC) [11 U.S.C. § 548(a)(1)(A), and 11 U.S.C. § 550] 7. Avoidance of Actual Fraudulent Transfers (1369 Londonderry Estate LLC; Marbella Construction Inc., N:Philanthropy LLC) [Cal. Civ. Code § 3439.04] 8. Avoidance of Constructive Fraudulent Transfers (1369 Londonderry Estate LLC; Marbella Construction Inc., N:Philanthropy LLC) [11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 550]; 9. Avoidance of Constructive Fraudulent Transfers (1369 Londonderry Estate LLC; Marbella Construction Inc., N:Philanthropy LLC) [Cal. Civ. Code § 3439.05]; 10. Equitable Indemnification (Nile Niami, Yvonne Niami, Ground View LLLP, and N:Philanthropy LLC) 11. Recharacterization of Debt as Equity (Yogi Securities Holdings LLC) [11 U.S.C. §502]; 12. Equitable Subordination (Yogi Securities Holdings LLC) [11 U.S.C. §510]; 13. Avoidance of Actual Fraudulent Transfers (Yogi Securities Holdings, LLC; Trousdale Estate LLC; Joseph Englanoff; [11 U.S.C. § 548(a)(1)(A) and 11 U.S.C. § 550]; 14. Avoidance of Actual Fraudulent Transfers (Yogi Securities Holdings, LLC; Trousdale Estate LLC; Joseph Englanoff; [Cal. Civ. Code § 3439.04]; 15. Avoidance of Constructive Fraudulent Transfers (Yogi Securities Holdings, LLC; Trousdale Estate LLC; Joseph Englanoff; [11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 550]; 16. Avoidance of Constructive Fraudulent Transfers (Yogi Securities Holdings, LLC; Trousdale Estate LLC; Joseph Englanoff; [Cal. Civ. Code § 3439.05]; 17. Avoidance of Actual Fraudulent Transfer (Justine Englanoff; Nicole Englanoff; Jacqueline Englanoff) [11 U.S.C. § 548(a)(1)(A) and 11 U.S.C. § 550]; 18. Avoidance of Actual Fraudulent Transfer (Justine Englanoff; Nicole Englanoff; Jacqueline Englanoff) [Cal. Civ. Code § 3439.04]; 19. Avoidance of Constructive

Fraudulent Transfer (Justine Englanoff; Nicole Englanoff; Jacqueline Englanoff) [11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 550]; 20. Avoidance of Constructive Fraudulent Transfer (Justine Englanoff; Nicole Englanoff; Jacqueline Englanoff) [Cal. Civ. Code § 3439.05]; 21. Disallowance of Claim (Yogi Securities Holdings LLC) [11 U.S.C. §502(b)(1), and (d)]; 22. Avoidance of Constructive Fraudulent Transfers (Hilldun Corporation) [11 U.S.C. § 11 U.S.C. § 548(a)(1)(B), 11 U.S.C. § 550] 23. Avoidance of Constructive Fraudulent Transfers (Hilldun Corporation) [Cal. Civ. Code § 3439.05] 24. Disallowance of Claim (Hilldun Corporation) [11 U.S.C. §502(b)(1), and (d)]; 25. Recovery of Fraudulent Transfers [ 11 U.S.C. § 544, 11 U.S.C. § 548 and 11 U.S.C. § 550]" (Docket No. 27);

3. The "Second Amended Counterclaim and Crossclaim of Yogi Securities Holdings, LLC, Against Crestlloyd, LLC, Inferno Investment, Inc. And Hankey Capital, LLC, for Declaratory Relief, an Accounting, Equitable Subordination, Disallowance of Claims and Recharacterization of Claims" (the "Yogi SAC," Docket No. 155); and

4. The "Crossclaim Against Yogi Securities Holdings, LLC for Equitable Subordination" included in the answer filed by Hankey Capital, LLC to the Yogi SAC (Docket No. 172).

###

Date: September 5, 2023

Deborah J. Saltzman
United States Bankruptcy Judge