| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Hamid R. Rafatjoo (SBN 181564)<br>    hrafatjoo@raineslaw.com<br>**RAINES FELDMAN LITTRELL LLP**<br>1900 Avenue of the Stars, 19th Floor<br>Los Angeles, CA 90067<br>T: 310.440.4100<br>F: 310.691.1367<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Cross-Defendants | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC<br><br><br>                                                Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br>ADVERSARY NO.: 2:22-ap-01125-DS |
|---|---|
| INFERNO INVESTMENT, INC,<br><br><br>                                                Plaintiff(s),<br>vs.<br>CRESTLLOYD, LLC, et al.<br><br>                                                Defendant.<br><br>AND RELATED CROSS-ACTIONS | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]):  Motion for Leave to Withdraw as Counsel for Cross-Defendants Nile Niami, Ground View LLLP, 1369 Londonberry Estate LLC and Marbella Construction, Inc. |

PLEASE TAKE NOTE that the order or judgment titled Order Granting Motion for Leave to Withdraw as Counsel for Cross-Defendants Nile Niami, Ground View LLLP, 1369 Londonberry Estate LLC and Marbella Construction, Inc.
was lodged on (*date*) 12/22/2023 and is attached.  This order relates to the motion which is docket number 245 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                      Page 1                                        **F 9021-1.2.ADV.NOTICE.LODGMENT**

| | |
|---|---|
| 1 | Hamid R. Rafatjoo (SBN 181564) |
| | hrafatjoo@raineslaw.com |
| 2 | **RAINES FELDMAN LITTRELL LLP** |
| | 1900 Avenue of the Stars, 19th Floor |
| 3 | Los Angeles, CA 90067 |
| | T: 310.440.4100 |
| 4 | F: 310.691.1367 |

Attorneys for Cross-Defendants Nile Niami, Ground View LLLP, 1369 Londonderry Estate LLC and Marbella Construction, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | |
| INFERNO INVESTMENT, INC., a Quebec corporation, | Adv. Case No. 2:22-ap-01125-DS |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR CROSS-DEFENDANTS NILE NIAMI, GROUND VIEW LLLP, 1369 LONDONDERRY ESTATE LLC AND MARBELLA CONSTRUCTION, INC.** |
| vs. | |
| CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability Company; and HILLDUN CORPORATION, a New York Corporation, | [LBR 2091-1(a) and 9013-1(p)(4)] |
| | [No Hearing Required] |
| Defendants. | Judge: The Hon. Deborah J. Saltzman |
| AND RELATED CROSS-ACTIONS. | |

On December 22, 2023, Raines Feldman Littrell LLP (**"RFL"**) filed its *Motion for Leave to Withdraw as Counsel for Cross-Defendants Nile Niami, Ground View LLLP, 1369 Londonderry Estate LLC and Marbella Construction, Inc.* (the **"Motion"**) [Dkt. No. 245] in accordance with Local Bankruptcy Rules 2091-1 and 9013-1(p)(4). Having considered the Motion and good cause appearing.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. RFL is authorized to WITHDRAW as counsel to Cross-Defendants Nile Niami, Ground View LLLP, 1369 Londonderry Estate LLC and Marbella Construction, Inc. immediately.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1900 Avenue of the Stars, 19th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 22, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Todd M Arnold**    tma@lnbyg.com
- **Ryan Coy**    rcoy@bg.law, ecf@bg.law
- **Max Fabricant**    mfabricant@lavelysinger.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Hamid R Rafatjoo**    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Paul Sorrell**    psorrell@lavelysinger.com, mdsinger@lavelysinger.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 2 — **F 9021-1.2.ADV.NOTICE.LODGMENT**

**2. SERVED BY UNITED STATES MAIL**: On (*date*) December 22, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Nile Niami
c/o Douglas Witkins
Skyline Development
4470 W. Sunset Blvd., #107
Los Angeles, CA 90027

Ground View LLLP
c/o Ingenuity Management, Inc.
1135 terminal Way, Suite 209
Reno, NV 89502

1369 Londonderry Estate LLC
c/o LegalZoom.com, Inc.
101 N. Brand Blvd., 11th Floor
Glendale, CA 91203

Marbela Construction, Inc.
c/o LegalZoom.com, Inc.
101 N. Brand Blvd., 11th Floor
Gendale, CA 91203

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/22/2023 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                         Page 3                         **F 9021-1.2.ADV.NOTICE.LODGMENT**