1  Hamid R. Rafatjoo (SBN 181564)
       hrafatjoo@raineslaw.com
2  **RAINES FELDMAN LITTRELL LLP**
   1900 Avenue of the Stars, 19th Floor
3  Los Angeles, CA 90067
   T: 310.440.4100
4  F: 310.691.1367

5  Attorneys for Cross-Defendants Nile Niami, Ground
   View LLLP, 1369 Londonderry Estate LLC and
6  Marbella Construction, Inc.

**FILED & ENTERED**

**JAN 03 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., | |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR CROSS-DEFENDANTS NILE NIAMI, GROUND VIEW LLLP, 1369 LONDONDERRY ESTATE LLC AND MARBELLA CONSTRUCTION, INC.** |
| vs. | |
| CRESTLLOYD, LLC, et al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | |

The court having reviewed and considered the "Motion for Leave to Withdraw as Counsel for Cross-Defendants Nile Niami, Ground View LLLP, 1369 Londonderry Estate LLC and Marbella Construction, Inc." (the "Motion," Docket No. 245) and the record in this proceeding, and good cause appearing.

IT IS HEREBY ORDERED that the Motion is granted. Raines Feldman Littrell LLP is authorized to withdraw as counsel to Nile Niami, Ground View LLLP, 1369 Londonderry Estate LLC and Marbella Construction, Inc.

###

Date: January 3, 2024

Deborah J. Saltzman
United States Bankruptcy Judge