United States Bankruptcy Court

Central District of California

Inferno Investment, Inc.,
    Plaintiff

Crestlloyd, LLC,
    Defendant

Adv. Proc. No. 22-01125-DS

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3
Date Rcvd: Jan 03, 2024      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Martin D Singer, Lavely & Singer Professional Corporation, 2049 Century Park East Ste 2400, Los Angeles, CA 90067-3126 |
| dft | + | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | 1369 Londonderry Estate LLC, a California Limited |
| intp | | Courtesy NEF |
| crd | | Ground View LLLP, a Nevada Limited Liability Limit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| crc | | Hankey Capital, LLC, a California limited liabilit |
| cc | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hilldun Corporation |
| cd | | Hilldun Corporation, a New York Corporation |
| crd | | Hilldun Corporation, a New York Corporation |
| cd | | Inferno Investment, Inc. |
| pla | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| crd | | Inferno Investment, Inc. |
| crd | | Jacqueline Englanoff |
| crd | | Joseph Englanoff |
| crd | | Justine Englanoff |
| crd | | Marbella Construction Inc., a California Corporati |
| crd | | N:Philanthropy LLC, a California Limited Liability |
| crd | | Nicole Englanoff |
| crd | | Nile Niami |
| crd | | Trousdale Estate LLC, a Nevada Limited Liability C |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| dft | | Yogi Securities Holdings, LLC |
| crd | | Yvonne Niami |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 03, 2024 | Form ID: pdf031 | Total Noticed: 2 |

| | | | |
|---|---|---|---|
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 | |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 | |
| crc | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 | |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 | |

TOTAL: 33 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David B Golubchik | on behalf of Defendant Crestlloyd LLC dbg@lnbyg.com, dbg@lnbyg.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant Marbella Construction Inc. a California Corporation hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant Ground View LLLP a Nevada Limited Liability Limited Partnership hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant Nile Niami hrafatjoo@raineslaw.com bclark@raineslaw.com |
| Hamid R Rafatjoo | on behalf of Cross Defendant 1369 Londonderry Estate LLC a California Limited Liability Company hrafatjoo@raineslaw.com, bclark@raineslaw.com |
| Howard Steinberg | on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| John A Moe, II | on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Counter-Defendant Crestlloyd LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Counter-Claimant Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Yogi Securities Holdings LLC john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Defendant Yogi Securities Holdings LLC john.moe@dentons.com, |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 03, 2024 | Form ID: pdf031 | Total Noticed: 2 |

| | |
|---|---|
| | glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com glenda.spratt@dentons.com;derry.kalve@dentons.com |
| Johnny White | on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Gottlieb | on behalf of Interested Party Courtesy NEF jdg@lnbyg.com |
| Joseph M Rothberg | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Kyra E Andrassy | on behalf of Plaintiff Inferno Investment Inc. kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com |
| Max Fabricant | on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Paul Sorrell | on behalf of Plaintiff Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com |
| Paul Sorrell | on behalf of Counter-Defendant Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com |
| Ryan Coy | on behalf of Defendant Hilldun Corporation rcoy@bg.law ecf@bg.law |
| Ryan Coy | on behalf of Cross Defendant Hilldun Corporation a New York Corporation rcoy@bg.law, ecf@bg.law |
| Thomas M Geher | on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com |
| Todd M Arnold | on behalf of Interested Party Courtesy NEF tma@lnbyg.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 34

Hamid R. Rafatjoo (SBN 181564)
hrafatjoo@raineslaw.com
**RAINES FELDMAN LITTRELL LLP**
1900 Avenue of the Stars, 19th Floor
Los Angeles, CA 90067
T: 310.440.4100
F: 310.691.1367

Attorneys for Cross-Defendants Nile Niami, Ground View LLLP, 1369 Londonderry Estate LLC and Marbella Construction, Inc.

**FILED & ENTERED**

JAN 03 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CRESTLLOYD, LLC, et al.,<br><br>Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR CROSS-DEFENDANTS NILE NIAMI, GROUND VIEW LLLP, 1369 LONDONDERRY ESTATE LLC AND MARBELLA CONSTRUCTION, INC.** |
| AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | |

1  The court having reviewed and considered the "Motion for Leave to Withdraw as Counsel for Cross-Defendants Nile Niami, Ground View LLLP, 1369 Londonderry Estate LLC and Marbella Construction, Inc." (the "Motion," Docket No. 245) and the record in this proceeding, and good cause appearing.

IT IS HEREBY ORDERED that the Motion is granted.  Raines Feldman Littrell LLP is authorized to withdraw as counsel to Nile Niami, Ground View LLLP, 1369 Londonderry Estate LLC and Marbella Construction, Inc.

###

Date: January 3, 2024

Deborah J. Saltzman
United States Bankruptcy Judge

-1-