Richard M. Pachulski (CA Bar No. 90073)
rpachulski@pszjlaw.com
John W. Lucas (CA Bar No. 271038)
jlucas@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760

Attorneys for Yogi Securities Holdings, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>   Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>CRESTLLOYD, LLC, et al.,<br><br>   Defendant. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | |

**TO THE DEBTORS AND THEIR ATTORNEYS, THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") the undersigned attorneys enter their Notice of Appearance and Request for Notice in the above-entitled case on behalf of Yogi Securities Holdings, LLC, and

SF 4872-6161-5774.1 JWL.001

1  hereby request that all notices given or required to be given, and request that all notices given or

2  required to be given, and all papers served or required to be served in this case be directed to the

3  following:

4      Richard M. Pachulski (CA Bar No. 90073)
    rpachulski@pszjlaw.com
5      John W. Lucas (CA Bar No. 271038)
    jlucas@pszjlaw.com
6      PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
7      Los Angeles, California 90067-4100
    Telephone: 310-277-6910
8      Facsimile: 310-201-0760

9  This request includes the type of notice referred to in Bankruptcy Rules 2002(i) and

10  3017(a), 4001, 9007 and Section 1109 of the Bankruptcy Code, and also includes without

11  limitation, all schedules, notices of any orders, applications, complaints, answers, demands,

12  replies, hearings, motions, petitions, pleadings, disclosure statements, plans, requests, memoranda

13  or briefs in support of any of the foregoing, and any other documents brought before the court in

14  this case, whether formal or informal, whether written or oral, and whether transmitted or

15  conveyed by mail delivery, telephone, telegraph, telex, facsimile transmission or otherwise.

17  Dated: January 24, 2024        PACHULSKI STANG ZIEHL & JONES LLP

19          By  */s/ John W. Lucas*
20              John W. Lucas

21          Attorneys for Yogi Securities Holdings, LLC

SF 4872-6161-5774.1 JWL.001        2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____
*Date*              *Printed Name*                    *Signature*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**

- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Todd M Arnold**   tma@lnbyg.com
- **Ryan Coy**   rcoy@bg.law, ecf@bg.law
- **Max Fabricant**   mfabricant@lavelysinger.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Jonathan Gottlieb**   jdg@lnbyg.com
- **John A Moe**   john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Paul Sorrell**   psorrell@lavelysinger.com, mdsinger@lavelysinger.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com