| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID B. GOLUBCHIK (State Bar No. 185520)<br>JOSEPH M. ROTHBERG (State Bar No. 286363)<br>ROBERT M. CARRASCO (State Bar No. 334642)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: DBG@LNBYG.COM; JMR@LNBYG.COM; RMC@LNBYG.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Crestlloyd, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>CRESTLLOYD, LLC<br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>ADVERSARY NO.: 2:22-ap-01125-DS<br>CHAPTER: 11 |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation<br><br>Plaintiff(s).<br>vs.<br>CRESTLLOYD, LLC; HANKEY CAPITAL LLC; YOGI SECURITIES HOLDINGS LLC; HILLDUN CORPORATION; and related cross actions.<br><br>Defendant(s). | **CRESTLLOYD'S UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE: 03/07/2024<br>TIME: 2:00 p.m.<br>COURTROOM: 1639<br>ADDRESS: 255 East Temple Street,<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No
2. Have all parties filed and served answers to the Claims Documents? ☐ Yes ☒ No
3. Have all motions addressed to the Claims Documents been resolved? ☐ Yes ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1? ☐ Yes ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   See additional comments below in Section G.

B. <u>**READINESS FOR TRIAL**</u>:

   1. When will you be ready for trial in this case?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      
      March 2025, assuming mediation fails.

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
      | <u>Plaintiff</u> | <u>Defendant</u> |
      
      The parites have been holding off on formal discovery while mediation efforts are pending. It is anticipated there will be at least two more mediation sessions.

   3. When do you expect to complete <u>your</u> discovery efforts?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      
      If mediation fails,within ten months thereafter.

   4. What additional discovery do you require to prepare for trial?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      
      Written discovery, depositions, and expert discovery.

C. <u>**TRIAL TIME**</u>:

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      
      Assuming direct examinations by declaration, approximately 4 - 5 days.

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?
      | <u>Plaintiff</u> | <u>Defendant</u> |
      
      Unknown at this time.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time. | |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☐ is ☐ is not requested |
| Reasons: | Reasons: |
| The advesary proceeding is complex with many parties invovled. | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 01/01/2025 | (*date*) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Multiple mediation sessions have been held, primarily involving Hankey, Inferno, Yogi, and Hilldun.  Judge Bluebond has requsted the parties' availability between Tuesday March 26 and Thursday March 28, 2024. No new date has been set as of the filing of this status report.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
    If so, when?
    Mediaiton sessions have been held with Judge Bluebond in December 2023 and again on February 21, 2023.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☐ Yes  ☐ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     Page 3                                     F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>

☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

On June 9, 2022, Inferno Investment, Inc. commenced this Adversary Proceeding against Crestlloyd; Hankey Capital, LLC; Yogi Securities Holdings, LLC; and Hildun Corporation. (Adv. Dkt. No. 1). On August 10, 2022, Crestlloyd filed its cross-claims against Inferno Investment, Inc.; Nile Niami; Yvonne Niami; Ground View LLP; 1369 Londonderry Estate, LLC; Marbella Construction Inc.; N:Philanthropy LLC; Yogi Securities Holdings LLC; Trousdale Estate LLC; Joseph Englanoff; Justine; Nicole; Jacqueline, and Hilldun Corporation. (Adv. Dkt No. 27).

Yvonne Niami and N:Philanthropy LLC (the "Defaulting Parties") are currently in default. Should mediation efforts fail, Crestlloyd plans on filing motions for default judgment against the Defaulting Parties and moving forward with discovery against all other parties.

The mediation sessions at this time primarily concern the various parties' claims as being the Debtors' senior secured creditor. There are several other claims which Debtor has brought concerning breaches of fiduciary duty and fraudulent transfer, which the parites have discssed mediating after the "first phase" of the case has been mediated.

Respectfully submitted,

Date: 02/29/2024

Levene Neale Bender Yoo & Golubchik LLP
Printed name of law firm

/s/ Joseph M. Rothberg
Signature

Joseph M. Rothberg
Printed name

Attorney for: Debtor Crestlloyd LLC

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                         Page 4                                         **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Crestlloyd's Unilateral Status Report [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 29, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- Todd M Arnold    tma@lnbyg.com
- Ryan Coy    rcoy@bg.law, ecf@bg.law
- Max Fabricant    mfabricant@lavelysinger.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Jonathan Gottlieb    jdg@lnbyg.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- John A Moe    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Paul Sorrell    psorrell@lavelysinger.com, mdsinger@lavelysinger.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **February 29, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Yvonne Niami                                              N:Philanthropy LLC
1132 E. 12th Street                                       Attn: Yvonne Niami
Los Angeles, CA 90021                                     1132 E 12th Street
                                                          Los Angeles, CA 90021

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 29, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 29, 2024 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**