**MARTIN D. SINGER (BAR NO. 78166)**
**PAUL N. SORRELL (BAR NO. 126346)**
**MAX D. FABRICANT (BAR NO. 333859)**
**LAVELY & SINGER**
**PROFESSIONAL CORPORATION**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
Email:  mdsinger@lavelysinger.com
         psorrell@lavelysinger.com
         mfabricant@lavelysinger.com

**KYRA E. ANDRASSY (BAR NO. 207959)**
**SMILEY WANG-EKVALL, LLP**
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
Telephone: (714) 445-1000
Email:  kandrassy@swelawfirm.com

Attorneys for Plaintiff and Counter-Defendant
INFERNO INVESTMENT, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation, | **STATUS REPORT OF PLAINTIFF AND COUNTER-DEFENDANT INFERNO INVESTMENT, INC.** |
| Plaintiff, v. | Date: March 7, 2024<br>Time: 11:30 a.m.<br>Courtroom: 1639 |
| CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability Company; and HILLDUN CORPORATION, a New York corporation, | Action Filed: June 9, 2022 |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

1

STATUS REPORT

**TO THE COURT AND ALL PARTIES OF RECORD HEREIN:**

The parties to this adversary proceeding held an initial mediation in this matter on November 21, 2023, before the Honorable Sheri Bluebond as Mediator. Prior to mediation, the parties conducted an exchange of documents pursuant to formal document requests.

At the initial mediation session on November 21, the parties resolved to exchange accountings reflecting the calculation of their respective claims, and then to conduct a further session with the Mediator. Unfortunately, delays then ensued attributable in part to Yogi's substitution of counsel. Nevertheless, the accounting information was ultimately exchanged earlier this month. A second mediation session was tentatively scheduled for February 21, 2024 with Judge Bluebond, but unfortunately was recently postponed due to a schedule conflict of another party. The parties are presently attempting to reschedule the mediation.

Under the circumstances, Inferno respectfully submits that the Status Conference should be continued approximately 45 to 60 days to allow the parties to conduct further mediation, before the matter is returned to the regular trial calendar. It is hoped that further mediation sessions will result in a resolution of some or all of the disputed issues.

Dated: February 29, 2024

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
PAUL N. SORRELL
MAX D. FABRICANT

By:  /s/Paul N. Sorrell
PAUL N. SORRELL
Attorneys for Plaintiff and Counter-Defendant INFERNO INVESTMENT, INC.