| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**MARTIN D. SINGER (BAR NO. 78166)**<br>**PAUL N. SORRELL (BAR NO. 126346)**<br>**MAX D. FABRICANT (BAR NO. 333859)**<br>**LAVELY & SINGER**<br>**PROFESSIONAL CORPORATION**<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906<br>Telephone: (310) 556-3501<br>Facsimile: (310) 556-3615<br>Email:  mdsinger@lavelysinger.com<br>          psorrell@lavelysinger.com<br>          mfabricant@lavelysinger.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* INFERNO INVESTMENT, INC. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br><br><br>Debtor(s). | CASE NO.:  2:21-bk-18205-DS<br><br>ADVERSARY NO.:  2:22-ap-01125-DS<br><br>CHAPTER:  11 |
|---|---|
| INFERNO INVESTMENT, INC.,<br><br><br><br>vs.<br><br>CRESTLLOYD, LLC, et al.<br><br><br>Plaintiff(s).<br><br>Defendant(s). | **INFERNO INVESTMENT, INC.'S UNILATERAL STATUS REPORT [LBR 7016-1(a)(2)]**<br><br>DATE:  March 7, 2024<br>TIME:  11:30 a.m.<br>COURTROOM:  1639<br>ADDRESS:  255 East Temple Street<br>              Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.    PLEADINGS/SERVICE**:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                          Page 1                                           F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL**:

1. When will you be ready for trial in this case?
   <u>Plaintiff</u>                                                              <u>Defendant</u>

   It is premature to estimate a trial date at this time. Plaintiff currently believes that the matter should be ready for trial in 2025.

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   <u>Plaintiff</u>                                                              <u>Defendant</u>

   The pleadings are not complete, mediation is still in process and, if mediation is not successful, there will be substantial discovery conducted by many parties.

3. When do you expect to complete <u>your</u> discovery efforts?
   <u>Plaintiff</u>                                                              <u>Defendant</u>

   2025

4. What additional discovery do you require to prepare for trial?
   <u>Plaintiff</u>                                                              <u>Defendant</u>

   In addition to disclosures required under the federal rules:
   1. Specially-prepared written interrogatories and requests for admissions; 2. Requests for documents on particular issues;
   3. Depositions of key witnesses and expert witnesses.

C. **TRIAL TIME**:

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
   <u>Plaintiff</u>                                                              <u>Defendant</u>

   Unknown at this time.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   <u>Plaintiff</u>                                                              <u>Defendant</u>

   Unknown at this time.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                        Page 2                                        **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                                                        <u>Defendant</u>

Unknown at this time.

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                                                        <u>Defendant</u>

Pretrial conference  [X] is  [ ] is not  requested          Pretrial conference  [ ] is  [ ] is not  requested
Reasons:                                                               Reasons:


<u>Plaintiff</u>                                                        <u>Defendant</u>

Pretrial conference should be set <u>after</u>:                Pretrial conference should be set <u>after</u>:

(*date*) 01/01/2025                                                 (*date*) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   Ongoing.

2. Has this dispute been formally mediated?    [X] Yes    [ ] No
   If so, when?
   Mediation is still in process.

3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>                                                        <u>Defendant</u>

[X] Yes   [ ] No                                                       [ ] Yes   [ ] No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     Page 3                                     F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|  Plaintiff  |  Defendant  |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☒ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 02/29/2024

Lavely & Singer Professional Corporation
Printed name of law firm

/s/ Paul N. Sorrell
Signature

Paul N. Sorrell
Printed name

Attorney for: Inferno Investment, Inc.

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/29/24    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/29/24 | Lisa Carpenter | /s/ Lisa Carpenter |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* | Page 5 | F 7016-1.STATUS.REPORT

# **SERVICE LIST**

Kyra E Andrassy on behalf of Plaintiff Inferno Investment, Inc.
kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com

Todd M Arnold on behalf of Interested Party Courtesy NEF
tma@lnbyg.com

Ryan Coy on behalf of Cross Defendant Hilldun Corporation, a New York Corporation
rcoy@bg.law, ecf@bg.law

Ryan Coy on behalf of Defendant Hilldun Corporation
rcoy@bg.law, ecf@bg.law

Max Fabricant on behalf of Interested Party Courtesy NEF
mfabricant@lavelysinger.com

Max Fabricant on behalf of Plaintiff Inferno Investment, Inc.
mfabricant@lavelysinger.com

Thomas M Geher on behalf of Interested Party Courtesy NEF
tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com

David B Golubchik on behalf of Defendant Crestlloyd, LLC
dbg@lnbyg.com, dbg@lnbyg.com

Jonathan Gottlieb on behalf of Interested Party Courtesy NEF
jdg@lnbyg.com

John W Lucas on behalf of Counter-Claimant Yogi Securities Holdings, LLC
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas on behalf of Cross Defendant Yogi Securities Holdings, LLC
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas on behalf of Defendant Yogi Securities Holdings, LLC
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John A Moe, II on behalf of Counter-Defendant Crestlloyd, LLC
john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II on behalf of Cross Defendant Trousdale Estate LLC, a Nevada Limited Liability Company
john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II on behalf of Cross Defendant Jacqueline Englanoff
john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II on behalf of Cross Defendant Joseph Englanoff
john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II on behalf of Cross Defendant Justine Englanoff

john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

John A Moe, II on behalf of Cross Defendant Nicole Englanoff
john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com

Joseph M Rothberg on behalf of Counter-Defendant Crestlloyd, LLC
jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg on behalf of Cross-Claimant Crestlloyd, LLC
jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg on behalf of Defendant Crestlloyd, LLC
jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Paul Sorrell on behalf of Counter-Defendant Inferno Investment, Inc.
psorrell@lavelysinger.com, mdsinger@lavelysinger.com

Paul Sorrell on behalf of Plaintiff Inferno Investment, Inc.
psorrell@lavelysinger.com, mdsinger@lavelysinger.com

Howard Steinberg on behalf of Defendant Hankey Capital, LLC, a California limited liability company
steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Johnny White on behalf of Cross Defendant Trousdale Estate LLC, a Nevada Limited Liability Company
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Cross Defendant Jacqueline Englanoff
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Cross Defendant Joseph Englanoff
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Cross Defendant Justine Englanoff
JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White on behalf of Cross Defendant Nicole Englanoff
JWhite@wrslawyers.com, jlee@wrslawyers.com