Richard M. Pachulski (CA Bar No. 90073)
Henry C. Kevane (CA Bar No. 125757)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: rpachulski@pszjlaw.com
         hkevane@pszjlaw.com
         jlucas@pszjlaw.com

*Attorneys for Yogi Securities Holdings, LLC*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>       Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability Company; and HILLDUN CORPORATION, a New York Corporation,<br><br>       Defendants. | **STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**Hearing Date:**<br>Date:    May 2, 2024<br>Time:    11:30 a.m. (Pacific Time)<br>Place:    255 E. Temple St. Courtroom 1639<br>           Los Angeles, CA 90012<br>Judge:   Hon. Deborah J. Saltzman |
| CRESTLLOYD, LLC, a California limited liability company<br><br>       Cross-Claimant,<br><br>       vs. | |

4866-5650-7066.1 96887.00001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  INFERNO INVESTMENT, INC., a Quebec
corporation; NILE NIAMI, an individual;
2  YVONNE NIAMI, an individual; GROUND
VIEW LLP, a Nevada limited liability limited
3  partnership; 1369 LONDONDERRY ESTATE
LLC, a California limited liability company;
4  N:PHILANTHROPY, LLC, a California
limited liability company; YOGI
5  SECURITIES HOLDINGS, LLC, a Nevada
limited liability company; TROUSDALE
6  ESTATE, LLC, a Nevada limited liability
company; JOSEPH ENGLANOFF, an
7  individual; JUSTINE ENGLANOFF, an
individual; JACQUELINE ENGLANOFF, an
8  individual; and HILLDUN CORPORATION,
a New York corporation,
9

10

11                    Cross-Defendants.

YOGI SECURITIES HOLDINGS, LLC, a
12  Nevada limited liability company,

13  Counter/Cross-Complainant,

14
                        v.
15  CRESTLLOYD, LLC, a California Limited
Liability Company; HANKEY CAPITAL,
16  LLC, a California limited liability company;
INFERNO INVESTMENT, INC., a Quebec
17  corporation; and HILLDUN CORPORATION,
a New York corporation,
18  Counter/Cross-Defendants.

19
HANKEY CAPITAL, LLC, a California
20  limited liability company,

21                    Cross-Claimant,

22
        v.
23
YOGI SECURITIES HOLDINGS, LLC, a
24  Nevada limited liability company,

25                    Cross-Defendants.

26

27

28

1

HANKEY CAPITAL, LLC, a California
limited liability company,

Cross-Claimant,

v.

INFERNO INVESTMENT, INC., a Quebec
corporation,

Cross-Defendant.

## STIPULATION TO CONTINUE STATUS CONFERENCE

Yogi Securities Holdings, LLC ("**Yogi**"), Hankey Capital, LLC ("**Hankey**"), Inferno Investment, Inc. ("**Inferno**"), Hilldun ("**Hilldun**"), and Crestlloyd, LLC (the "**Debtor**" and together with Yogi, Hankey, Inferno, and Hilldun the "**Parties**") hereby enter into this stipulation seeking the Court's authorization to continue the status conference in the above-captioned adversary proceeding as set forth herein.

A.  The Parties filed complaints, cross-claims, and answers against each other alleging various claims and defenses.

B.  At the prior status conference in this adversary proceeding, the Court continued the status conference to May 2, 2024 at 11:30 a.m.

C.  The Court ordered the Parties to mediate and the next mediation date for Hankey and Yogi is schedule for the entire date on May 2, 2024.

D.  In light of the conflict between the Court's continued date and the mediation, the Parties agree to continue the status conference for approximately 60 days or a date that the Court is available.

NOW, THEREFORE, the Parties stipulate and jointly agree as follows:

1.  The May 2, 2024 status conference is continued approximately 60 days or a suitable date as determined by the Court.

2.  If the mediation is not concluded by the next scheduled status conference the Parties may file a stipulation with the Court seeking a further continuance.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3.     In connection with the execution of this stipulation the Parties agree to submit a proposed order approving the stipulation.

Dated:  May 2, 2024

PACHULSKI STANG ZIEHL & JONES LLP

By  */s/ John W. Lucas*
Richard M. Pachulski
Henry C. Kevane
John W. Lucas

*Attorneys for Yogi Securities Holdings, LLC*

Dated:  May __, 2024

GREENBERG TRAURIG, LLP

By  /
Howard J. Steinberg
Eric V. Rowen
Matthew R. Gershman

*Attorneys for Hankey Capital, LLC*

Dated:  May __, 2024

LAVELY & SINGER, P.C.

By  /
Martin D. Singer
Paul N. Sorrell
Max D. Fabricant

*Attorneys for Inferno Investment, Inc.*

Dated:  May __, 2024

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP

By  /
David B. Golubchik
Joseph M. Rothberg

*Attorneys for Crestlloyd, LLC*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    3.    In connection with the execution of this stipulation the Parties agree to submit a

2    proposed order approving the stipulation.

3    Dated: May __, 2024                PACHULSKI STANG ZIEHL & JONES LLP

4

5                                        By _____

6                                            Richard M. Pachulski
                                            Henry C. Kevane
7                                            John W. Lucas

8                                        *Attorneys for Yogi Securities Holdings, LLC*

9    Dated: May 1, 2024                 GREENBERG TRAURIG, LLP

10

11                                       By / _____

12                                           Howard J. Steinberg
                                            Eric V. Rowen
13                                           Matthew R. Gershman

14                                       *Attorneys for Hankey Capital, LLC*

15

16   Dated: May 1, 2024                 LAVELY & SINGER, P.C.

17

18                                       By _____

                                            Martin D. Singer
19                                           Paul N. Sorrell
                                            Max D. Fabricant
20

21                                       *Attorneys for Inferno Investment, Inc.*

22   Dated: May 1, 2024                 LEVENE, NEALE, BENDER, YOO &
                                        GOLUBCHIK LLP
23

24                                       By / _____

25                                           David B. Golubchik
                                            Joseph M. Rothberg
26

27                                       *Attorneys for Crestlloyd, LLC*

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   Dated:  May 2 , 2024                         BG LAW

2

3                                               By    /

                                                     Steven T. Gubner
4
                                                    *Attorneys for Hilldun*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA