Richard M. Pachulski (CA Bar No. 90073)
Henry C. Kevane (CA Bar No. 125757)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile: 310-201-0760
E-mail: rpachulski@pszjlaw.com
        hkevane@pszjlaw.com
        jlucas@pszjlaw.com

*Attorneys for Yogi Securities Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>    Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>CRESTLLOYD, LLC, et al.,<br><br>    Defendants. | **ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE** |
| AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The court having reviewed and considered the "Stipulation to Continue Status Conference" (the "Stipulation," Docket No. 262), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.  The status conferences in these adversary proceedings are continued from May 9, 2024 at 11:30 a.m. to July 11, 2024 at 11:30 a.m.

# # #

Date: May 2, 2024

Deborah J. Saltzman
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA