| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARTIN D. SINGER (BAR NO. 78166)<br>PAUL N. SORRELL (BAR NO. 126346)<br>LAVELY & SINGER PROFESSIONAL CORPORATION<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906<br>Telephone: (310) 556-3501/Facsimile: (310) 556-3615<br>mdsinger@lavelysinger.com; psorrell@lavelysinger.com<br>SHARON Z. WEISS (BAR NO. 169446)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>sharon.weiss@bclplaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff INFERNO INVESTMENT, INC. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><div align=right>Debtor(s).</div> | CASE NO.:    2:21-bk-18205-DS<br><br>ADVERSARY NO.: 2:22-ap-01125-DS<br><br>CHAPTER:    11 |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br><div align=right>Plaintiff(s).</div><div align=center>vs.</div>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability Company; and HILLDUN CORPORATION, a New York corporation,    Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    09/17/2004<br>TIME:    1:00 p.m.<br>COURTROOM:    1639<br>ADDRESS:    255 E Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1.  Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes  ☐ No

2.  Have all parties filed and served answers to the Claims Documents?    ☒ Yes  ☐ No

3.  Have all motions addressed to the Claims Documents been resolved?    ☐ Yes  ☒ No

4.  Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes  ☐ No

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

Yogi Securities is considering an amendment to cross- and counterclaims which may require a motion absent agreement of the parties.

Hankey Capital reserves the right to seek to amend its answer, cross and counterclaims.

Crestlloyd LLC reserves all rights to seek to amend its answer, cross and counterclaims.

**B.  <u>READINESS FOR TRIAL</u>:**

1.      When will you be ready for trial in this case?

<u>Plaintiff</u>                                          <u>Defendant</u>

See Attachment A.                        See Attachment A.

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

<u>Plaintiff</u>                                          <u>Defendant</u>

See Attachment A.                        See Attachment A.

3.  When do you expect to complete <u>your</u> discovery efforts?

<u>Plaintiff</u>                                          <u>Defendant</u>

See Attachment A.                        See Attachment A.

4.  What additional discovery do you require to prepare for trial?

<u>Plaintiff</u>                                          <u>Defendant</u>

See Attachment A.                        See Attachment A.

**C.  <u>TRIAL TIME</u>:**

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

<u>Plaintiff</u>                                          <u>Defendant</u>

8 - 10 days (subject to further developments          Premature to estimate at this time.
concerning the pleadings and additional parties)

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

<u>Plaintiff</u>                                          <u>Defendant</u>

Premature to estimate at this time.          Premature to estimate at this time.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 2                          **F 7016-1.STATUS.REPORT**

3.  How many exhibits do you anticipate using at trial?

|  Plaintiff  |  Defendant  |
|---|---|
| Premature to estimate at this time. | Premature to estimate at this time. |

## D.  PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court.  [See LBR 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not  requested | Pretrial conference ☒ is ☐ is not  requested |
| Reasons: | Reasons: |
| Plaintiff believes the pretrial conference date should be set once the case is at issue and the claims and parties have ben determined. | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) _____ | (*date*) _____ |

## E.  SETTLEMENT:

1.  What is the status of settlement efforts?

   The parties commenced mediation through the auspices of Judge Sherri Bluebond as mediator.  The mediation was not successful.

2.  Has this dispute been formally mediated?      ☒ Yes      ☐ No
   If so, when?

   November 2023 - May 2024

3.  Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                               Page 3                               **F 7016-1.STATUS.REPORT**

**F.   FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

<table>
<tr><td align="center">Plaintiff</td><td align="center">Defendant</td></tr>
<tr><td>☒ I do consent</td><td>☒ I do consent</td></tr>
<tr><td>☐ I do not consent</td><td>☐ I do not consent</td></tr>
<tr><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td><td>to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.</td></tr>
</table>

**G.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

See Attachment A.

Respectfully submitted,

Date:  09/10/2024                                      Date:  _____

 Lavely & Singer Professional Corporation         _____
Printed name of law firm                              Printed name of law firm

 /s/ Paul N. Sorrell                              _____
Signature                                             Signature

 Paul N. Sorrell                                  _____
Printed name                                          Printed name

Attorney for:  Plaintiff Inferno Investment, Inc.      Attorney for: _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 4                          **F 7016-1.STATUS.REPORT**

Date: September 10, 2024

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP
Printed name of law firm

Signature

Joseph M. Rothberg
Printed name

Attorney for: Crestlloyd, LLC


Date: _____

JEFFER MANGELS BUTLER & MITCHELL LLP
Printed name of law firm

Signature

THOMAS M. GEHER
Printed name

Attorney for: Hankey Capital, LLC


Date: _____

GREENBERG TRAURIG, LLP
Printed name of law firm

Signature

Printed name

Attorney for: Hankey Capital, LLC

Date: _____

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for:  Crestlloyd, LLC

Date: _____

JEFFER MANGELS BUTLER & MITCHELL LLP
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for:  Hankey Capital, LLC

Date: _____9/10/24_____

GREENBERG TRAURIG, LLP
Printed name of law firm

_____
Signature

_____
Printed name  *Howard Steinberg*

Attorney for:  Hankey Capital, LLC

Date: 09-10-2024

PACHULSKI STANG ZIEHL & JONES
Printed name of law firm

Signature

John W. Lucas
Printed name

Attorney for: Yogi Securities Holdings, LLC


Date: 9/10/2024

BG LAW LLP
Printed name of law firm

Signature

Jessica S. Wellington
Printed name

Attorney for: Hilldun Corporation


Date:

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
Printed name of law firm

Signature

Printed name

Attorneys for: Trousdale Estate LLC; Jacqueline Englanoff;
Joseph Englanoff; Justine Englanoff; and Nicole Englanoff

## ATTACHMENT A

### Additional Comments/Recommendations Re Trial

On August 2, 2024, the parties to this adversary proceeding held a telephonic conference to discuss, among other things, the issues specified in FRCP Rule 26(f) and applicable local rules.  Participating on the call were David B. Golubchik and Joseph M. Rothberg (representing the Debtor Crestlloyd), Thomas M. Geher and Howard J. Steinberg (representing Hankey Capital), John W. Lucas and Alan J. Kornfeld (Yogi Securities), Steve Gubner (Hilldun), and Sharon Z. Weiss and Paul N. Sorrell (Inferno).

The parties discussed the requirement for initial disclosures pursuant to Rule 26 and a discovery plan.  Due to the number of parties, issues, witnesses and documents, and the complexity of issues raised in the pleadings, the parties agreed that they would propose making initial disclosures pursuant to FRCP Rule 26(a) within 30 days of the meeting, on or before *September 6, 2024*.  (Disclosures were served by various parties and documents produced under Rule 26.)

The parties further discussed and ultimately agreed that it would be most efficient to conduct additional discovery in phases, with an initial phase including written discovery and exchange of relevant documents commencing forthwith, to be followed by depositions.  In that regard, the parties agreed to propose that initial written discovery, including interrogatories and document requests, be served on or after *October 3, 2024*, and the stay of written discovery shall be lifted as of that date.  Responses will be provided in accordance with the FRCP and FRBP.  This is without prejudice to any party propounding further or additional written discovery at a later date prior to the discovery cutoff.  The parties will meet and confer in an attempt to resolve any discovery disputes before any motions to compel are filed.

The parties agreed that following receipt of the initial disclosures and documents produced pursuant to Rule 26(a), they will meet and confer regarding a schedule for depositions in the case, which cannot be fully determined before the production and review of discovery among the Parties, and establish a deposition schedule.

The parties suggest that a Further Status Conference be set in early 2025, prior to which the parties will meet and confer on a schedule for expert witness designations, completion of discovery and the trial.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 2049 Century Park East, Suite 2400, Los Angeles, California 90067


A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served
or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 09/10/2024   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  09/10/2024   , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  09/10/2024   , I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

⊠ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/10/2024 | Lisa Carpenter | /s/ Lisa Carpenter |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 5                                    **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2049 Century Park East, Suite 2400, Los Angeles, California 90067-2906.

On the date indicated below, I served the foregoing document described as:

## JOINT STATUS REPORT [LBR 7016-1(a)(2)]

on the interested parties in this action by placing [  ] the original document OR [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

*See attached service list.*

**[X]    BY ELECTRONIC SERVICE:**  I caused the document(s) to be sent to each interested party at the email addresses listed on the attached service list.

**[X]    BY MAIL:**
**[X]**    As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed September 10, 2024 at Los Angeles, California.

_____
Lisa Carpenter

1

1

**SERVICE LIST**

2

David B. Golubchik, Esq.
3 Todd M. Arnold, Esq.
Joseph M. Rothberg, Esq.
4 Jonathan Gottlieb, Esq.
LEVENE, NEALE, BENDER,
5   YOO & GOLUBCHIK LLP
2818 La Cienega Avenue
6 Los Angeles, CA 90034
dbg@lnbyg.com;
7 tma@lnbyg.com;
jmr@lnbyg.com;
8 jdg@lnbyg.com

*Attorneys for Defendant, Counter-Claimant and Counter-Defendant Crestlloyd, LLC*

9

Thomas M. Geher, Esq.
10 JEFFER MANGELS BUTLER &
   MITCHELL LLP
11 1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
12 tmg@jmbm.com

*Attorneys for Defendant, Counter-Claimant and Counter-Defendant Hankey Capital, LLC*

13

Howard J. Steinberg, Esq.
Eric V. Rowen, Esq.
14 Matthew R. Gershman, Esq.
GREENBERG TRAURIG, LLP
15 1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
16 steinbergh@gtlaw.com

*Attorneys for Defendant, Counter-Claimant and Counter-Defendant Hankey Capital, LLC*

17

John W. Lucas, Esq.
18 Alan J. Kornfeld, Esq.
PACHULSKI STANG ZIEHL &
19   JONES
One Sansome Street, Suite 3430
20 San Francisco, CA 94104
jlucas@pszjlaw.com
21 akornfeld@pszjlaw.com

*Attorneys for Defendant, Counter-Defendant and Counter-Claimant Yogi Securities Holdings, LLC*

22

Steve Gubner, Esq.
23 Jerry Bregman, Esq.
Jessica S. Wellington, Esq.
24 BG LAW LLP
21650 Oxnard Street, Suite 500
25 Woodland Hills, CA 91367
sgubner@bg.law
26 jbregman@bg.law
jwellington@bg.law

*Attorneys for Defendant and Counter-Defendant Hilldun Corporation*

27

28

2

1    Johnny White, Esq.                          *Attorneys for Cross Defendants*
     WOLF, RIFKIN, SHAPIRO,                      *Trousdale Estate LLC; Jacqueline*
2      SCHULMAN & RABKIN, LLP                    *Englanoff; Joseph Englanoff; Justine*
     11400 West Olympic Blvd., 9th Floor         *Englanoff; and Nicole Englanoff*
3    Los Angeles, CA 90064
     JWhite@wrslawyers.com
4

5    Sharon Z. Weiss, Esq.                       *Attorneys for Plaintiff Inferno*
     BRYAN CAVE LEIGHTON                         *Investment, Inc.*
6      PAISNER LLP
     120 Broadway, Suite 300
7    Santa Monica, CA 90401-2386
     sharon.weiss@bclplaw.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28