Richard M. Pachulski (CA Bar No. 90073)
Henry C. Kevane (CA Bar No. 125757)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: rpachulski@pszjlaw.com
         hkevane@pszjlaw.com
         jlucas@pszjlaw.com

*Attorneys for Yogi Securities Holdings, LLC*



FILED & ENTERED

OCT 28 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>    Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>CRESTLLOYD, LLC, et al.,<br><br>    Defendants. | **ORDER APPROVING STIPULATION FOR LEAVE TO AMEND PLEADINGS** |
| AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | |

4892-1252-1458.1 96887.00001

The court having reviewed and considered the "Stipulation for Leave to Amend Pleadings (the "Stipulation," Docket No. 285), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved. The court retains jurisdiction to interpret and enforce the terms of the Stipulation and this order.

### ###

Date: October 28, 2024

Deborah J. Saltzman
United States Bankruptcy Judge