Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700/Facsimile: 310-586-7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Bk No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation, | **HANKEY CAPITAL, LLC'S NOTICE OF ASSOCIATION OF COUNSEL** |
| Plaintiff, v. | Judge:          Hon. Deborah J. Saltzman |
| CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation, | Action Filed: June 9, 2022 |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

1

NOTICE OF ASSOCIATION OF COUNSEL

ACTIVE 710011842v1

1    Defendant and Cross-Defendant Hankey Capital, LLC ("Hankey") by and through its attorneys

2  of record, Howard J. Steinberg and Thomas M. Geher, hereby associates The Molino Firm, Professional

3  Law Corporation, as co-counsel for Hankey in the above-entitled action.

4    Copies of any and all notices from the court, as well as any and all correspondence, pleadings or

5  communications in this matter should also be served upon The Molino Firm as follows:

6    THE MOLINO FIRM, Professional Law Corporation

7    John C. Holmes, Esq., [SBN 120578] jholmes@molinolawfirm.com

8    Nicholas D. Moss, Esq., [SBN 332680] nmoss@molinolawfirm.com

9    4751 Wilshire Boulevard, Suite 207

10    Los Angeles, California 90010-3838

11    Telephone (323) 692-4010 Facsimile (323) 692-4015

12

13  DATED:  May 1, 2025                    GREENBERG TRAURIG, LLP

14

15                                    By _____
                                        Howard J. Steinberg
16                                      Attorneys for Defendant and Cross-Claimant
                                        Hankey Capital, LLC
17

18  DATED:  May 1, 2025                    JEFFER MANGELS BUTLER & MITCHELL LLP

19

20                                    By _____
                                        Thomas Geher
21                                      Attorneys for Defendant and Cross-Claimant
                                        Hankey Capital, LLC
22

23  DATED:  May 1, 2025                    THE MOLINO FIRM

24

25                                    By _____
                                        Nicholas D. Moss
26                                      Attorneys for Defendant and Cross-Claimant
                                        Hankey Capital, LLC
27

28

2

NOTICE OF ASSOCIATION OF COUNSEL

ACTIVE 710011842v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*): **HANKEY CAPITAL, LLC'S NOTICE OF ASSOCIATION OF COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 2, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
**Todd M Arnold**    tma@lnbyg.com
**Ryan Coy**    ryan.coy@saul.com, hannah.richmond@saul.com; Shelly.Guise@saul.com;
LitigationDocketing@saul.com; ryan.coy@ecf.courtdrive.com
**Max Fabricant**    mfabricant@lavelysinger.com
**Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
**David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
**Jonathan Gottlieb**    jdg@lnbyg.com
**John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
**John A Moe**    john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
**Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
**Paul Sorrell**    psorrell@lavelysinger.com, mdsinger@lavelysinger.com
**Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com; NEF-BK@gtlaw.com; howard-steinberg-6096@ecf.pacerpro.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com, sharon-weiss-7104@ecf.pacerpro.com
**Jessica Wellington**    jwellington@bg.law, ecf@bg.law
**Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2.**  **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 2, 2025 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**