| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARTIN D. SINGER (BAR NO. 78166)<br>PAUL N. SORRELL (BAR NO. 126346)<br>MAX D. FABRICANT (BAR NO. 333859)<br>LAVELY & SINGER<br>PROFESSIONAL CORPORATION<br>2049 Century Park East, Suite 2400<br>Los Angeles, California 90067-2906<br>Telephone: (310) 556-3501<br>Facsimile: (310) 556-3615<br>Email:  mdsinger@lavelysinger.com<br>           psorrell@lavelysinger.com<br><br>*Attorney for:* INFERNO INVESTMENT, INC. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>  CRESTLLOYD, LLC,<br><br><br><br><br>                                                                                                                      Debtor(s). | CASE NO.:  2:21-bk-18205-DS<br><br>ADVERSARY NO.: 2:22-ap-01125-DS<br>(*if applicable*)<br><br>CHAPTER: 11 |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br><br><br><br>                                                                                                 Plaintiff(s),<br>vs.<br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability Company; and HILLDUN CORPORATION, a New York corporation,<br>                                                                                                Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
    INFERNO INVESTMENT, INC., a Quebec corporation,

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
    Jeffrey Huron (SBN: 136585)
    STINSON LLP - 1901 Avenue of the Stars Suite 450 Los Angeles, California 90067
    Email: jeff.huron@stinson.com
    Telephone: 310.730.7020
    Facsimile: 310.730.7019

3. New attorney hereby appears in the following matters:    ☐ the bankruptcy case    ☒ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014* | Page 1 | **F 2091-1.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
Martin D. Singer, Esq.

Date: 07/02/2025

_____
Signature of party

Inferno Investment, Inc.
_____
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 07/02/2025

_____
Signature of present attorney

Martin D. Singer
_____
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date: 07/02/2025

_____
Signature of new attorney

Jeffrey Huron
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 2091-1.SUBSTITUTION.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/07/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See Attachment.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/07/2025 | Michelle Hemer | /s/ Michelle Hemer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                    Page 3                    F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, Los Angeles 90067.

On July 7, 2025, I served true copies of the following document(s) described as **SUBSTITUTION OF ATTORNEY [LBR 2091-1(b)]** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)**

☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☐ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☒ **(BY ELECTRONIC MAIL)**

I served the above-mentioned document electronically on the parties listed at the email addresses and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 7, 2025, at Los Angeles, California.

/s/ Michelle Hemer
Michelle Hemer

SERVICE LIST

| | |
|---|---|
| David B. Golubchik, Esq.<br>Todd M. Arnold, Esq.<br>Joseph M. Rothberg Esq.<br>Jonathan Gottlieb, Esq.<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>dbg@lnbyg.com<br>tma@lnbyg.com<br>jmr@lnbyg.com<br>jdg@lnbyg.com | Attorney s for Defendant, Counter- Claimant and Counter-Defendant Crestlloyd, LLC |
| Thomas M. Geher, Esq.<br>JEFFER MANGELS BUTLER & MITCHELL LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067<br>tmg@jmbm.com | Attorneys for Defendant, Counter- Claimant and Counter-Defendant Hankey Capital, LLC |
| Sharon Z. Weiss, Esq.<br>Bryan Cave Leighton Paisner LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>sharon.weiss@bclplaw.com | Attorneys for Plaintiff and Counter-Defendant Inferno Investment, Inc. |
| Martin D. Singer, Esq.<br>Paul N. Sorrell, Esq<br>Max D. Fabricant<br>Lavely & Singer, PC<br>2049 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>mdsinger@lavelysinger.com<br>psorrell@lavelysinger.com<br>mfabricant@lavelysinger.com | Attorneys for Plaintiff and Counter-Defendant Inferno Investment, Inc. |
| John W. Lucas, Esq.<br>Alan J. Kornfeld, Esq.<br>Pachulski Stang Ziehl & Jones<br>One Sansome Street, Suite 3430<br>San Francisco, CA 94104<br>jlucas@pszjlaw.com<br>akornfeld@pszjlaw.com | Attorneys for Defendant, Counter-Defendant and Counter-Claimant Yogi Securities Holdings, LLC |

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Steve Gubner, Esq.<br>Jerry Bregman, Esq.<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>sgubner@bg.law<br>jbregman@bg.law | Attorneys for Defendant and Counter- Defendant Hilldun Corporation |
| 2 | Johnny White Esq.<br>WOLF, RIFKIN SHAPIRO SCHULMAN & RABKIN, LLP<br>11400 West Olympic Blvd., 9th Floor<br>Los Angeles, CA 90064<br>jwhite@wrslawyers.com | Attorneys for Cross Defendants Trousdale Estate LLC,· Jacqueline Englanoff; Joseph Englanoff; Justine Englanoff; and Nicole Englanoff |
| 3 | Howard J. Steinberg, Esq.<br>Eric V. Rowen, Esq.<br>Matthew R. Gershman, Esq.<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067-2121<br>Email: steinbergh@gtlaw.com<br>rowene@gtlaw.com<br>gershmanm@gtlaw.com | Attorneys for Defendant, Counter- Claimant and Counter-Defendant Hankey Capital, LLC |

PROOF OF SERVICE