| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>Henry C. Kevane (CA Bar No. 125757)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>Telephone: 310-277-6910<br>Facsimile:  310-201-0760<br>E-mail: rpachulski@pszjlaw.com<br>           akornfeld@pszjlaw.com<br>           hkevane@pszjlaw.com<br>           jlucas@pszjlaw.com<br><br>☒ *Attorney for: Yogi Securities Holdings, LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** LOS ANGELES DIVISION

| In re:<br>CRESTLLOYD, LLC<br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>ADVERSARY NO. *(if applicable):* 2:22-ap-01125-DS<br>CHAPTER: 11 |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>Plaintiff(s).<br>vs.<br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**<br><br>**[LBR 2090-1(b); 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, <u>Beth E. Levine</u>                                                                                                                     , apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained *(specify name of party):* <u>Yogi Securities Holdings, LLC</u>                                                                      ,

    in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2. I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                         Page 1                                              **F 2090-1.2.APP.NONRES.ATTY**
4931-8817-4418.3 96887.00001

3. I am a lawyer with the following law firm *(specify name and address of law firm):* Pachulski Stang Ziehl & Jones LLP 1700 Broadway, 36th Floor, New York, NY 10019

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates *(specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction):* State of New York (9.20.1993), United States District Court for the Southern (10.19.93), Northern (01.08.03), Eastern (02.08.05), and Western (09.19.07) Districts of New York

5. I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

None.

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body. ☐ Disciplinary proceedings are pending; details are as follows:

I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served. The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

Information about Local Counsel:

Name and Bar Number: John W. Lucas, CA Bar No. 271038
Name and Address of law firm: Pachulski Stang Ziehl & Jones LLP, One Sansome Street, 34th Flr., Suite 3430, San Francisco, CA 94104

Telephone number: 415.263.7000

Email Address: jlucas@pszjlaw.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*    Page 2    **F 2090-1.2.APP.NONRES.ATTY**
4931-8817-4418.3 96887.00001

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 8, 2025

/s/ Beth E. Levine
Signature of applicant

Beth E. Levine
Printed name of applicant

**CONSENT OF LOCAL COUNSEL**

I consent to the foregoing designation.

Date: July 8, 2025

/s/ *John W. Lucas*
Signature of Local Counsel

John W. Lucas
Printed name of Local Counsel

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024* — Page 3 — **F 2090-1.2.APP.NONRES.ATTY**
4931-8817-4418.3 96887.00001

 U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Beth Levine

**Firm Name:** Pachulski Stang Ziehl & Jones LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:** INFERNO INVESTMENT, INC. v. CRESTLLOYD, LLC, et al., Adv. No. 2:22-ap-01125-DS

**Party Name:** Attorney for Yogi Securities Holdings, LLC

**Tracking Number:** PHV-250708-000-0738

**Pay.gov Tracking ID:** 27PIHAI4

**Amount:** $500

**Date:** 7/8/2025

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖨 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

[Go back to the online form.](#)

## Clerk Services
- Court Reporting Services
- Courtroom Technology
- Employment
- Interpreter Services
- Naturalization Ceremony Information
- Policy For Limited Use of Court
- Facilities
- Records Department
- Statistical Reports

## Jurors Information
- Jurisdiction
- Terms of Service
- Requesting an Excuse
- Requesting a Postponement
- Students
- Payment
- Juror Amenities
- Dress Code
- Security
- Employer Information
- Checking Status / Confirming Reporting Instructions
- Certificate of Jury Service
- Contact Us
- Parking / Directions
- Subsistence Information / Hotels

## Attorney Information
- Attorney Admissions
- Attorney Assistance
- Alternative Dispute Resolution (ADR)
- Capital Habeas
- Criminal Justice Act (CJA)
- Lawyer Representatives
- Pro Bono
- Direct Assignment of Civil Cases to Magistrate Judges Program
- Attorney Workroom Copier Password Request
- Mileage Rates
- Post-Judgment Interest Rates

## Court Procedures
- Filing Procedures
- Forms
- General Orders
- Local Rules

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDINGS [LBR 2090-1(b); 9013-1 (q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 8, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Todd M Arnold**    tma@lnbyg.com
- **Ryan Coy**    ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
- **Max Fabricant**    mfabricant@lavelysinger.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **Jeffrey Huron**    jhuron@dykema.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **John A Moe**    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Nicholas David Moss**    nmoss@molinolawfirm.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Paul Sorrell**    psorrell@lavelysinger.com, mdsinger@lavelysinger.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On    July 8, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Deborah J. Saltzman
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                 Page 4                                                **F 2090-1.2.APP.NONRES.ATTY**
4931-8817-4418.3 96887.00001

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2025 | John W. Lucas | */s/ John W. Lucas* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.