| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>Henry C. Kevane (CA Bar No. 125757)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>Telephone: 310-277-6910<br>Facsimile:  310-201-0760<br>E-mail: rpachulski@pszjlaw.com<br>         akornfeld@pszjlaw.com<br>         hkevane@pszjlaw.com<br>         jlucas@pszjlaw.com<br><br>☒ *Attorney for*:  Yogi Securities Holdings, LLC | **FILED & ENTERED**<br><br>**JUL 09 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell  **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re<br>CRESTLLOYD, LLC,<br><br>                Debtor. | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br>ADVERSARY NO. 2:22-ap-01125-DS |
|---|---|
| INFERNO INVESTMENT, INC.,<br><br>              Plaintiff,<br>       vs.<br>CRESTLLOYD, LLC, et al.,<br><br>              Defendants. | **ORDER ON AMENDED APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]** |
| AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | [No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*):  Beth E. Levine  may appear on behalf of the following party Yogi Securities Holdings, LLC in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:  None.

###

Date: July 9, 2025

_____
Deborah J. Saltzman
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                                                F 2090-1.2.ORDER.NONRES.ATTY

4936-5597-0642.1 96887.00001