United States Bankruptcy Court

Central District of California

Inferno Investment, Inc.,
    Plaintiff

Crestllloyd, LLC,
    Defendant

Adv. Proc. No. 22-01125-DS

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 4
Date Rcvd: Jul 09, 2025      Form ID: pdf031      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Andre Mario Smith, 7938 Broadway No. 1263, Lemon Grove, CA 91946-7052 |
| dft | + | Crestllloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | 1369 Londonderry Estate LLC, a California Limited |
| intp | | Courtesy NEF |
| crd | | Ground View LLLP, a Nevada Limited Liability Limit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| crc | | Hankey Capital, LLC, a California limited liabilit |
| cc | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hilldun Corporation |
| cd | | Hilldun Corporation, a New York Corporation |
| crd | | Hilldun Corporation, a New York Corporation |
| cd | | Inferno Investment, Inc. |
| pla | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| crd | | Inferno Investment, Inc. |
| crd | | Jacqueline Englanoff |
| crd | | Joseph Englanoff |
| crd | | Justine Englanoff |
| crd | | Marbella Construction Inc., a California Corporati |
| crd | | N:Philanthropy LLC, a California Limited Liability |
| crd | | Nicole Englanoff |
| crd | | Nile Niami |
| crd | | Trousdale Estate LLC, a Nevada Limited Liability C |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf031 | Total Noticed: 2 |

| | | |
|---|---|---|
| cc | | Yogi Securities Holdings, LLC |
| dft | | Yogi Securities Holdings, LLC |
| crd | | Yvonne Niami |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| crc | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 36 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2025                              Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

**Name**     **Email Address**

David B Golubchik
on behalf of Defendant Crestlloyd LLC dbg@lnbyg.com, dbg@lnbyg.com

Howard Steinberg
on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard Steinberg
on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Jeffrey Huron
on behalf of Plaintiff Inferno Investment Inc. jhuron@dykema.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jeffrey Huron
on behalf of Counter-Defendant Inferno Investment Inc. jhuron@dykema.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jeffrey Huron
on behalf of Cross Defendant Inferno Investment Inc. jhuron@dykema.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jessica Wellington
on behalf of Interested Party Courtesy NEF jwellington@bg.law ecf@bg.law

Jessica Wellington
on behalf of Defendant Hilldun Corporation jwellington@bg.law ecf@bg.law

John A Moe, II
on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
on behalf of Counter-Defendant Crestlloyd LLC john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Case 2:22-ap-01125-DS    Doc 329    Filed 07/11/25    Entered 07/11/25 21:23:16    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 09, 2025 | Form ID: pdf031 | Total Noticed: 2 |

John A Moe, II
    on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John W Lucas
    on behalf of Cross Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Counter-Claimant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Johnny White
    on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White
    on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
    on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White
    on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White
    on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Gottlieb
    on behalf of Interested Party Courtesy NEF jdg@lnbyg.com

Joseph M Rothberg
    on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
    on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
    on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Kyra E Andrassy
    on behalf of Plaintiff Inferno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Max Fabricant
    on behalf of Cross Defendant Inferno Investment Inc. mfabricant@lavelysinger.com

Max Fabricant
    on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com

Max Fabricant
    on behalf of Counter-Defendant Inferno Investment Inc. mfabricant@lavelysinger.com

Max Fabricant
    on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com

Nicholas David Moss
    on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com

Nicholas David Moss
    on behalf of Defendant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com

Paul Sorrell
    on behalf of Plaintiff Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com

Paul Sorrell
    on behalf of Cross Defendant Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com

Paul Sorrell
    on behalf of Counter-Defendant Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com

Ryan Coy
    on behalf of Defendant Hilldun Corporation ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdf031 | Total Noticed: 2 |

Ryan Coy
    on behalf of Cross Defendant Hilldun Corporation a New York Corporation ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com

Sharon Z. Weiss
    on behalf of Plaintiff Inferno Investment Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Thomas M Geher
    on behalf of Interested Party Courtesy NEF tmg@jmbm.com bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher
    on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher
    on behalf of Defendant Hankey Capital LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com

Todd M Arnold
    on behalf of Interested Party Courtesy NEF tma@lnbyg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 44

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>Henry C. Kevane (CA Bar No. 125757)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>Telephone: 310-277-6910<br>Facsimile:  310-201-0760<br>E-mail: rpachulski@pszjlaw.com<br>           akornfeld@pszjlaw.com<br>           hkevane@pszjlaw.com<br>           jlucas@pszjlaw.com<br><br>☒ *Attorney for*:  Yogi Securities Holdings, LLC | **FILED & ENTERED**<br><br>JUL 09 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re<br>CRESTLLOYD, LLC,<br><br>        Debtor. | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br>ADVERSARY NO. 2:22-ap-01125-DS |
|---|---|
| INFERNO INVESTMENT, INC.,<br>        Plaintiff,<br>  vs.<br>CRESTLLOYD, LLC, et al.,<br>        Defendants. | **ORDER ON AMENDED APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]** |
| AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | [No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*):  Beth E. Levine  may appear on behalf of the following party  Yogi Securities Holdings, LLC in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:  None.

###

Date: July 9, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                                                                F 2090-1.2.ORDER.NONRES.ATTY

4936-5597-0642.1 96887.00001