| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Bryan Cave Leighton Paisner LLP<br>Sharon Z. Weiss (State Bar No. 169446)<br>sharon.weiss@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Tel.: (310) 576-2100<br>Fax: (310) 576-2200<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff Inferno Investment Inc. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 19 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bakchell DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br>Crestlloyd, LLC,<br><br>                                  Debtor(s).<br><br>Inferno Investment, Inc., a Quebec corporation,<br><br>                                  Plaintiff(s),<br>vs.<br><br>Crestlloyd, LLC, a California limited liability company; Hankey Capital, LLC, a California limited liability company; Yogi Securities Holdings, LLC, a Nevada limited liability company; and Hilldun Corporation, a New York corporation,<br><br>                                  Defendant(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br>ADVERSARY NO: 2:22-ap-01125-DS<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: August 19, 2025<br>TIME: 1:00 P.M.<br>COURTROOM: 1639<br>ADDRESS: 255 E. Temple St., Los Angeles, CA 90012 |

1. A status conference took place on the date and time indicated above:
2. Parties and counsel were present as reflected in the court record:
3. This matter is disposed of as follows:
    a. ☒ Continued to the following date for a further status conference:    (*date*) <u>January 8, 2026</u> (*time*) <u>1:00 P.M.</u>
    b. ☐ A joint status report must be filed and served, including a judge's copy, by (*date*): _____
    c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____
    d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): _____
    e. ☐ The last date for pre-trial motions to be heard is (*date*): _____
    f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): _____
    g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____ (*time*) _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                             Page 1                                 **F 7016-1.2.ORDER.STATUS.CONF**

4911-3955-0814.2 96887.00001

    ☐ No pre-trial stipulation or pre-trial order is required

h.  ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____

    ☐ No pre-trial conference is required

i.  ☐ Estimate of time for trial (*specify number of hours*): _____

j.  ☐ A trial is set for (*date*) _____ (*time*) _____

k.  ☐ The adversary proceeding is dismissed for failure to appear or prosecute
    ☐ with prejudice    ☐ without prejudice

l.  ☐ Notice of next status conference or pre-trial conference date is waived

m.  ☒ Other (*specify*):

The Court Orders the following discovery deadlines.

- Close of Fact Discovery: May 25, 2026 (Monday).
- Initial Expert Disclosures & Reports: June 18, 2026 (Thursday).
- Rebuttal Expert Disclosures & Reports: July 13, 2026 (Monday).
- Close of Expert Discovery: September 11, 2026 (Friday).
- Deadline to File Dispositive Motions: October 2, 2026 (Friday).

The deadlines and obligations provided herein may be modified only upon the parties' agreement or by the court upon good cause.

No status report is required in advance of the continued status conference to be held on January 8, 2026 at 1:00 p.m.

###

Date: August 19, 2025

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF

4911-3955-0814.2 96887.00001