United States Bankruptcy Court

Central District of California

Inferno Investment, Inc.,
    Plaintiff

Crestlloyd, LLC,
    Defendant

Adv. Proc. No. 22-01125-DS

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 4
Date Rcvd: Aug 19, 2025      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Beth E Levine, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway 36th floor, New York, NY 10019-5975 |
| intp | + | Andre Mario Smith, 7938 Broadway No. 1263, Lemon Grove, CA 91946-7052 |
| dft | + | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | 1369 Londonderry Estate LLC, a California Limited |
| intp | | Courtesy NEF |
| crd | | Ground View LLLP, a Nevada Limited Liability Limit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| crc | | Hankey Capital, LLC, a California limited liabilit |
| cc | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hilldun Corporation |
| cd | | Hilldun Corporation, a New York Corporation |
| crd | | Hilldun Corporation, a New York Corporation |
| cd | | Inferno Investment, Inc. |
| pla | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| crd | | Inferno Investment, Inc. |
| crd | | Jacqueline Englanoff |
| crd | | Joseph Englanoff |
| crd | | Justine Englanoff |
| crd | | Marbella Construction Inc., a California Corporati |
| crd | | N:Philanthropy LLC, a California Limited Liability |
| crd | | Nicole Englanoff |
| crd | | Nile Niami |
| crd | | Trousdale Estate LLC, a Nevada Limited Liability C |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |

| | | |
|---|---|---|
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| dft | | Yogi Securities Holdings, LLC |
| crd | | Yvonne Niami |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| crc | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 36 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2025           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B Golubchik | on behalf of Defendant Crestlloyd  LLC dbg@lnbyg.com, dbg@lnbyg.com |
| Howard Steinberg | on behalf of Defendant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard Steinberg | on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Jeffrey Huron | on behalf of Plaintiff Inferno Investment  Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com |
| Jeffrey Huron | on behalf of Counter-Defendant Inferno Investment  Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com |
| Jeffrey Huron | on behalf of Cross Defendant Inferno Investment  Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com |
| Jessica Wellington | on behalf of Interested Party Courtesy NEF jwellington@bg.law  ecf@bg.law |
| Jessica Wellington | on behalf of Defendant Hilldun Corporation jwellington@bg.law  ecf@bg.law |
| John A Moe, II | on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Trousdale Estate LLC  a Nevada Limited Liability Company john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Counter-Defendant Crestlloyd  LLC john.moe@dentons.com, |

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: pdf031 | Total Noticed: 3 |

| | |
|---|---|
| | kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John W Lucas | on behalf of Cross Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | on behalf of Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | on behalf of Counter-Claimant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| Johnny White | on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Gottlieb | on behalf of Interested Party Courtesy NEF jdg@lnbyg.com |
| Joseph M Rothberg | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Kyra E Andrassy | on behalf of Plaintiff Inferno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Max Fabricant | on behalf of Cross Defendant Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Counter-Defendant Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Nicholas David Moss | on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com |
| Nicholas David Moss | on behalf of Defendant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com |
| Paul Sorrell | on behalf of Plaintiff Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com |
| Paul Sorrell | on behalf of Cross Defendant Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com |
| Paul Sorrell | on behalf of Counter-Defendant Inferno Investment Inc. psorrell@lavelysinger.com, mdsinger@lavelysinger.com |
| Ryan Coy | on behalf of Defendant Hilldun Corporation ryan.coy@saul.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 19, 2025 | Form ID: pdf031 | Total Noticed: 3 |

    hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com

Ryan Coy

    on behalf of Cross Defendant Hilldun Corporation  a New York Corporation ryan.coy@saul.com,
    hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com

Sharon Z. Weiss

    on behalf of Plaintiff Inferno Investment  Inc. sharon.weiss@bclplaw.com,
    raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Thomas M Geher

    on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher

    on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com,
    bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher

    on behalf of Defendant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com,
    bt@jmbm.com;tmg@ecf.courtdrive.com

Todd M Arnold

    on behalf of Interested Party Courtesy NEF tma@lnbyg.com

United States Trustee (LA)

    ustpregion16.la.ecf@usdoj.gov

TOTAL: 44

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Bryan Cave Leighton Paisner LLP<br>Sharon Z. Weiss (State Bar No. 169446)<br>sharon.weiss@bclplaw.com<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Tel.: (310) 576-2100<br>Fax: (310) 576-2200<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff Inferno Investment Inc. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>AUG 19 2025<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bakchell **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br>Crestlloyd, LLC,<br><br>Debtor(s).<br><br>Inferno Investment, Inc., a Quebec corporation,<br><br>Plaintiff(s),<br>vs.<br><br>Crestlloyd, LLC, a California limited liability company; Hankey Capital, LLC, a California limited liability company; Yogi Securities Holdings, LLC, a Nevada limited liability company; and Hilldun Corporation, a New York corporation,<br><br>Defendant(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br>ADVERSARY NO: 2:22-ap-01125-DS<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: August 19, 2025<br>TIME: 1:00 P.M.<br>COURTROOM: 1639<br>ADDRESS: 255 E. Temple St., Los Angeles, CA 90012 |
|---|---|

1. A status conference took place on the date and time indicated above:
2. Parties and counsel were present as reflected in the court record:
3. This matter is disposed of as follows:
   a. ☒ Continued to the following date for a further status conference:    (*date*) <u>January 8, 2026</u> (*time*) <u>1:00 P.M.</u>
   b. ☐ A joint status report must be filed and served, including a judge's copy, by (*date*): _____
   c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____
   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): _____
   e. ☐ The last date for pre-trial motions to be heard is (*date*): _____
   f. ☐ The last day for discovery to be completed, including receiving responses to discovery requests, is (*date*): _____
   g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____ (*time*) _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page 1                              F 7016-1.2.ORDER.STATUS.CONF
4911-3955-0814.2 96887.00001

|     |     |     |
| --- | --- | --- |
|     | ☐ No pre-trial stipulation or pre-trial order is required | |
| h.  | ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____ | |
|     | ☐ No pre-trial conference is required | |
| i.  | ☐ Estimate of time for trial *(specify number of hours)*: _____ | |
| j.  | ☐ A trial is set for (*date*) _____ (*time*) _____ | |
| k.  | ☐ The adversary proceeding is dismissed for failure to appear or prosecute ☐ with prejudice   ☐ without prejudice | |
| l.  | ☐ Notice of next status conference or pre-trial conference date is waived | |
| m.  | ☒ Other (*specify*): | |

The Court Orders the following discovery deadlines.

- Close of Fact Discovery: May 25, 2026 (Monday).
- Initial Expert Disclosures & Reports: June 18, 2026 (Thursday).
- Rebuttal Expert Disclosures & Reports: July 13, 2026 (Monday).
- Close of Expert Discovery: September 11, 2026 (Friday).
- Deadline to File Dispositive Motions: October 2, 2026 (Friday).

The deadlines and obligations provided herein may be modified only upon the parties' agreement or by the court upon good cause.

No status report is required in advance of the continued status conference to be held on January 8, 2026 at 1:00 p.m.

###

Date: August 19, 2025

_____
Deborah J. Saltzman
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF

4911-3955-0814.2 96887.00001