1 | Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
2 | Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
3 | 1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
4 | Telephone: 310.586.7700/Facsimile: 310.586.7800

5 | Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS BUTLER & MITCHELL LLP
6 | 1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
7 | Telephone: 310-203-8080/Facsimile: 310-203-0567

8 | Attorneys for Hankey Capital, LLC

9

10 |                    **UNITED STATES BANKRUPTCY COURT**

11 |         **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

12

| | |
|---|---|
| In re: | Bk. No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor, | Adv. No. 2:22-ap-01125-DS |
| —————————————— | **SUPPLEMENTAL DECLARATION OF HOWARD J. STEINBERG IN SUPPORT OF HANKEY CAPITAL, LLC'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS TO NILE NIAMI (SET ONE) AND REQUEST FOR SANCTIONS** |
| INFERNO INVESTMENT, INC., a Quebec corporation, | |
| Plaintiff, | |
| v. | |
| CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation, | DATE:    August 19, 2025<br>TIME:    1:00 p.m.<br>CTRM:    1639<br><br>JUDGE:    Hon. Deborah J. Saltzman<br><br>Action Filed: June 9, 2022 |
| Defendants. | |
| —————————————— | |
| AND RELATED CROSS-ACTIONS. | |

I, Howard J. Steinberg, declare as follows:

1.      I am an attorney at law, duly licensed to practice in the State of California and before this Court. I am a shareholder of Greenberg Traurig, LLP ("GT"), counsel for Defendant and Counter/cross-claimant Hankey Capital, LLC ("Hankey"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in further support of Hankey's Motion to Compel Responses to Requests for Production of Documents to Nile Niami (Set One) and Request for Sanctions (the "Nile Motion").

2.      On August 19, 2025, at 1:00 p.m., the Court held a hearing on the Nile Motion. The Court requested further information on the address used to serve Nile Niami, and the fees incurred in preparing the Nile Motion.

3.      My firm engaged TransWest Investigations to report on the location of Nile Niami. The final report received from TransWest Investigations (the "Report") concluded that Nile Niami currently utilizes the mailbox services of the UPS Store, located at 1110 North Virgil Avenue, Box 362, Los Angeles, California 90029. No other address directly linked to Nile Niami was located. Attached as **Exhibit A** is a redacted copy of the Report.

4.      Others have also used the 1110 North Virgil Avenue, Box 362, Los Angeles, California 90029 address, including when serving papers on Nile Niami and his former counsel. One example is attached as **Exhibit B,** which is a Notice of Lien on Claim Number 22-1 of Creditor Nile Niami which was filed in the main bankruptcy proceeding, Case No. 2:21-bk-18205-DS, by Italian Luxury Group, LLC.

5.      Attached hereto as **Exhibit C** are pages from invoices GT billed from May 5, 2025, through July 22, 2025, related to service performed for the Nile Motion. As stated in my previous declaration, while most of the entries refer to Nile Niami, the research and work for both the Nile Motion and the Motion to Compel Responses to Subpoena to Yvonne Niami and Request for Sanctions were virtually identical. Therefore, we believed it was appropriate to divide the time charges equally between the motions such that the charges to Nile Niami are less than what they would have been had we strictly billed all the time referencing him to Nile Niami.

*//*

SUPPLEMENTAL STEINBERG DECLARATION IN SUPPORT OF HANKEY'S MOTION TO COMPEL RESPONSES
TO RFPS TO NILE NIAMI AND REQUEST FOR SANCTIONS

1    I declare under penalty of perjury under the laws of the United States of America that the foregoing

2   is true and correct.

3       Executed on this 26th day of August, 2025, at Los Angeles, California

4               _/s/ Howard J. Steinberg_
               Howard J. Steinberg

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL STEINBERG DECLARATION IN SUPPORT OF HANKEY'S MOTION TO COMPEL RESPONSES
TO RFPS TO NILE NIAMI AND REQUEST FOR SANCTIONS

**EXHIBIT A**

**TransWest**
INVESTIGATIONS, INC.

June 9, 2025

Greenberg Traurig
1840 Century Park East, Suite 1900
Los Angeles, California 90067

Attention:    Alexsan Gharibian

Re:            Nile Niami
Your File:     Hankey Capital
Our File:      060225-21-004

**The following report and all accompanying documents are privileged under the attorney work product doctrine pursuant to Code of Civil Procedure §2018.030. The report has been prepared by and at the direction of counsel and has been prepared for counsel in preparation for trial. TransWest Investigations, Inc. maintains joint ownership of this work product.**

Dear Mr. Gharibian:

Per your request, we initiated an investigation for the purpose of locating the current residence address of the above-referenced individual. The following is the result of our efforts within the time and budget allotted for this assignment:

Page 2
6/9/2025

## <u>Nile Niami</u>

**Identification**

The subject has been identified as Nameer Nile Niami a.k.a. Nile Niami, with a reported social security number of xxx-xx-4509 and a date of birth of February 25, 1968.

The subject's <u>former</u> spouse has been identified as Yvonne Camarena/Niami, with a reported social security number of xxx-xx-8454 and a date of birth of July 28, 1973.

We find that the subject and <u>former</u> spouse have two sons whom we identified as Bryce Niam, age 22, and Brent Niami, age 19.

The subject and spouse divorced in Los Angeles County, California on January 17, 2017, per Case Number BD652862.

The following are images of the subject and <u>former</u> spouse:



*This is a privileged report under the attorney work product doctrine pursuant to Code of Civil Procedure §2018.030. The report has been prepared by and at the direction of counsel and has been prepared for counsel in preparation for trial.*

Page 3
6/9/2025

**Location**

After a thorough investigation of public and private sources, no evidence or leads were discovered leading to the subject's current residence address.

As previously reported, the subject currently utilizes the mailbox services of the UPS Store, located at  1110 North Virgil Avenue, Box 362, Los Angeles, California 90029. We have been advised the subject was last reported to utilize a cellular telephone number (310) 420-3156.

The UPS Store maintains a business telephone number of (323) 644-2621.



*This is a privileged report under the attorney work product doctrine pursuant to Code of Civil Procedure §2018.030. The report has been prepared by and at the direction of counsel and has been prepared for counsel in preparation for trial.*

**EXHIBIT B**

1  **Marc A. Lieberman, Esq. (SBN 157318)**
   **Alan W. Forsley, Esq. (SBN 180958)**
2  **FLP LAW GROUP, LLP**
   1875 Century Park East, Suite 2230
3  Los Angeles, California 90067-2523
   Telephone:    (310) 284-7350
4  Facsimile:    (310) 432-5999
   alan.forsley@flpllp.com
5
6  Attorneys for Creditor Italian Luxury Group, LLC

7

8                **UNITED STATES BANKRUPTCY COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10                    **LOS ANGELES DIVISION**

11  In re :                              ) **CASE NO.  2:21-bk-18205-DS**
                                         )
12  CRESTLLOYD, LLC,                     ) Chapter 11
                                         )
13                                       )
                                         )
14                          Debtor.      )
                                         )
15                                       ) **NOTICE OF LIEN ON CLAIM**
                                         ) **NUMBER 22-1 OF CREDITOR NILE**
16                                       ) **NIAMI**
                                         )
17                                       )
                                         )
18                                       )
                                         )
19                                       )
                                         )
20                                       )
21
22
23          **TO DEBOTR-IN-POSSESSION CRESTLLOYD, LLC, AND ALL PARTIES IN**
24  **INTEREST, PLEASE TAKE NOTICE THAT**, pursuant to California Code of Civil Procedure
25  ("**CCP**") § 708.410, judgment creditor Italian Luxury Group, LLC ("**ILG**") hereby notices a lien
26  on the proof of claim filed by creditor Nile Niami in this bankruptcy case.
27          On September 11, 2024, ILG obtained a judgment against Nile Niami in the amount of
28  $3,159,738.56 (the "**Judgment**").  Attached as **Exhibit "1"** is a certified copy of the Judgment.

---

1    No amount of that judgment has been paid.  The current amount of the judgment including interest

2    exceeds $3,159,738.56.  This Notice of Lien attaches to any amounts Nile Niami will receive on

3    his Claim No. 22-1 in the amount of $44,409,682.98.

4         Pursuant to CCP §§ 708.410 & 708.420, ILG files with this pleading a Notice of Lien

5    attached as **Exhibit "2"** indicating a balance due on the judgment of $3,159,738.56 as of

6    September 11, 2024 with interest continuing to accrue at the judgment rate of 10% per annum.

7

8

9    DATED: January 14, 2025              FLP Law Group, LLP

10

11                                        By: _____

12                                            Marc A. Lieberman, Esq.
                                             Alan W. Forsley, Esq.
13                                            Attorneys for Judgment Creditor Italian Luxury
                                             Group, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2
*Notice of Lien on Claim of Nile Niami*

# EXHIBIT 1

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*<br>**Nick M Campbell, SBN 185590**<br>**BUILDERS LAW GROUP, INC.**<br>**9767 Via Roma Burbank CA 91504**<br><br>TELEPHONE NO.:818-381-5716       FAX NO. *(Optional):* 818-450-0542<br>E-MAIL ADDRESS *(Optional):* nick@builderslawgroup.com<br>ATTORNEY FOR *(Name):* Italian Luxury Group, LLC | *FOR COURT USE ONLY*<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**09/11/2024**<br><br>David W. Slayton, Executive Officer / Clerk of Court<br><br>By: _____ S. Luquano _____ Deputy |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles**
STREET ADDRESS: **111 North Hill Street**
MAILING ADDRESS:
CITY AND ZIP CODE: **Los Angeles 90012**
BRANCH NAME: **Stanley Mosk Courthouse**

PLAINTIFF: **ITALIAN LUXURY GROUP, LLC**

DEFENDANT: **NILE NIAMI, 10701 BELLAGIO ROAD, LLC, etc. et al.**

| JUDGMENT<br>☐ By Clerk    ☑ By Default    ☐ After Court Trial<br>☑ By Court    ☐ On Stipulation    ☐ Defendant Did Not<br>                                                    Appear at Trial | CASE NUMBER:<br>**24STCV02198** |
|---|---|

### JUDGMENT

**1.** ☑ **BY DEFAULT**
    a.  Defendant was properly served with a copy of the summons and complaint.
    b.  Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
    c.  Defendant's default was entered by the clerk upon plaintiff's application.
    d.  ☐  Clerk's Judgment (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.
    e.  ☑  Court Judgment (Code Civ. Proc., § 585(b)). The court considered
        (1)  ☐  plaintiff's testimony and other evidence.
        (2)  ☑  plaintiff's written declaration (Code Civ. Proc., § 585(d)).

**2.** ☐ **ON STIPULATION**
    a.  Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and
    b.  ☐  the signed written stipulation was filed in the case.
    c.  ☐  the stipulation was stated in open court    ☐  the stipulation was stated on the record.

**3.** ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
    a.  The case was tried on *(date and time):*
        before *(name of judicial officer):*
    b.  Appearances by:
        ☐  Plaintiff *(name each):*              ☐  Plaintiff's attorney *(name each):*
           (1)                          (1)
           (2)                          (2)
        ☐  Continued on Attachment 3b.
        ☐  Defendant *(name each):*         ☐  Defendant 's attorney *(name each):*
           (1)                          (1)
           (2)                          (2)
        ☐  Continued on Attachment 3b.
    c.  ☐  Defendant did not appear at trial. Defendant was properly served with notice of trial.
    d.  ☐  A statement of decision (Code Civ. Proc., § 632)  ☐  was not  ☐  was   requested.

Page 1 of 2

Electronically Received 08/13/2024 04:17 PM

| PLAINTIFF: ITALIAN LUXURY GROUP, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT: NILE NIAMI, 10701 BELLAGIO ROAD, LLC, etc. et al. | 24STCV02198 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** ☑ THE COURT    ☐ THE CLERK

4. ☐    **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is
   a. ☑ for plaintiff (name each):
   **ITALIAN LUXURY GROUP, LLC**

   and against defendant (names):
   **SEE ATTACHMENT "A"**

   ☑ Continued on Attachment 5a.

   b. ☐ for defendant (name each):

   c. ☐ for cross-complainant (name each):

   and against cross-defendant (name each):

   ☐ Continued on Attachment 5c.

   d. ☐ for cross-defendant (name each):

6. **Amount.**
   a. ☑ Defendant named in item 5a above must pay plaintiff on the complaint:

   $2,407,595.15

   c. ☐ Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint:

| (1) | ☑ | Damages | ~~$9,607,591.15~~ | | (1) | ☐ | Damages | $ |
|---|---|---|---|---|---|---|---|---|
| (2) | ☑ | Prejudgment interest at the annual rate of 12 % | $725,041.48 | | (2) | ☐ | Prejudgment interest at the annual rate of % | $ |
| (3) | ☑ | Attorney fees | $25,965.91 | | (3) | ☐ | Attorney fees | $ |
| (4) | ☑ | Costs | $1,136.02 | | (4) | ☐ | Costs | $ |
| (5) | ☐ | Other (specify): | $ | | (5) | ☐ | Other (specify): | $ |
| | | | $3,159,738.56 | | | | | |
| (6) | | TOTAL | ~~$10,359,734.56~~ | | (6) | | TOTAL | $ |

   b. ☐ Plaintiff to receive nothing from defendant named in item 5b.
   ☐ Defendant named in item 5b to recover costs $
   ☐ and attorney fees $

   d. ☐ Cross-complainant to receive nothing from cross-defendant named in item 5d.
   ☐ Cross-defendant named in item 5d to recover costs $
   ☐ and attorney fees $

7. ☑ **Other** (specify):
   Plaintiff is also entitled to post-judgment interest on the judgment amount at the statutory rate; and costs of collection, including attorney's fees. Judgment is joint and several as to all defendants.

Date: 09/11/2024

☐ _____ _
JUDICIAL OFFICER
Daniel S. Murphy / Judge

Date: _____    ☐ Clerk, by _____, Deputy

---

**CLERK'S CERTIFICATE** (Optional)

[SEAL]

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

Page 2 of 2

JUD-100 [New January 1, 2002]    **JUDGMENT**

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| — Italian Luxury Group, LLC v. Nile Niami, et al. | 24STCV02198 |

### ATTACHMENT *(Number):* A _____

*(This Attachment may be used with any Judicial Council form.)*

5.a. for plaintiff (name each): ITALIAN LUXURY GROUP, LLC and against defendant (names):
NILE NIAMI,
10701 BELLAGIO ROAD, LLC, a California limited liability company;
CARCASSONNE FINE HOMES, LLC, a California limited liability company;
1369 LONDONDERRY ESTATE, LLC, a California limited liability company;
JULIAMI ART VENTURES, LLC, a California limited liability company;
MARBELLA CONSTRUCTION, INC., a California corporation.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this
Attachment are made under penalty of perjury.)*

Page 3 _____ of 3 _____

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

1

**PROOF OF SERVICE (C.C.P. §1013a, 2015.5)**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I, Emily M. Campbell, am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 9767 Via Roma, Burbank, CA 91504.

4

On Tuesday, August 13, 2024, I served the foregoing document entitled:
**JUDGMENT**

5

☐  by placing the original copies thereof enclosed in sealed envelopes, addressed as follows

6

☒  by placing the true copies thereof enclosed in sealed envelopes, addressed as follows:

7

☐  by serving a copy electronically upon the following:

8

## SEE ATTACHED SERVICE LIST

9

10

☒  **BY MAIL**    I caused such envelope(s) to be deposited in the County of Los Angeles, State of California, with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid.

11

☐  **BY ESERVICE**    I caused such documents to be electronically filed through the OneLegal portal, and to be e-served on the above named participants.

12

13

☐  **BY FACSIMILE TRANSMISSION**    I caused a true copy of the foregoing document to be transmitted on this date to each of the parties above at the facsimile machine telephone number listed above and as last given by that person on any document filed in this action and served upon this office.

14

☐  **BY HAND DELIVERY**    I placed a true copy of the foregoing document in a sealed envelope addressed to the parties identified above, and caused such a package to be hand delivered to an authorized courier or driver for hand delivery.

15

16

☐  **BY EMAIL TRANSMISSION**    I caused a true copy of the foregoing document to be transmitted on this date to each of the parties above at the email address listed above and as last given by that person on any document filed in this action and served upon this office.

17

☐  **BY OVERNIGHT DELIVERY**    I caused a true copy of the foregoing document, enclosed in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I place the envelope or package for collection and overnight delivery at an office or regularly utilized drop box of the overnight delivery carrier.

18

19

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

20

Executed: August 13, 2024

21

Emily M. Campbell
Name                                                              Signature

22

23

24

25

26

27

28

- 1 -

1

## SERVICE LIST

| | |
|---|---|
| Nile Niami<br>1110 North Virgil Ave., Unit 362<br>Los Angeles, CA 90029 | 10701 Bellagio Road, LLC<br>**REGISTERED AGENT FOR SERVICE OF PROCESS:**<br><br>LEGALZOOM.COM<br>101 N. Brand Blvd., 11th Floor<br>Glendale, CA 91203 |
| Carcassonne Fine Homes, LLC<br>**REGISTERED AGENT FOR SERVICE OF PROCESS:**<br><br>LEGALZOOM.COM<br>101 N. Brand Blvd., 11th Floor<br>Glendale, CA 91203 | 1369 Londonderry Estate, LLC<br>**REGISTERED AGENT FOR SERVICE OF PROCESS:**<br><br>LEGALZOOM.COM<br>101 N. Brand Blvd., 11th Floor<br>Glendale, CA 91203 |
| Juliami Art Ventures, LLC<br>**REGISTERED AGENT FOR SERVICE OF PROCESS:**<br><br>LEGALZOOM.COM<br>101 N. Brand Blvd., 11th Floor<br>Glendale, CA 91203 | Marbella Construction, Inc.<br>**REGISTERED AGENT FOR SERVICE OF PROCESS:**<br><br>LEGALZOOM.COM<br>101 N. Brand Blvd., 11th Floor<br>Glendale, CA 91203 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | *FOR COURT USE ONLY* |
|---|---|---|
| Marc A. Lieberman (SBN 157318) <br> Alan W. Forsley (SBN 180958) <br> FLP Law Group, LLP <br> 1875 Century Park East, Suite 2030 <br> Los Angeles, CA 90067 <br> alan.forsley@flpllp.com <br><br> ATTORNEY FOR LIEN CLAIMANT: | 310.284.7350 | |

| NAME OF COURT: United States Bankruptcy Court |
|---|
| STREET ADDRESS: 255 E. Temple Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: Central Distirct of CA, Los Angeles Division |

| PLAINTIFF: In re Crestlloyd, LLC |
|---|
| DEFENDANT: |

| NOTICE OF LIEN <br> **(Attachment—Enforcement of Judgment)** | CASE NUMBER: <br> 2:21-bk-18205-DS |
|---|---|

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☐ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.
2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☒ money judgment.
3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify):* Los Angeles County Superior Court
   b. Name of case *(specify):* Italian Luxury Group, LLC v. Nile Niami et al.
   c. Number of case *(specify):* 24STCV02198
   d. ☒ Date of entry of judgment *(specify):* September 11, 2024
   e. ☐ Dates of renewal of judgment *(specify):*

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify):*
   N/A
5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify):*
   Nile Niami, 1110 North Virgil Ave., Unit 362, Los Angeles, CA 90029
6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment
   at the time this notice of lien is filed is
   $ 3,159,738.56
7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.
8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

| NOTICE The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time. |
|---|

Date: January 14, 2025

_MARC LIEBERMAN_
*(TYPE OR PRINT NAME)*    ▶    *(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

Form Approved by the
Judicial Council of California
AT-180, EJ-185 [New January 1, 1985]

**NOTICE OF LIEN**
**(Attachment—Enforcement of Judgment)**

CCP 491.410, 708.410

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

FLP LAW GROUP LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LIEN ON CLAIM NUMBER 22-1 OF CREDITOR NILE NIAMI** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 14, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**II. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) January 14, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Nile Niami**
Hamid R. Rafatjoo/ Raines Feldman LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

**Nile Niami**
1110 North Virgil Ave., Unit 362
Los Angeles, CA 90029

**LEGALZOOM.COM, Registered Agent for
10701 Bellagio Road, LLC; Carcassonne Fine
Homes, LLC, 1369 Londonderry Estate, LLC;
Juliami Art Ventures, LLC; Marbella Construction,
Inc.**
101 N. Brand Blvd., 11th Floor
Glendale, CA 91203

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)
_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

January 14, 2025    ANDREA HANSEN
*Date*                    *Printed Name*                                    *Signature*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE LIST
## VIA ECF

- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;jfisher@raineslaw.com
- **Todd M Arnold**   tma@lnbyg.com
- **Jerrold L Bregman**   jbregman@bg.law, ecf@bg.law
- **Ryan Coy**   ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com
- **Marguerite Lee DeVoll**   mdevoll@watttieder.com
- **Karol K Denniston**   karol.denniston@squirepb.com, travis.mcroberts@squirepb.com;sarah.conley@squirepb.com;karol-k-denniston-9025@ecf.pacerpro.com
- **Oscar Estrada**   oestrada@ttc.lacounty.gov
- **Max Fabricant**   mfabricant@lavelysinger.com
- **Danielle R Gabai**   dgabai@ecjlaw.com, dgabai@ecf.courtdrive.com;aantonio@ecjlaw.com;dperez@ecjlaw.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Andrew Goodman**   agoodman@andyglaw.com, Goodman.AndrewR102467@notify.bestcase.com
- **Jonathan Gottlieb**   jdg@lnbyg.com
- **Robert B Kaplan**   rbk@jmbm.com, rbk@ecf.courtdrive.com
- **Jane G Kearl**   jkearl@watttieder.com, lharake@watttieder.com
- **Jennifer Larkin Kneeland**   jkneeland@watttieder.com
- **Michael S Kogan**   mkogan@koganlawfirm.com
- **Marc A Lieberman**   marc.lieberman@flpllp.com, addy@flpllp.com,andrea@flpllp.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Noreen A Madoyan**   Noreen.Madoyan@usdoj.gov
- **John A Moe**   john.moe@dentons.com, glenda.spratt@dentons.com;derry.kalve@dentons.com
- **Samuel A Newman**   sam.newman@sidley.com, samuel-newman-2492@ecf.pacerpro.com;laefilingnotice@sidley.com
- **Ryan D O'Dea**   rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Sharon Oh-Kubisch**   sokubisch@swelawfirm.com,
  gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Hamid R Rafatjoo**   hrafatjoo@raineslaw.com, bclark@raineslaw.com,jfisher@raineslaw.com
- **Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Victor A Sahn**   victor.sahn@gmlaw.com,
  vsahn@ecf.courtdrive.com;pdillamar@ecf.courtdrive.com;patricia.dillamar@gmlaw.com,Karen.Files@gmlaw.com
- **William Schumacher**   wschumacher@winthrop.com, autodocketecf@milbank.com
- **David Seror**   dseror@bg.law, ecf@bg.law
- **Zev Shechtman**   Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **Lindsey L Smith**   lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Daniel Wall**   dwall@wallinrussell.com
- **Genevieve G Weiner**   gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**EXHIBIT C**

# GT GreenbergTraurig

Invoice No. :   1001008703
File No.     :   145372.012100

Bill Date    :   May 5, 2025

Fidelity National Title Group
ELECTRONIC BILLING DO NOT MAIL

## <u>INVOICE</u>

Re:   Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
      Claim #:933301

Fidelity

<u>Legal Services through April 30, 2025:</u>



ER:THB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1840 Century Park East | Suite 1900 | Los Angeles, California 90067
Tel 310.586.7700 | Fax 310.586.7800 | www.gtlaw.com

| | | | | | |
|---|---|---|---|---|---|
| Invoice No.: | 1001008703 | | | | Page 1 |
| Re: | Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No. | | | | |
| Matter No.: | 145372.012100 | | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/01/25 | Andrew K. Bell | | 1.50 | 600.00 |
| 04/01/25 | Alexsan Gharibian | | 0.90 | 787.50 |
| 04/01/25 | Eric Rowen | | 0.20 | 175.00 |
| 04/01/25 | Heather J. Silver | | 0.60 | 525.00 |
| 04/01/25 | Howard J. Steinberg | | 1.00 | 875.00 |
| 04/01/25 | Esteban Woo Kee | | 1.80 | 1,575.00 |
| 04/02/25 | Alexsan Gharibian | | 0.20 | 175.00 |
| 04/02/25 | Howard J. Steinberg | | 0.30 | 262.50 |
| 04/03/25 | Alexsan Gharibian | | 0.20 | 175.00 |
| 04/03/25 | Heather J. Silver | | 0.10 | 87.50 |
| 04/03/25 | Howard J. Steinberg | | 0.40 | 350.00 |
| 04/07/25 | Andrew K. Bell | | 1.60 | 640.00 |
| 04/07/25 | Alexsan Gharibian | | 0.90 | 787.50 |
| 04/07/25 | Huong L. On-Robinson | | 0.60 | 240.00 |
| 04/07/25 | Heather J. Silver | | 0.40 | 350.00 |

Page 2

Invoice No.:    1001008703
Re:    Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:    145372.012100

| Date | Name | | Hours | Amount |
|---|---|---|---|---|
| 04/07/25 | Howard J. Steinberg | | 0.90 | 787.50 |
| 04/07/25 | Esteban Woo Kee | | 3.20 | 2,800.00 |
| 04/08/25 | Huong L. On-Robinson | | 2.10 | 840.00 |
| 04/08/25 | Heather J. Silver | | 0.40 | 350.00 |
| 04/08/25 | Howard J. Steinberg | | 1.00 | 875.00 |
| 04/08/25 | Esteban Woo Kee | | 0.90 | 787.50 |
| 04/09/25 | Heather J. Silver | | 0.20 | 175.00 |
| 04/09/25 | Howard J. Steinberg | | 0.30 | 262.50 |
| 04/10/25 | Heather J. Silver | | 0.40 | 350.00 |
| 04/10/25 | Howard J. Steinberg | | 0.20 | 175.00 |
| 04/11/25 | Howard J. Steinberg | | 0.20 | 175.00 |
| 04/11/25 | Esteban Woo Kee | | 2.40 | 2,100.00 |
| 04/14/25 | Alexsan Gharibian | | 0.10 | 87.50 |
| 04/14/25 | Huong L. On-Robinson | | 2.20 | 880.00 |
| 04/14/25 | Heather J. Silver | | 0.20 | 175.00 |
| 04/14/25 | Howard J. Steinberg | | 0.60 | 525.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | █████████████ emails re motion to compel (.1). | | |
| 04/15/25 | Heather J. Silver | Develop strategy regarding motion to compel documents from N. Niami (0.2). | 0.20 | 175.00 |
| 04/15/25 | Howard J. Steinberg | ███████████████████████████ | 0.40 | 350.00 |
| 04/15/25 | Esteban Woo Kee | ███████████████████████████ | 0.50 | 437.50 |
| 04/16/25 | Heather J. Silver | ███████████████████████████ | 0.20 | 175.00 |
| 04/16/25 | Howard J. Steinberg | ███████████████████████████ | 0.60 | 525.00 |
| 04/17/25 | Huong L. On-Robinson | ███████████████████████████ | 0.40 | 160.00 |
| 04/17/25 | Heather J. Silver | ███████████████████████████ | 0.50 | 437.50 |
| 04/17/25 | Howard J. Steinberg | ███████████████████████████ | 0.50 | 437.50 |
| 04/17/25 | Esteban Woo Kee | ███████████████████████████ | 1.50 | 1,312.50 |
| 04/18/25 | Huong L. On-Robinson | ███████████████████████████ | 1.70 | 680.00 |
| 04/18/25 | Esteban Woo Kee | ███████████████████████████ | 0.30 | 262.50 |
| 04/19/25 | Esteban Woo Kee | ███████████████████████████ | 2.70 | 2,362.50 |
| 04/21/25 | Howard J. Steinberg | ███████████████████████████ | 0.50 | 437.50 |
| 04/22/25 | Howard J. Steinberg | ███████████████████████████ | 0.60 | 525.00 |
| 04/24/25 | Howard J. Steinberg | ███████████████████████████ | 1.20 | 1,050.00 |
| 04/24/25 | Esteban Woo Kee | ███████████████████████████ | 1.50 | 1,312.50 |
| 04/25/25 | Alexsan Gharibian | Begin drafting motion to compel N. Niami discovery responses (0.6). | 0.60 | 525.00 |
| 04/25/25 | Esteban Woo Kee | ███████████████████████████ | 4.80 | 4,200.00 |
| 04/26/25 | Esteban Woo Kee | ███████████████████████████ | 4.60 | 4,025.00 |
| 04/28/25 | Howard J. Steinberg | ███████████████████████████ | 0.40 | 350.00 |
| 04/29/25 | Howard J. Steinberg | ███████████████████████████ | 0.20 | 175.00 |
| 04/30/25 | Alexsan Gharibian | ███████████████████████████ | 0.50 | 437.50 |

Invoice No.:        1001008703
Re:              Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:        145372.012100

| | | | |
|---|---|---|---|
| 04/30/25 | Eric Rowen | 0.30 | 262.50 |
| 04/30/25 | Heather J. Silver | 0.50 | 437.50 |
| 04/30/25 | Howard J. Steinberg | 1.00 | 875.00 |
| 04/30/25 | Esteban Woo Kee | 2.20 | 1,925.00 |

Invoice No.:       1001008703
Re:                Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:        145372.012100

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/11/25 | █████████████ | $ | 33.57 |
| 03/17/25 | █████████████ | $ | 20.04 |
| 03/25/25 | █████████████ | $ | 1,559.40 |
| 03/25/25 | █████████████ | $ | 600.00 |
| 03/26/25 | █████████████ | $ | 19.76 |
| 03/26/25 | █████████████ | $ | 21.42 |

Invoice No.:        1001008703                                                          Page 6
Re:              Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:        145372.012100

**Important:** If you receive a request to change the manner or location of your payment to
Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-
418-6503. To assure that your payment is made and received correctly, please do not make any
payment per the requested change until you verbally confirm with Greenberg Traurig that the
change is legitimate.

### Note: Payment is Due 30 Days from Date of Invoice

---

**FOR YOUR CONVENIENCE,
PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

---

TO:                CITIBANK, N.A.
ABA #:             ███████████
CREDIT TO:         GREENBERG TRAURIG ACCOUNT
ACCOUNT #:         ███████████
PLEASE
REFERENCE:         CLIENT NAME:      **FIDELITY NATIONAL TITLE GROUP**
                   FILE NUMBER:      **145372.012100**
                   INVOICE NUMBER:   **1001008703***
                   BILLING
                   PROFESSIONAL:     **Eric Rowen**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

\*\*\*\*\*

**GT** GreenbergTraurig

Invoice No. :  1001048897
File No.    :  145372.012100

Bill Date   :  June 7, 2025

Fidelity National Title Group
ELECTRONIC BILLING DO NOT MAIL

## INVOICE

Re:   Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
      Claim #:933301

Fidelity

Legal Services through May 31, 2025:



ER:THB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1840 Century Park East | Suite 1900 | Los Angeles, California 90067
Tel 310.586.7700 | Fax 310.586.7800 | www.gtlaw.com



| | | | | Page 1 |
|---|---|---|---|---|
| Invoice No.: | 1001048897 | | | |
| Re: | Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No. | | | |
| Matter No.: | 145372.012100 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/01/25 | Alexsan Gharibian | ▮▮▮ | 0.30 | 262.50 |
| 05/01/25 | Heather J. Silver | ▮▮▮ | 0.30 | 262.50 |
| 05/01/25 | Howard J. Steinberg | ▮▮▮ | 0.30 | 262.50 |
| 05/01/25 | Esteban Woo Kee | ▮▮▮ | 3.40 | 2,975.00 |
| 05/02/25 | Alexsan Gharibian | Reviewing pleading for purposes of motion to compel (1.5); drafting motion to compel discovery responses from N. Niami (3.9); | 5.60 | 4,900.00 |
| 05/02/25 | Heather J. Silver | Review draft motion to compel documents from N. Niami and correspondence regarding same (0.4); ▮▮▮ | 0.50 | 437.50 |
| 05/02/25 | Howard J. Steinberg | ▮▮▮ emails re motion to compel (.2). | 0.30 | 262.50 |
| 05/02/25 | Esteban Woo Kee | ▮▮▮ | 0.30 | 262.50 |
| 05/03/25 | Esteban Woo Kee | ▮▮▮ | 2.30 | 2,012.50 |
| 05/05/25 | Alexsan Gharibian | ▮▮▮; meeting with H. Silver to discuss Motion to Compel N. Niami RFPs (0.3). | 0.50 | 437.50 |
| 05/05/25 | Huong L. On-Robinson | ▮▮▮ | 2.10 | 840.00 |
| 05/05/25 | Heather J. Silver | ▮▮▮ confer with A. Gharibian regarding strategy for revisions to motion to compel documents from N. Niami (0.3). | 0.90 | 787.50 |
| 05/05/25 | Howard J. Steinberg | ▮▮▮ | 0.30 | 262.50 |
| 05/05/25 | Esteban Woo Kee | ▮▮▮ | 3.50 | 3,062.50 |
| 05/06/25 | Alexsan Gharibian | ▮▮▮ | 0.60 | 525.00 |
| 05/06/25 | Howard J. Steinberg | ▮▮▮ | 0.20 | 175.00 |
| 05/06/25 | Esteban Woo Kee | ▮▮▮ | 5.90 | 5,162.50 |

Invoice No.:     1001048897                                                          Page  2
Re:              Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:      145372.012100

| 05/07/25 | Alexsan Gharibian | | 0.70 | 612.50 |
| 05/07/25 | Huong L. On-Robinson | | 3.80 | 1,520.00 |
| 05/07/25 | Eric Rowen | | 0.50 | 437.50 |
| 05/07/25 | Heather J. Silver | | 0.50 | 437.50 |

correspondence regarding strategy for motion
to compel documents from N. Niami (0.1).

| 05/07/25 | Howard J. Steinberg | Review motion to compel (.3); | 0.70 | 612.50 |
| 05/07/25 | Esteban Woo Kee | | 2.60 | 2,275.00 |
| 05/08/25 | Andrew K. Bell | | 1.10 | 440.00 |
| 05/08/25 | Alexsan Gharibian | | 2.30 | 2,012.50 |
| 05/08/25 | Huong L. On-Robinson | | 1.10 | 440.00 |
| 05/08/25 | Heather J. Silver | | 1.00 | 875.00 |
| 05/08/25 | Howard J. Steinberg | | 1.70 | 1,487.50 |
| 05/08/25 | Esteban Woo Kee | | 6.10 | 5,337.50 |
| 05/09/25 | Alexsan Gharibian | | 4.20 | 3,675.00 |

|  |  |  | | |
|---|---|---|---|---|
|  |  | ███████ revisions to motion to compel N. Niami (3.1); correspondence with H. Silver re: same (0.1); ███████████ | | |
| 05/09/25 | Heather J. Silver | ████████████████████████████ ███████ ; develop strategy regarding required meet and confer prior to filing motion to compel documents from N. Niami (0.1). | 0.20 | 175.00 |
| 05/09/25 | Howard J. Steinberg | ████████████ | 0.60 | 525.00 |
| 05/09/25 | Esteban Woo Kee | ████████████ | 2.30 | 2,012.50 |
| 05/12/25 | Heather J. Silver | Develop strategies for obtaining compliance with requests for production from N. Niami (0.6). | 0.60 | 525.00 |
| 05/12/25 | Howard J. Steinberg | Conference Ms. Silver re motion to compel issues (.3). | 0.30 | 262.50 |
| 05/13/25 | Alexsan Gharibian | ████████████ | 1.40 | 1,225.00 |
| 05/13/25 | Howard J. Steinberg | ████████████ | 0.60 | 525.00 |
| 05/14/25 | Alexsan Gharibian | ████████████ | 2.90 | 2,537.50 |
| 05/14/25 | Huong L. On-Robinson | ████████████ | 0.30 | 120.00 |
| 05/14/25 | Heather J. Silver | ████████████ | 0.70 | 612.50 |
| 05/14/25 | Heather J. Silver | Review and revise motion to compel documents from N. Niami (0.8). | 0.80 | 700.00 |
| 05/14/25 | Howard J. Steinberg | ████████████ | 0.70 | 612.50 |
| 05/15/25 | Andrew K. Bell | ████████████ | 0.50 | 200.00 |
| 05/15/25 | Alexsan Gharibian | ████████████ | 8.70 | 7,612.50 |
| 05/15/25 | Huong L. On-Robinson | ████████████ | 0.20 | 80.00 |
| 05/15/25 | Heather J. Silver | ████████████ | 0.60 | 525.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1001048897 | | | Page 4 |
| Re: | Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No. | | | |
| Matter No.: | 145372.012100 | | | |

| Date | Name | Hours | Amount |
|---|---|---|---|
| 05/15/25 | Howard J. Steinberg | 0.20 | 175.00 |
| 05/16/25 | Alexsan Gharibian | 0.60 | 525.00 |
| 05/16/25 | Heather J. Silver | 0.10 | 87.50 |
| 05/16/25 | Howard J. Steinberg | 0.50 | 437.50 |
| 05/19/25 | Alexsan Gharibian | 0.60 | 525.00 |
| 05/19/25 | Heather J. Silver | 0.10 | 87.50 |
| 05/19/25 | Howard J. Steinberg | 0.40 | 350.00 |
| 05/20/25 | Andrew K. Bell | 0.80 | 320.00 |
| 05/20/25 | Alexsan Gharibian | 1.10 | 962.50 |
| 05/20/25 | Heather J. Silver | 0.90 | 787.50 |
| 05/20/25 | Howard J. Steinberg | 1.00 | 875.00 |
| 05/21/25 | Alexsan Gharibian | 0.40 | 350.00 |
| 05/21/25 | Heather J. Silver | Strategize and communications with A. Gharibian regarding motions to compel against Y. Niami and N. Niami (0.3). | 0.30 | 262.50 |
| 05/21/25 | Howard J. Steinberg | 0.40 | 350.00 |
| 05/22/25 | Huong L. On-Robinson | 0.60 | 240.00 |
| 05/27/25 | Alexsan Gharibian | 0.90 | 787.50 |
| 05/28/25 | Heather J. Silver | 0.10 | 87.50 |
| 05/29/25 | Alexsan Gharibian | 0.10 | 87.50 |
| 05/30/25 | Alexsan Gharibian | 0.30 | 262.50 |

Invoice No.:      1001048897                                                    Page  5
Re:              Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:      145372.012100

(0.1);

Invoice No.:        1001048897
Re:                 Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:         145372.012100

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/11/25 | | $ | 253.60 |
| 03/21/25 | | $ | 275.00 |
| 04/03/25 | | $ | 720.00 |
| 04/25/25 | | $ | 1,618.19 |
| 04/25/25 | | $ | 600.00 |
| 05/05/25 | | $ | 3.25 |

| | | Page 7 |
|---|---|---|

Invoice No.:      1001048897
Re:                   Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:       145372.012100

**Important:** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503.  To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

### Note:  Payment is Due 30 Days from Date of Invoice

> ### FOR YOUR CONVENIENCE,
> ### PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
> ### FOR FEES & COSTS ARE AS FOLLOWS:

TO:                    CITIBANK, N.A.
ABA #:              ███████
CREDIT TO:       GREENBERG TRAURIG ACCOUNT
ACCOUNT #:      ███████
PLEASE
REFERENCE:      CLIENT NAME:        **FIDELITY NATIONAL TITLE GROUP**
                           FILE NUMBER:         **145372.012100**
                           INVOICE NUMBER:   **1001048897***
                           BILLING
                           PROFESSIONAL:       **Eric Rowen**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

*****



Invoice No. :   1001088149
File No.    :   145372.012100

Bill Date   :   July 22, 2025

Fidelity National Title Group
ELECTRONIC BILLING DO NOT MAIL

# INVOICE

Re:   Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
      Claim #:933301

Fidelity

Legal Services through June 30, 2025:



ER:THB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 1840 Century Park East | Suite 1900 | Los Angeles, California 90067
Tel 310.586.7700 | Fax 310.586.7800 | www.gtlaw.com



| | | | | Page 1 |
|---|---|---|---|---|
| Invoice No.: | 1001088149 | | | |
| Re: | Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No. | | | |
| Matter No.: | 145372.012100 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/30/25 | Howard J. Steinberg | ████████████████ | 0.50 | 437.50 |
| 06/02/25 | Huong L. On-Robinson | ████████████████ | 0.20 | 80.00 |
| 06/02/25 | Howard J. Steinberg | ████████████████ | 1.40 | 1,225.00 |
| 06/03/25 | Alexsan Gharibian | ████████████████ | 0.40 | 350.00 |
| 06/03/25 | Heather J. Silver | ████████████████ | 0.30 | 262.50 |
| 06/04/25 | Alexsan Gharibian | Revise motion to compel RFPs to N. Niami, including reviewing pleadings and RFPs (5.8); correspondence with H. Silver re: same (0.1). | 5.90 | 5,162.50 |
| 06/04/25 | Howard J. Steinberg | | 0.40 | 350.00 |
| 06/05/25 | Heather J. Silver | ████████████████ | 0.80 | 700.00 |
| 06/05/25 | Howard J. Steinberg | ████████████████ | 0.80 | 700.00 |
| 06/06/25 | Alexsan Gharibian | ████████████████ | 0.30 | 262.50 |
| 06/06/25 | Eric Rowen | ████████████████ | 0.40 | 350.00 |
| 06/06/25 | Howard J. Steinberg | ████████████████ | 0.20 | 175.00 |
| 06/09/25 | Alexsan Gharibian | ████████████████ | 1.30 | 1,137.50 |
| 06/09/25 | Huong L. On-Robinson | ████████████████ | 0.20 | 80.00 |
| 06/09/25 | Heather J. Silver | Review, revise, and confer with A. Gharibian regarding strategy for motion to compel responses and production from N. Niami (3.2). | 3.20 | 2,800.00 |
| 06/09/25 | Howard J. Steinberg | ████████████████ | 0.60 | 525.00 |
| 06/10/25 | Alexsan Gharibian | ████████████████ | 3.90 | 3,412.50 |
| 06/10/25 | Eric Rowen | ████████████████ | 0.60 | 525.00 |
| 06/10/25 | Howard J. Steinberg | ████████████████ | 0.50 | 437.50 |
| 06/11/25 | Alexsan Gharibian | Revisions to motion to compel N. Niami discovery responses (2.5); correspondence with H. Silver re: same (0.1). | 2.60 | 2,275.00 |
| 06/11/25 | Heather J. Silver | Review, revise, and correspondence regarding motion to compel documents from N. Niami | 1.70 | 1,487.50 |

Invoice No.:      1001088149
Re:               Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:       145372.012100

(1.7).

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/11/25 | Howard J. Steinberg | | 0.10 | 87.50 |
| 06/16/25 | Andrew K. Bell | | 0.30 | 120.00 |
| 06/16/25 | Heather J. Silver | | 0.10 | 87.50 |
| 06/17/25 | Heather J. Silver | | 0.20 | 175.00 |
| 06/17/25 | Howard J. Steinberg | | 0.40 | 350.00 |
| 06/20/25 | Howard J. Steinberg | ; review and revise motion to compel (.3); emails re same (.3). | 0.80 | 700.00 |
| 06/23/25 | Andrew K. Bell | | 1.30 | 520.00 |
| 06/23/25 | Alexsan Gharibian | | 6.30 | 5,512.50 |
| 06/23/25 | Huong L. On-Robinson | | 0.40 | 160.00 |
| 06/23/25 | Heather J. Silver | Strategize for and revise motion to compel to N. Niami (0.7); | 1.90 | 1,662.50 |
| 06/24/25 | Andrew K. Bell | | 0.50 | 200.00 |
| 06/24/25 | Alexsan Gharibian | | 0.10 | 87.50 |
| 06/24/25 | Heather J. Silver | | 2.40 | 2,100.00 |
| 06/24/25 | Howard J. Steinberg | | 0.70 | 612.50 |
| 06/24/25 | Howard J. Steinberg | Review motion to compel (.3); emails re same (.1); | 0.50 | 437.50 |
| 06/25/25 | Alexsan Gharibian | | 3.70 | 3,237.50 |
| 06/25/25 | Marian Mackey | | 0.40 | 160.00 |

Invoice No.:        1001088149                                                                Page 3
Re:                Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:        145372.012100

| Date | Name | | Hours | Amount |
|------|------|---|-------|--------|
| 06/25/25 | Heather J. Silver | | 1.60 | 1,400.00 |
| 06/25/25 | Howard J. Steinberg | | 0.90 | 787.50 |
| 06/26/25 | Alexsan Gharibian | | 0.60 | 525.00 |
| 06/26/25 | Heather J. Silver | ; communications regarding strategy for motion to compel to N. Niami (0.2). | 0.30 | 262.50 |
| 06/26/25 | Howard J. Steinberg | ; emails re motion to compel (.3); | 1.90 | 1,662.50 |
| 06/27/25 | Alexsan Gharibian | | 1.90 | 1,662.50 |
| 06/27/25 | Howard J. Steinberg | | 0.70 | 612.50 |
| 06/30/25 | Alexsan Gharibian | | 1.30 | 1,137.50 |
| 06/30/25 | Marian Mackey | | 2.60 | 1,040.00 |
| 06/30/25 | Heather J. Silver | | 0.20 | 175.00 |
| 06/30/25 | Howard J. Steinberg | | 0.50 | 437.50 |

Invoice No.:      1001088149
Re:               Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:       145372.012100

Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/05/25 | | $ | 5.82 |
| 05/05/25 | | $ | 0.09 |
| 05/05/25 | | $ | 0.09 |
| 05/05/25 | | $ | 5.82 |
| 05/05/25 | | $ | 0.09 |
| 05/05/25 | | $ | 5.82 |
| 05/05/25 | | $ | 0.09 |
| 05/05/25 | | $ | 5.82 |
| 05/05/25 | | $ | 0.09 |
| 05/05/25 | | $ | 5.82 |
| 05/20/25 | | $ | 12.50 |
| 05/25/25 | | $ | 1,689.92 |
| 05/25/25 | | $ | 600.00 |

| | | | Page 5 |
|---|---|---|---|

Invoice No.:        1001088149
Re:               Hankey Priority Dispute (Inferno v. Crestlloyd)--Claim No.
Matter No.:        145372.012100

**Important:** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503.  To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

### Note:  Payment is Due 30 Days from Date of Invoice

**FOR YOUR CONVENIENCE,
PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                CITIBANK, N.A.
ABA #:             ██████████
CREDIT TO:         GREENBERG TRAURIG ACCOUNT
ACCOUNT #:         ██████████
PLEASE
REFERENCE:         CLIENT NAME:      **FIDELITY NATIONAL TITLE GROUP**
                   FILE NUMBER:      **145372.012100**
                   INVOICE NUMBER:   **1001088149***
                   BILLING
                   PROFESSIONAL:     **Eric Rowen**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.


\*\*\*\*\*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF HOWARD J. STEINBERG IN SUPPORT OF HANKEY CAPITAL, LLC'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS TO NILE NIAMI (SET ONE) AND REQUEST FOR SANCTIONS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 26, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)    8/26/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/26/2025 | Terrine Pearsall | /s/ Terrine Pearsall |
|-----------|------------------|----------------------|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
ACTIVE 713001105v1

## F 9013-3.1.PROOF.SERVICE

<u>SERVICE LIST</u>
In re Crestlloyd, LLC
Case No. 2:21-bk-18205-DS
Adv. No. 2:22-ap-01125-DS


**1.    To be Served by the Court Via Notice of Electronic Filing (NEF):**

The following is the list of **parties** who are currently on the list to receive email notice/service
for this case.

- **Kyra E Andrassy**    kandrassy@raineslaw.com,
  bclark@raineslaw.com;csantiago@raineslaw.com
- **Todd M Arnold**    tma@lnbyg.com
- **Ryan Coy**    ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;
  LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
- **Max Fabricant**    mfabricant@lavelysinger.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **Jeffrey Huron**    jeff.huron@stinson.com,
  ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **John A Moe**    john.moe@dentons.com, kathryn.howard@dentons.com;
  derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Nicholas David Moss**    nmoss@molinolawfirm.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-
  BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,
  REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com


**2.**  Served by United States Mail:

**Yvonne Niami**
**1132 E. 12ᵗʰ Street**
**Los Angeles, CA 90021**

**N. Philanthropy LLC**
**Attn: Yvonne Niami**

1

**1132 E. 12th Street**
**Los Angeles, CA 90021**

ACTIVE 695281743v1