| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Howard J. Steinberg (SBN 89291)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA  90067<br>Telephone: (310) 586-7700<br>Facsimile:  (310)  586-7800<br>steinbergh@gtlaw.com | FOR COURT USE ONLY |
| ☐  *Individual appearing without attorney*<br>☒  *Attorney for*  Hankey Capital, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>CRESTLLOYD, LLC,<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br>ADVERSARY NO.: 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br><br>Plaintiff(s),<br><br>vs.<br>CRESTLLOYD, LLC, a California limited liability company, HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, et al.,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*): Motion to Compel Responses to Subpoena to Produce Documents to Yvonne Niami and Request for Sanctions Without Prejudice |

PLEASE TAKE NOTE that the order or judgment titled Order Denying Hankey Capital, LLC's Motion to Compel Responses to Subpoena to Produce of Documents to Yvonne Niami And Request for Sanctions w/o Prejudice was lodged on (*date*)   08/26/25   and is attached.  This order relates to the motion which is docket number  331.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 1                          **F 9021-1.2.ADV.NOTICE.LODGMENT**

**ATTACHMENT**

Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700/Facsimile: 310.586.7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>　　　　Debtor,<br>_____<br>INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>　　　　Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS. | Bk. No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS<br><br>**ORDER DENYING HANKEY CAPITAL, LLC'S MOTION TO COMPEL RESPONSES TO SUBPOENA TO PRODUCE DOCUMENTS TO YVONNE NIAMI AND REQUEST FOR SANCTIONS WITHOUT PREJUDICE**<br><br>DATE:　　August 19, 2025<br>TIME:　　1:00 p.m.<br>CTRM:　　1639<br><br>JUDGE:　　Hon. Deborah J. Saltzman<br><br>Action Filed: June 9, 2022 |

On August 19, 2025 at 1:00 p.m., before the Honorable Deborah J. Saltzman, the Court conducted a hearing on Defendant and Counter/cross claimant Hankey Capital, LLC's ("Hankey") Motion to Compel Responses to Subpoena to Produce Documents to Yvonne Niami and Request for Sanctions. Upon consideration of the papers filed in support of the Motion, and the argument of counsel at the hearing, the Court rules as follows:

1. The Motion is denied without prejudice for the reasons stated on the record.

2. Hankey may file a motion requesting the same or similar relief that complies with LBR 9020-1.

IT IS SO ORDERED

### 

ORDER DENYING HANKEY'S MOTION TO COMPEL RESPONSES TO SUBPOENA TO PRODUCE DOCUMENTS
TO YVONNE NIAMI AND REQUEST FOR SANCTIONS WITHOUT PREJUDICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/26/25 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) 08/26/25 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/26/25 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

SERVICE LIST
In re Crestlloyd, LLC
Case No. 2:21-bk-18205-DS
Adv. No. 2:22-ap-01125-DS

**1.    To be Served by the Court Via Notice of Electronic Filing (NEF):**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Todd M Arnold**    tma@lnbyg.com
- **Ryan Coy**    ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com; LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
- **Max Fabricant**    mfabricant@lavelysinger.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **Jeffrey Huron**    jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **John A Moe**    john.moe@dentons.com, kathryn.howard@dentons.com; derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Nicholas David Moss**    nmoss@molinolawfirm.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com, REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2.**  Served by United States Mail:

**Yvonne Niami**
**1132 E. 12th Street**
**Los Angeles, CA 90021**

**N. Philanthropy LLC**
**Attn: Yvonne Niami**

1

**1132 E. 12th Street**
**Los Angeles, CA 90021**

ACTIVE 695281743v1