Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700/Facsimile: 310-586-7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

**FILED & ENTERED**

**AUG 27 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re

CRESTLLOYD, LLC,

                     Debtor.

INFERNO INVESTMENT, INC.,

                     Plaintiff,

v.

CRESTLLOYD, LLC, et al.,

                     Defendants.

AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS.

Case No. 2:21-bk-18205-DS

Chapter 11

Adv. No. 2:22-ap-01125-DS

**ORDER GRANTING MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION TO NILE NIAMI (SET ONE) AND REQUEST FOR SANCTIONS**

<u>Hearing</u>:
Date:   August 19, 2025
Time:  1:00 p.m.
Place:  Courtroom 1639
         255 East Temple Street
         Los Angeles, California 90012

A hearing was held at the above time and place on the "Motion of Hankey Capital, LLC to Compel Responses to Requests for Production to Nile Niami (Set One) and Request for Sanctions" (the "Motion," Docket No. 333). Appearances were noted on the record. Based on the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record,

/ / /

IT IS HEREBY ORDERED that the Motion is granted.  Nile Niami is ordered to provide responses and produce all documents responsive to Hankey's[1] RFP without objection within 30 days of entry of this order.

IT IS FURTHER ORDERED that Nile Niami is ordered to pay Hankey $12,600 to reimburse the fees Hankey incurred in bringing the Motion.

###

Date: August 27, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein are used as defined in the Motion.