Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700/Facsimile: 310-586-7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

**FILED & ENTERED**

**AUG 27 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>　　　　　　　　　　　　　Debtor.<br><br>INFERNO INVESTMENT, INC.,<br>　　　　　　　　　　　　　Plaintiff,<br>v.<br>CRESTLLOYD, LLC, et al.,<br>　　　　　　　　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS<br><br>**ORDER DENYING MOTION TO COMPEL RESPONSES TO SUBPOENA TO PRODUCE DOCUMENTS TO YVONNE NIAMI AND REQUEST FOR SANCTIONS WITHOUT PREJUDICE**<br><br>Hearing:<br>Date:　August 19, 2025<br>Time:　1:00 p.m.<br>Place:　Courtroom 1639<br>　　　　255 East Temple Street<br>　　　　Los Angeles, California 90012 |

　　　　A hearing was held at the above time and place on the "Motion of Hankey Capital, LLC to Compel Responses to Subpoena to Produce Documents to Yvonne Niami and Request for Sanctions" (the "Motion," Docket No. 330). Appearances were noted on the record. Based on the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record,

/ / /

1

ORDER DENYING HANKEY'S MOTION TO COMPEL RESPONSES TO SUBPOENA TO PRODUCE DOCUMENTS TO YVONNE NIAMI AND REQUEST FOR SANCTIONS WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the Motion is denied without prejudice.  Hankey Capital, LLC may file a motion requesting the same or similar relief that complies with LBR 9020-1.

###

Date: August 27, 2025

Deborah J. Saltzman
United States Bankruptcy Judge