United States Bankruptcy Court
Central District of California

Inferno Investment, Inc.,
    Plaintiff

Crestlloyd, LLC,
    Defendant

Adv. Proc. No. 22-01125-DS

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 4
Date Rcvd: Aug 27, 2025      Form ID: pdf031      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Beth E Levine, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway 36th floor, New York, NY 10019-5975 |
| aty | + | Paul Sorrell, Lavely & Singer Professional Corporation, 2049 Century Park East Ste 2400, Suite 2400, Los Angeles, CA 90067-3126 |
| intp | + | Andre Mario Smith, 7938 Broadway No. 1263, Lemon Grove, CA 91946-7052 |
| dft | + | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | 1369 Londonderry Estate LLC, a California Limited |
| intp | | Courtesy NEF |
| crd | | Ground View LLLP, a Nevada Limited Liability Limit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| crc | | Hankey Capital, LLC, a California limited liabilit |
| cc | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hilldun Corporation |
| cd | | Hilldun Corporation, a New York Corporation |
| crd | | Hilldun Corporation, a New York Corporation |
| cd | | Inferno Investment, Inc. |
| pla | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| crd | | Inferno Investment, Inc. |
| crd | | Jacqueline Englanoff |
| crd | | Joseph Englanoff |
| crd | | Justine Englanoff |
| crd | | Marbella Construction Inc., a California Corporati |
| crd | | N:Philanthropy LLC, a California Limited Liability |
| crd | | Nicole Englanoff |
| crd | | Nile Niami |
| crd | | Trousdale Estate LLC, a Nevada Limited Liability C |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |

| | | |
|---|---|---|
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| dft | | Yogi Securities Holdings, LLC |
| crd | | Yvonne Niami |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| crc | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 36 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

**Name**    **Email Address**

David B Golubchik
  on behalf of Defendant Crestlloyd LLC dbg@lnbyg.com, dbg@lnbyg.com

Howard Steinberg
  on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard Steinberg
  on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Jeffrey Huron
  on behalf of Plaintiff Inferno Investment Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jeffrey Huron
  on behalf of Counter-Defendant Inferno Investment Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jeffrey Huron
  on behalf of Cross Defendant Inferno Investment Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com

Jessica Wellington
  on behalf of Interested Party Courtesy NEF jwellington@bg.law ecf@bg.law

Jessica Wellington
  on behalf of Defendant Hilldun Corporation jwellington@bg.law ecf@bg.law

John A Moe, II
  on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
  on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Case 2:22-ap-01125-DS    Doc 355    Filed 08/29/25    Entered 08/29/25 21:25:01    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2025 | Form ID: pdf031 | Total Noticed: 4 |

| | |
|---|---|
| John A Moe, II | on behalf of Counter-Defendant Crestlloyd LLC john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John W Lucas | on behalf of Cross Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | on behalf of Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | on behalf of Counter-Claimant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| Johnny White | on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Johnny White | on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com |
| Jonathan Gottlieb | on behalf of Interested Party Courtesy NEF jdg@lnbyg.com |
| Joseph M Rothberg | on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Kyra E Andrassy | on behalf of Plaintiff Inferno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Max Fabricant | on behalf of Cross Defendant Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Counter-Defendant Inferno Investment Inc. mfabricant@lavelysinger.com |
| Max Fabricant | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Nicholas David Moss | on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com |
| Nicholas David Moss | on behalf of Defendant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com |
| Ryan Coy | on behalf of Defendant Hilldun Corporation ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Ryan Coy | on behalf of Cross Defendant Hilldun Corporation a New York Corporation ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Sharon Z. Weiss | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 27, 2025 | Form ID: pdf031 | Total Noticed: 4 |

on behalf of Plaintiff Inferno Investment  Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Thomas M Geher

on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher

on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher

on behalf of Defendant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com

Todd M Arnold

on behalf of Interested Party Courtesy NEF tma@lnbyg.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 41

Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700/Facsimile: 310-586-7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

**FILED & ENTERED**

AUG 27 2025

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY bakchell   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re

CRESTLLOYD, LLC,

Debtor.

INFERNO INVESTMENT, INC.,

Plaintiff,

v.

CRESTLLOYD, LLC, et al.,

Defendants.

AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS.

Case No. 2:21-bk-18205-DS

Chapter 11

Adv. No. 2:22-ap-01125-DS

**ORDER DENYING MOTION TO COMPEL RESPONSES TO SUBPOENA TO PRODUCE DOCUMENTS TO YVONNE NIAMI AND REQUEST FOR SANCTIONS WITHOUT PREJUDICE**

Hearing:
Date:   August 19, 2025
Time:   1:00 p.m.
Place:  Courtroom 1639
        255 East Temple Street
        Los Angeles, California 90012

A hearing was held at the above time and place on the "Motion of Hankey Capital, LLC to Compel Responses to Subpoena to Produce Documents to Yvonne Niami and Request for Sanctions" (the "Motion," Docket No. 330). Appearances were noted on the record. Based on the Motion, the record in this case, and the arguments of counsel at the hearing, and for the reasons stated on the record,

/ / /

IT IS HEREBY ORDERED that the Motion is denied without prejudice. Hankey Capital, LLC may file a motion requesting the same or similar relief that complies with LBR 9020-1.

###

Date: August 27, 2025

Deborah J. Saltzman
United States Bankruptcy Judge