| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Howard J. Steinberg (SBN 89291)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br>steinbergh@gtlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Hankey Capital, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>CRESTLLOYD, LLC,<br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br>ADVERSARY NO.: 2:22-ap-01125-DS |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br><br>Plaintiff(s),<br>vs.<br>CRESTLLOYD, LLC, a California limited liability company, HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, et al.,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion[1]*): Motion for Order To Show Cause Why Yvonne Niami Should Not Be Held in Contempt For Failure To Respond To Subpoena To Produce Documents |

PLEASE TAKE NOTE that the order or judgment titled Order To Show Cause Why Yvonne Niami Should Not Be Held In Contempt For Failure to Respond to Subpoena to Produce Documents
was lodged on (*date*) 10/03/2025 and is attached. This order relates to the motion which is docket number 356.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT**

Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700/Facsimile: 310.586.7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>    Debtor, | Bk. No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>    Defendants. | **ORDER TO SHOW CAUSE WHY YVONNE NIAMI SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO RESPOND TO SUBPOENA TO PRODUCE DOCUMENTS**<br><br>DATE:   [TO BE SET]<br>TIME:   [TO BE SET]<br>CTRM:   1639<br><br>JUDGE:   Hon. Deborah J. Saltzman<br><br>Action Filed: June 9, 2022 |
| AND RELATED CROSS-ACTIONS. | |

Hankey Capital, LLC ("Hankey") filed the "Motion of Hankey Capital, LLC for Order to Show Cause Why Yvonne Niami Should Not be Held in Contempt" (the "Motion"). In the Motion, Hankey alleges that on April 4, 2025, it personally served a subpoena to produce documents on Yvonne Niami (the "Subpoena"). The date specified for compliance with the Subpoena was April 25, 2025. Hankey alleges that as of the filing of the Motion, Yvonne Niami did not comply with the Subpoena, did not object to the Subpoena, and did not move to quash or modify the Subpoena. Hankey further alleges that Yvonne Niami did not respond to letters sent to her by Hankey on May 7, 2024, and on May 21, 2025, regarding her noncompliance with the Subpoena.

According to Hankey, no response to the Subpoena has been received at all. Obviously, this shows that Yvonne Niami has failed to comply with the Subpoena. This failure to comply is equivalent to disobedience of a clear and specific court order. *See Moore v. Chase, Inc.*, No. 1:14-cv-01178-SKO, 2015 U.S. Dist. LEXIS 133381, 2015 WL 5732805, at *2 (E.D. Cal. Sept. 29, 2015) ("Proper subpoenas issued by attorneys on behalf of the court are treated as orders of the Court.") (citations omitted). Hankey has met its burden and shown by clear and convincing evidence that Yvonne Niami violated a clear and specific court order, and the burden is now on Yvonne Niami to show that she took every reasonable step to comply and explain why compliance was not possible. *Forsythe v. Brown*, 281 F.R.D. 577, 587 (D. Nev. 2012) report and recommendation adopted, No. 3:10-CV-00716-RCJ, 2012 U.S. Dist. LEXIS 69602, 2012 WL 1833393 (D. Nev. May 18, 2012).

/ / /

For the reasons discussed above:

1) IT IS HEREBY ORDERED that the Motion is GRANTED;

2) Yvonne Niami is ORDERED to appear before the undersigned on _____ in Courtroom 1639, 255 East Temple Street, Los Angeles, California 90012, to SHOW CAUSE why she should not be held in contempt for her failure to comply with the Subpoena.

3) Yvonne Niami is further ORDERED to file and serve a written explanation, if there is an explanation, why she should not be held in contempt for her failure to comply with the Subpoena by _____.

4) A finding of contempt may subject Yvonne Niami to contempt sanctions, including monetary sanctions in the amount of $12,600.

5) Hankey is directed to effect service of this order on Yvonne Niami on or before _____, and to file proof of service of this order on or before _____.

IT IS SO ORDERED

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___10/03/2025___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___10/03/2025___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/03/2025 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

SERVICE LIST
In re Crestlloyd, LLC
Case No. 2:21-bk-18205-DS
Adv. No. 2:22-ap-01125-DS

**1. To be Served by the Court Via Notice of Electronic Filing (NEF):**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
Todd M Arnold    tma@lnbyg.com
Ryan Coy    ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
Max Fabricant    mfabricant@lavelysinger.com
Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
Jonathan Gottlieb    jdg@lnbyg.com
Jeffrey Huron    jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
Nicholas David Moss    nmoss@molinolawfirm.com
Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
Jessica Wellington    jwellington@bg.law, ecf@bg.law
Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. Served by United States Mail:**

Yvonne Niami
341 South Rodeo Drive
Beverly Hills, Ca  90212-4206

1

N. Philanthropy LLC
Attn: Yvonne Niami
341 South Rodeo Drive
Beverly Hills, Ca  90212-4206

Andre Mario Smith
7938 Broadway No. 1263
Lemon Grove, CA 91946