Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700/Facsimile: 310-586-7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

**FILED & ENTERED**

**OCT 17 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>CRESTLLOYD, LLC,<br>                    Debtor.<br><br>INFERNO INVESTMENT, INC.,<br>                    Plaintiff,<br>v.<br>CRESTLLOYD, LLC, et al.,<br>                    Defendants.<br><br>AND RELATED COUNTERCLAIM, CROSS-CLAIM, AND THIRD-PARTY ACTIONS. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS<br><br>**ORDER TO SHOW CAUSE WHY YVONNE NIAMI SHOULD NOT BE HELD IN CONTEMPT AND SANCTIONED FOR FAILURE TO RESPOND TO SUBPOENA TO PRODUCE DOCUMENTS**<br><br>Hearing:<br>Date:    December 9, 2025<br>Time:   1:00 p.m.<br>Place:  Courtroom 1639<br>         255 East Temple Street<br>         Los Angeles, California 90012 |

The court has reviewed and considered the "Motion of Hankey Capital, LLC for Order to Show Cause Why Yvonne Niami Should Not Be Held in Contempt" (the "Motion," Docket No. 357) filed by Hankey Capital, LLC ("Hankey") and the "Declaration of Howard J. Steinberg in Support of Hankey Capital, LLC's Motion for Order to Show Cause Why Yvonne Niami Should Not Be Held in Contempt for Failure to Respond to Subpoena to Produce Documents (the "Declaration," Docket No. 358). The Motion includes evidence that, on April 4, 2025, Hankey served a subpoena to produce documents on Yvonne Niami (the "Subpoena"). The date specified for compliance with the Subpoena was April 25,

1

ORDER TO SHOW CAUSE WHY YVONNE NIAMI SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO RESPOND TO SUBPOENA TO PRODUCE DOCUMENTS

2025. The Motion includes evidence that, as of the filing of the Motion, Yvonne Niami had not complied with, objected to, or moved to quash or modify the Subpoena.

Based on the Motion, the Declaration, and the record in this proceeding,

IT IS HEREBY ORDERED that Yvonne Niami must appear before this court on December 9, 2025 at 1:00 p.m. to show cause, if any, why she should not be held in contempt for failure to respond to the Subpoena and ordered to pay contempt sanctions, including monetary sanctions of $12,600 for legal costs incurred by Hankey in enforcing the Subpoena.

IT IS FURTHER ORDERED that a written explanation why Yvonne Niami should not be held in contempt for failure to respond to the Subpoena must filed with the court at least 14 days before the hearing. Any response not filed and served timely may be deemed waived.

IT IS FURTHER ORDERED that Yvonne Niami's failure to appear at the hearing or failure to comply with this order may result in a finding of contempt and subject Yvonne Niami to sanctions.

IT IS FURTHER ORDERED that Hankey must serve this order to show cause pursuant to LBR 9020-1(e) no later than October 28, 2025.

###

Date: October 17, 2025

Deborah J. Saltzman
United States Bankruptcy Judge