1  Richard M. Pachulski (CA Bar No. 90073)
   Henry C. Kevane (CA Bar No. 125757)
2  John W. Lucas (CA Bar No. 271038)
   Beth E. Levine (Admitted *Pro Hac Vice*)
3  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
4  Los Angeles, California 90067-4003
   Telephone: 310-277-6910
5  Facsimile:  310-201-0760
   E-mail: rpachulski@pszjlaw.com
6          hkevane@pszjlaw.com
           jlucas@pszjlaw.com
7          blevine@pszjlaw.com

8  *Attorneys for Yogi Securities Holdings, LLC*



FILED & ENTERED

NOV 24 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

9            **UNITED STATES BANKRUPTCY COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA**

              **LOS ANGELES DIVISION**

11  In re                                          Case No. 2:21-bk-18205-DS

12  CRESTLLOYD, LLC,                               Chapter 11

13                                                 Adv. No. 2:22-ap-01125-DS
          Debtor.

14  _____

15  INFERNO INVESTMENT, INC., a Quebec            **STIPULATED PROTECTIVE ORDER**
16  corporation,

17            Plaintiff,

18      vs.

19  CRESTLLOYD, LLC, a California limited
20  liability company; HANKEY CAPITAL LLC,
    a California limited liability company, YOGI
21  SECURITIES HOLDINGS, LLC, a Nevada
    limited liability company; and HILLDUN
22  CORPORATION, a New York corporation,

23            Defendants.

24  _____

25  AND RELATED CROSS-ACTIONS.

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

1       The court having reviewed and considered the "Stipulated Protective Order" (Docket No.

2    367), and good cause appearing therefor,

3       IT IS HEREBY ORDERED that the Stipulation is approved.

4                              # # #

*PACHULSKI STANG ZIEHL & JONES LLP*
ATTORNEYS AT LAW

Date: November 24, 2025

Deborah J. Saltzman
United States Bankruptcy Judge

4915-5435-4044.1 96887.00001

2