Richard M. Pachulski (CA Bar No. 90073)
Henry C. Kevane (CA Bar No. 125757)
John W. Lucas (CA Bar No. 271038)
Beth E. Levine (*pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: rpachulski@pszjlaw.com
         hkevane@pszjlaw.com
         jlucas@pszjlaw.com
         blevine@pszjlaw.com

*Attorneys for Yogi Securities Holdings, LLC*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>    Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11 |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>    Defendants.<br>AND RELATED CROSS-ACTIONS. | Adv. No. 2:22-ap-01125-DS<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:   February 19, 2026<br>Time:   1:00 p.m.<br>Place:  Courtroom 1639<br>        255 E. Temple Street<br>        Los Angeles, CA 90012 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is **One Sansome Street, Suite 3430, San Francisco, CA 94104**

A true and correct copy of the foregoing document entitled (*specify*)**:**

- **NOTICE OF MOTION AND MOTION OF YOGI SECURITIES HOLDINGS, LLC FOR PARTIAL SUMMARY JUDGMENT ON NINTH CLAIM FOR RELIEF AND TENTH CLAIM FOR RELIEF AGAINST HANKEY CAPITAL, LLC; DECLARATION OF JOSEPH ENGLANOFF; DECLARATION OF JOHN W. LUCAS; AND REQUEST FOR JUDICIAL NOTICE**

- **DECLARATION OF JOSEPH ENGLANOFF IN SUPPORT OF YOGI SECURITIES HOLDINGS, LLC'S MORE FOR PARTIAL SUMMARY JUDGMENT ON NINTH CLAIM FOR RELIEF AND TENTH CLAIM FOR RELIEF AGAINST HANKEY CAPITAL, LLC**

- **DECLARATION OF JOHN W. LUCAS IN SUPPORT OF YOGI SECURITIES HOLDINGS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON NINTH AND TENTH CLAIMS FOR RELIEF AGAINST HANKEY CAPITAL, LLC**

- **STATEMENT OF FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION OF YOGI SECURITIES HOLDINGS, LLC FOR PARTIAL SUMMARY JUDGMENT ON NINTH CLAIM FOR RELIEF AND TENTH CLAIM FOR RELIEF AGAINST HANKEY CAPITAL, LLC**

- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF YOGI SECURITIES HOLDINGS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON NINTH CLAIM FOR RELIEF AND TENTH CLAIM FOR RELIEF AGAINST HANKEY CAPITAL, LLC**

was served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 8, 2026,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2026 | Oliver Carpio | /s/ Oliver Carpio |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   **Case No. 2:22-ap-01125-DS**

   - **Kyra E Andrassy**  kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
   - **Todd M Arnold**  tma@lnbyg.com
   - **Ryan Coy**  ryan.coy@blankrome.com, michelle.grams@blankrome.com
   - **Max Fabricant**  mfabricant@lavelysinger.com
   - **Thomas M Geher**  tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
   - **David B Golubchik**  dbg@lnbyg.com, dbg@lnbyg.com
   - **Jonathan Gottlieb**  jdg@lnbyg.com
   - **Jeffrey Huron**  jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
   - **John W Lucas**  jlucas@pszjlaw.com, ocarpio@pszjlaw.com
   - **John A Moe**  john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
   - **Nicholas David Moss**  nmoss@molinolawfirm.com
   - **Joseph M Rothberg**  jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
   - **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
   - **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
   - **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
   - **Jessica Wellington**  jwellington@bg.law, ecf@bg.law
   - **Johnny White**  JWhite@wrslawyers.com, jlee@wrslawyers.com