Richard M. Pachulski (CA Bar No. 90073)
Henry C. Kevane (CA Bar No. 125757)
John W. Lucas (CA Bar No. 271038)
Beth E. Levine (*pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: rpachulski@pszjlaw.com
　　　　hkevane@pszjlaw.com
　　　　jlucas@pszjlaw.com
　　　　blevine@pszjlaw.com

*Attorneys for Yogi Securities Holdings, LLC*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>　　　　Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11 |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>　　　　Defendants. | Adv. No. 2:22-ap-01125-DS<br><br>**AMENDED NOTICE OF HEARING ON MOTION OF YOGI SECURITIES HOLDINGS, LLC FOR PARTIAL SUMMARY JUDGMENT ON NINTH CLAIM FOR RELIEF AND TENTH CLAIM FOR RELIEF AGAINST HANKEY CAPITAL, LLC**<br><br>Date:　March 24, 2026<br>Time:　1:00 p.m.<br>Place:　Courtroom 1639<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |
| AND RELATED CROSS-ACTIONS. | |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY**

**JUDGE, AND TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on **March 24, 2026 at 1:00 p.m.**, the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, in Courtroom 1639 of the above-captioned Court will hold a hearing on Yogi Securities Holdings, LLC's ("**Yogi**") motion (the "**Motion**") for entry of partial summary judgment in Yogi's favor and against Hankey Capital, LLC ("**Hankey**") on the Ninth Claim for Relief (the "**Ninth Claim**") and the Tenth Claim for Relief (the "**Tenth Claim**") in the *Third Amended Counterclaim and Crossclaim of Yogi Against the Defendants* [Adv. Docket No. 288][1] (the "**Yogi Cross-Complaint**").

Yogi filed the Yogi Cross-Complaint seeking, among other things, a determination of the relative priority between (a) the Yogi $30M Note and the advances under Hankey $91M Note (Ninth Claim) and (b) the Yogi $30M Note and the advances under the Hankey $106M Note (Tenth Claim). None of the material facts relevant to this Motion are in dispute. Yogi is entitled to a partial judgment, as a matter of law, on the Ninth Claim and Tenth Claim as set forth in the Yogi Cross-Complaint.

This Motion is based upon this Notice, the Memorandum of Points and Authorities [Adv. Docket No. 372] and the *Declaration of Joseph Englanoff* (the "**Englanoff Declaration**") [Adv. Docket No. 374], the *Declaration of John W. Lucas* (the "**Lucas Declaration**") [Adv. Docket No. 375], the *Request for Judicial Notice* (the "**Request for Judicial Notice**") [Adv. Docket No. 376], and the *Statement of Uncontroverted Facts and Conclusions of Law* (the "**Statement**") [Adv. Docket No. 373], each filed contemporaneously herewith; the pleadings and other papers filed in this adversary proceeding and in the chapter 11 case to which it relates; and such further evidence and argument as may be presented at or prior to the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE that pursuant to local Bankruptcy Rule 7056-1(c), objections and responses, if any, to the Motion shall be filed with the Court and served on Yogi's counsel at least twenty-one (21) days prior to the hearing date. Any reply to a timely filed objection or response must be filed with the Court and served on Hankey and other parties entitled to notice at least 14-days prior to the hearing date.**

---

[1] All references herein to "Bankr. Docket No. ___" are to the docket entries in Chapter 11 Case No. 21-18205-DS. All references herein to "Adv. Docket No. ___" are to the docket entries in Adv. Case No.: 22-ap-01125-DS.

| | | |
|---|---|---|
| Dated: January 28, 2026 | | PACHULSKI STANG ZIEHL & JONES LLP |
| | By | */s/ John W. Lucas*<br>John W. Lucas |
| | | Attorneys for<br>Yogi Securities Holdings, LLC |

4929-7729-4731.1 96887.00001

3