**FILED & ENTERED**

**FEB 02 2026**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>CRESTLLOYD, LLC,<br>　　　　　　　　　　　Debtor(s). | Case No. 2:21-bk-18205-DS<br><br>Adv. No. 2:22-ap-01125-DS<br><br>Chapter 11 |
| INFERNO INVESTMENT, INC.,<br>　　　　　　　　　　　Plaintiff(s),<br>v.<br>CRESTLLOYD, LLC; HANKEY CAPITAL, LLC; YOGI SECURITIES HOLDINGS, LLC; and HILLDUN CORPORATION,<br>　　　　　　　　　　　Defendant(s). | **ORDER AND NOTICE OF RESCHEDULED HEARING**<br><br>Current Hearing:<br>Date:　1-27-2026<br>Time:　1:00 p.m.<br>Place: Courtroom 1639<br><br>Rescheduled Hearing:<br>Date:　2-19-2026<br>Time:　1:00 p.m.<br>Place: Courtroom 1639 |
| AND RELATED CROSS-ACTIONS. | |

**TO ALL INTERESTED PARTIES:**

　　　NOTICE IS HEREBY GIVEN that the Motion of Hankey Capital, LLC for Order to Show Cause why Yvonne Niami Should Not be Held in Contempt and Sanctions for Failure to Respond to Subpoena to Produce Documents in the above-captioned adversary complaint scheduled for **January 27, 2026 at 1:00 p.m.** is rescheduled to **February 19, 2026 at 1:00 p.m.** in Courtroom 1639 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012.  Appearances at the hearing may be

made in person or via Zoom for Government videoconference.  All parties and members of the public may connect to the hearing free of charge.  ZoomGov connection information for this hearing will be posted on the court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.

###

Date: February 2, 2026

Deborah J. Saltzman
United States Bankruptcy Judge