# 2:22-ap-01125-DS Inferno Investment, Inc. v. Crestlloyd, LLC et al

## CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Yvonne Niami
341 South Rodeo Drive
Beverly Hills, Ca 90212-4206

```
FILED
FEB - 2 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk
```

N. Philanthropy LLC
Attn: Yvonne Niami
341 South Rodeo Drive
Beverly Hills, Ca 90212-4206

Andre Mario Smith
7938 Broadway No. 1263
Lemon Grove, CA 91946

☐ Service information continued on attached page

Date: 2/2/2026    Signature: /s/ Mary Bakchellian

Deputy Clerk: Mary Bakchellian

```
                              FILED & ENTERED

                                  FEB 02 2026

                              CLERK U.S. BANKRUPTCY COURT
                              Central District of California
                              BY bakchell DEPUTY CLERK
```

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>CRESTLLOYD, LLC,<br>　　　　　Debtor(s). | Case No. 2:21-bk-18205-DS<br>Adv. No. 2:22-ap-01125-DS<br>Chapter 11 |
| INFERNO INVESTMENT, INC.,<br>　　　　　Plaintiff(s),<br>v.<br>CRESTLLOYD, LLC; HANKEY CAPITAL, LLC; YOGI SECURITIES HOLDINGS, LLC; and HILLDUN CORPORATION,<br>　　　　　Defendant(s).<br><br>AND RELATED CROSS-ACTIONS. | **ORDER AND NOTICE OF RESCHEDULED HEARING**<br><br>Current Hearing:<br>Date:　1-27-2026<br>Time:　1:00 p.m.<br>Place: Courtroom 1639<br><br>Rescheduled Hearing:<br>Date:　2-19-2026<br>Time:　1:00 p.m.<br>Place: Courtroom 1639 |

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the Motion of Hankey Capital, LLC for Order to Show Cause why Yvonne Niami Should Not be Held in Contempt and Sanctions for Failure to Respond to Subpoena to Produce Documents in the above-captioned adversary complaint scheduled for **January 27, 2026 at 1:00 p.m.** is rescheduled to **February 19, 2026 at 1:00 p.m.** in Courtroom 1639 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012.  Appearances at the hearing may be

made in person or via Zoom for Government videoconference. All parties and members of the public may connect to the hearing free of charge. ZoomGov connection information for this hearing will be posted on the court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.

###

Date: February 2, 2026

Deborah J. Saltzman
United States Bankruptcy Judge