United States Bankruptcy Court

Central District of California

Inferno Investment, Inc.,

    Plaintiff

Crestlloyd, LLC,

    Defendant

Adv. Proc. No. 22-01125-DS

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2026 | Form ID: pdf031 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Beth E Levine, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway 36th floor, New York, NY 10019-5975 |
| aty | + | Paul Sorrell, Lavely & Singer Professional Corporation, 2049 Century Park East Ste 2400, Suite 2400, Los Angeles, CA 90067-3126 |
| intp | + | Andre Mario Smith, 7938 Broadway No. 1263, Lemon Grove, CA 91946-7052 |
| dft | + | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | 1369 Londonderry Estate LLC, a California Limited |
| intp | | Courtesy NEF |
| crd | | Ground View LLLP, a Nevada Limited Liability Limit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| crc | | Hankey Capital, LLC, a California limited liabilit |
| cc | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hilldun Corporation |
| cd | | Hilldun Corporation, a New York Corporation |
| crd | | Hilldun Corporation, a New York Corporation |
| cd | | Inferno Investment, Inc. |
| pla | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| crd | | Inferno Investment, Inc. |
| crd | | Jacqueline Englanoff |
| crd | | Joseph Englanoff |
| crd | | Justine Englanoff |
| crd | | Marbella Construction Inc., a California Corporati |
| crd | | N:Philanthropy LLC, a California Limited Liability |
| crd | | Nicole Englanoff |
| crd | | Nile Niami |
| crd | | Trousdale Estate LLC, a Nevada Limited Liability C |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |

| | | |
|---|---|---|
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| dft | | Yogi Securities Holdings, LLC |
| crd | | Yvonne Niami |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| crc | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 36 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B Golubchik | on behalf of Defendant Crestlloyd  LLC dbg@lnbyg.com, dbg@lnbyg.com |
| Howard Steinberg | on behalf of Defendant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard Steinberg | on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Jeffrey Huron | on behalf of Plaintiff Inferno Investment  Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com |
| Jeffrey Huron | on behalf of Counter-Defendant Inferno Investment  Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com |
| Jeffrey Huron | on behalf of Cross Defendant Inferno Investment  Inc. jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com |
| Jessica Wellington | on behalf of Interested Party Courtesy NEF jwellington@bg.law  ecf@bg.law |
| Jessica Wellington | on behalf of Defendant Hilldun Corporation jwellington@bg.law  ecf@bg.law |
| John A Moe, II | on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Trousdale Estate LLC  a Nevada Limited Liability Company john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |

John A Moe, II
on behalf of Counter-Defendant Crestlloyd  LLC john.moe@dentons.com,
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John W Lucas
on behalf of Cross Defendant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
on behalf of Defendant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
on behalf of Counter-Claimant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Johnny White
on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com  jlee@wrslawyers.com

Johnny White
on behalf of Cross Defendant Trousdale Estate LLC  a Nevada Limited Liability Company JWhite@wrslawyers.com,
jlee@wrslawyers.com

Johnny White
on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com  jlee@wrslawyers.com

Johnny White
on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com  jlee@wrslawyers.com

Johnny White
on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com  jlee@wrslawyers.com

Jonathan Gottlieb
on behalf of Interested Party Courtesy NEF jdg@lnbyg.com

Joseph M Rothberg
on behalf of Defendant Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
on behalf of Counter-Defendant Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
on behalf of Cross-Claimant Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Kyra E Andrassy
on behalf of Plaintiff Inferno Investment  Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Max Fabricant
on behalf of Cross Defendant Inferno Investment  Inc. mfabricant@lavelysinger.com

Max Fabricant
on behalf of Plaintiff Inferno Investment  Inc. mfabricant@lavelysinger.com

Max Fabricant
on behalf of Counter-Defendant Inferno Investment  Inc. mfabricant@lavelysinger.com

Max Fabricant
on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com

Nicholas David Moss
on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company nmoss@molinolawfirm.com

Nicholas David Moss
on behalf of Defendant Hankey Capital  LLC, a California limited liability company nmoss@molinolawfirm.com

Ryan Coy
on behalf of Defendant Hilldun Corporation ryan.coy@blankrome.com  michelle.grams@blankrome.com

Ryan Coy
on behalf of Cross Defendant Hilldun Corporation  a New York Corporation ryan.coy@blankrome.com,
michelle.grams@blankrome.com

Sharon Z. Weiss
on behalf of Plaintiff Inferno Investment  Inc. sharon.weiss@bclplaw.com,

|                              | raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com |
|------------------------------|----------------------------------------------------------------------------------------|
| Thomas M Geher               | on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com |
| Thomas M Geher               | on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com |
| Thomas M Geher               | on behalf of Defendant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com |
| Todd M Arnold                | on behalf of Interested Party Courtesy NEF tma@lnbyg.com |
| United States Trustee (LA)   | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 41

1
2
3
4
5
6
7

FILED & ENTERED

FEB 02 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

8    **UNITED STATES BANKRUPTCY COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA**

10    **LOS ANGELES DIVISION**

11 | In re

12 | CRESTLLOYD, LLC,

13 |                                   Debtor(s).

14 | INFERNO INVESTMENT, INC.,

15 |                                   Plaintiff(s),

          v.

16 | CRESTLLOYD, LLC; HANKEY CAPITAL,
    | LLC; YOGI SECURITIES HOLDINGS, LLC;
17 | and HILLDUN CORPORATION,

18 |                                   Defendant(s).

19

20 |     AND RELATED CROSS-ACTIONS.

21

Case No. 2:21-bk-18205-DS

Adv. No. 2:22-ap-01125-DS

Chapter 11

**ORDER AND NOTICE OF
RESCHEDULED HEARING**

<u>Current Hearing:</u>
Date:  1-27-2026
Time:  1:00 p.m.
Place:  Courtroom 1639

<u>Rescheduled Hearing:</u>
Date:  2-19-2026
Time:  1:00 p.m.
Place:  Courtroom 1639

22    **TO ALL INTERESTED PARTIES:**

23          NOTICE IS HEREBY GIVEN that the Motion of Hankey Capital, LLC for Order to

24    Show Cause why Yvonne Niami Should Not be Held in Contempt and Sanctions for Failure

25    to Respond to Subpoena to Produce Documents in the above-captioned adversary

26    complaint scheduled for **<u>January 27, 2026 at 1:00 p.m.</u>** is rescheduled to **<u>February 19,</u>**

27    **<u>2026 at 1:00 p.m.</u>** in Courtroom 1639 of the United States Bankruptcy Court, located at 255

28    E. Temple Street, Los Angeles, California 90012.  Appearances at the hearing may be

made in person or via Zoom for Government videoconference.  All parties and members of the public may connect to the hearing free of charge.  ZoomGov connection information for this hearing will be posted on the court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.

### ###

Date: February 2, 2026

Deborah J. Saltzman
United States Bankruptcy Judge

2