| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen, Esq. (SBN: 93698)<br>　　　leslie@lesliecohenlaw.com<br>J'aime Williams Kerper, Esq. (SBN 261148)<br>　　　jaime@lesliecohenlaw.com<br>LESLIE COHEN LAW, PC<br>1615-A Montana Avenue<br>Santa Monica, CA 90403<br>Telephone: (310) 394-5900<br>Facsimile: (310) 394-9280<br><br>*Attorney for:* Inferno Investment Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>CRESTLLOYD, LLC<br><br>　　　　　　　　　　　　　　　　Debtor(s).<br><br>INFERNO INVESTMENT, INC.<br><br><br><br>　　　　　　　　　　　　　　　　Plaintiff(s),<br>vs.<br>CRESTLLOYD, LLC; HANKEY CAPITAL, LLC; YOGI SECURITIES HOLDINGS, LLC; HILLDUN CORPORATION<br><br>　　　　　　　　　　　　　　　　Defendant(s). | CASE NO.: 2:21-bk-18205-DS<br><br>ADVERSARY NO.: 2:22-ap-01125-DS<br>(*if applicable*)<br><br>CHAPTER: 11<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

   Inferno Investment, INc.

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

   Leslie Cohen and J'aime Williams Kerper, LESLIE COHEN LAW PC, 1615-A Montana Avenue, Santa Monica, CA 90403 T: 310-394-5900 F: 310.394.9280 Email: leslie@lesliecohenlaw.com jaime@lesliecohenlaw.com

3. New attorney hereby appears in the following matters:　　☐ the bankruptcy case　　☒ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014　　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　　　　　　**F 2091-1.SUBSTITUTION.ATTY**

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Sharon Z. Weiss, Bryan Cave Leighton Paisner LLP

Date: Feb 10, 2026

_____
Signature of party

Stephane Roy, Treasurer
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: _____

_____
Signature of present attorney

Sharon Z. Weiss
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 02/09/2026

/s/ Leslie Cohen
Signature of new attorney

Leslie Cohen
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2091-1.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Sharon Z. Weiss, Bryan Cave Leighton Paisner LLP

Date: _____

_____
Signature of party

Stephane Roy, Treasurer
_____
Printed name of party

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 02/09/2026

*[signature]*
_____
Signature of present attorney

Sharon Z. Weiss
_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 02/09/2026

/s/ Leslie Cohen
_____
Signature of new attorney

Leslie Cohen
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                Page 2                F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1615-A Montana Avenue, Santa Monica, CA 90403

A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _02/11/2026_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/11/2026 | Camille Harper | /s/ Camille Harper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 3    **F 2091-1.SUBSTITUTION.ATTY**

NEF:

- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Todd M Arnold**   tma@lnbyg.com
- **Ryan Coy**   ryan.coy@blankrome.com, michelle.grams@blankrome.com
- **Max Fabricant**   mfabricant@lavelysinger.com
- **Thomas M Geher**   tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Jonathan Gottlieb**   jdg@lnbyg.com
- **Jeffrey Huron**   jeff.huron@stinson.com, ebailon@dykema.com;slara@dykema.com;DocketLA@dykema.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **John A Moe**   john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Nicholas David Moss**   nmoss@molinolawfirm.com
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com