| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Howard J. Steinberg (SBN 89291)<br>GREENBERG TRAURIG, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, CA  90067<br>Telephone: (310) 586-7700<br>Facsimile:  (310)  586-7800<br>steinbergh@gtlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*   Hankey Capital, LLC | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>CRESTLLOYD, LLC,<br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>CHAPTER: 11<br>ADVERSARY NO.: 2:22-ap-01125-DS |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>Plaintiff(s),<br>vs.<br>CRESTLLOYD, LLC, a California limited liability company, HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, et al.,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]): Motion for Order To Show Cause Why Yvonne Niami Should Not Be Held in Contempt For Failure To Respond To Subpoena To Produce Documents |

PLEASE TAKE NOTE that the order or judgment titled Order Holding Yvonne Niami In Contempt of Court and Sanctions For Failure to Respond to Hankey Capital, LLC's Subpoena to Produce Documents
was lodged on (*date*)   02/25/2026   and is attached.  This order relates to the motion which is docket number 356 .

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*            Page 1            **F 9021-1.2.ADV.NOTICE.LODGMENT**

**ATTACHMENT**

Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700/Facsimile: 310-586-7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor. | Bk. No. 2:21-bk-18205-DS<br><br>Chapter 11 |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>Plaintiff,<br><br>v.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>Defendant(s). | Adv. No. 2:22-ap-01125-DS<br><br>ORDER HOLDING YVONNE NIAMI IN CONTEMPT OF COURT AND SANCTIONS FOR FAILURE TO RESPOND TO HANKEY CAPITAL, LLC'S SUBPOENA TO PRODUCE DOCUMENTS<br><br>Date:  February 19, 2026<br>Time:  1:00 p.m.<br>Courtroom: 1639<br><br>Judge:  Hon. Deborah J. Saltzman |
| AND RELATED CROSS-ACTIONS | Action Filed: June 9, 2022 |

1

ORDER HOLDING YVONNE NIAMI IN CONTEMPT OF COURT AND SANCTIONS FOR FAILURE TO RESPOND
TO HANKEY CAPITAL, LLC'S SUBPOENA TO PRODUCE DOCUMENTS

On February 19, 2026 at 1:00 p.m., before the Honorable Deborah J. Saltzman, the Court conducted a hearing on its "Order to Show Cause Why Yvonne Niami Should Not Be Held in Contempt and Sanctioned for Failure to Respond to Subpoena to Produce Documents" ("OSC," Docket No. 360) prompted by the "Motion of Hankey Capital, LLC for Order to Show Cause Why Yvonne Niami Should Not Be Held in Contempt" (the "Motion," Docket No. 357) and the "Declaration of Howard J. Steinberg in Support of Hankey Capital, LLC's Motion for Order to Show Cause Why Yvonne Niami Should Not Be Held in Contempt for Failure to Respond to Subpoena to Produce Documents" (the "Declaration," Docket No. 358) filed by Hankey Capital, LLC ("Hankey"). The Motion includes evidence that, on April 4, 2025, Hankey served a subpoena to produce documents on Yvonne Niami (the "Subpoena"). The date specified for compliance with the Subpoena was April 25, 2025. The Motion includes evidence that, as of the filing of the Motion, Yvonne Niami had not complied with, objected to, or moved to quash the Subpoena.

The OSC was first heard on December 9, 2025, at 1:00 p.m., at which time Yvonne Niami appeared in person before the Court. The Court provided Yvonne Niami with the opportunity to coordinate with Hankey's counsel and respond to the Subpoena, and continued the OSC hearing to January 27, 2026, at 1:00 p.m. Due to technical issues, the January 27, 2026 hearing date was continued to and heard on February 19, 2026, at 1:00 p.m.

Yvonne Niami did not file a written explanation why she should not be held in contempt, and did not appear at the February 19, 2026 OSC hearing. At the hearing, Hankey's counsel represented that Yvonne Niami communicated with Hankey briefly, but stopped communicating with Hankey after December 19, 2025, and has still not complied with, objected to, or moved to quash the Subpoena.

Based on the Motion, Declaration, and record in this proceeding,

IT IS HEREBY ORDERED that Yvonne Niami is held in contempt of court.

IT IS FURTHER ORDERED that Yvonne Niami is ordered to provide responses and produce all documents responsive to Hankey's Subpoena without objection within 30 days of this order.

IT IS FURTHER ORDERED that Yvonne Niami shall pay contempt sanctions to Hankey in the amount of $12,600 for legal costs Hankey incurred in bringing the Motion.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___02/25/2026____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___02/25/2026____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/25/2026 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

SERVICE LIST
In re Crestlloyd, LLC
Case No. 2:21-bk-18205-DS
Adv. No. 2:22-ap-01125-DS

1. **To be Served by the Court Via Notice of Electronic Filing (NEF):**

Kyra E Andrassy    kandrassy@raineslaw.com, clark@raineslaw.com;csantiago@raineslaw.com
Todd M Arnold    tma@lnbyg.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; camille@lesliecohenlaw.com
Ryan Coy    ryan.coy@blankrome.com, michelle.grams@blankrome.com
Max Fabricant    mfabricant@lavelysinger.com
Thomas M Geher    tmg@jmbm.com, bt@jmbm.com; tmg@ecf.courtdrive.com
David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
Jonathan Gottlieb    jdg@lnbyg.com
John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com; derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
Nicholas David Moss    nmoss@molinolawfirm.com
Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Jessica Wellington    jwellington@bg.law, ecf@bg.law
Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com
Jaime K Williams    jaime@lesliecohenlaw.com, jaime.williams@gmail.com


The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

2. Served by United States Mail:

Yvonne Niami
341 South Rodeo Drive
Beverly Hills, CA  90212-4206

N. Philanthropy LLC
Attn: Yvonne Niami
341 South Rodeo Drive
Beverly Hills, CA  90212-4206

1

ACTIVE 715254748v1

Andre Mario Smith
7938 Broadway No. 1263
Lemon Grove, CA 91946

Nile Niami
1110 North Virgil Avenue, Unit 362
Los Angeles, CA  90029

2