| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Howard J. Steinberg (SBN 89291) <br> GREENBERG TRAURIG, LLP <br> 1840 Century Park East, Suite 1900 <br> Los Angeles, CA  90067 <br> Telephone: (310) 586-7700 <br> Facsimile:  (310)  586-7800 <br> steinbergh@gtlaw.com | |
| ☐ *Individual appearing without attorney* <br> ☒ *Attorney for*   Hankey Capital, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: <br> CRESTLLOYD, LLC, <br><br><br> Debtor(s). | CASE NO.: 2:21-bk-18205-DS <br> CHAPTER: 11 <br> ADVERSARY NO.: 2:22-ap-01125-DS |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation, <br><br><br><br> Plaintiff(s), <br> vs. <br> CRESTLLOYD, LLC, a California limited liability company, HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, et al., <br><br> Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** <br> **RE:** (*title of motion*[1]): <u>Stipulation to Extend Deadlines In the Court's August 19, 2025, Scheduling Order by Ninety (90) Days</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>Order Granting Stipulation to Extend Deadlines In The Court's August 19, 2025, Scheduling Order By Ninety (90) Days</u>
was lodged on (*date*) <u>  02/26/2026  </u> and is attached.  This order relates to the motion which is docket number <u> 402</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

**ATTACHMENT**

Howard J. Steinberg (SBN 89291)
Eric V. Rowen (SBN 106234)
Matthew R. Gershman (SBN 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile:  310.586.7800

Thomas M. Geher (SBN 130588)
JEFFER MANGELS & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone:  310-203-8080
Facsimile:  310-203-0567


Attorneys for Defendant
Hankey Capital, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>　　　　Debtor. | CASE NO. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>　　　　Defendant(s).<br>AND RELATED CROSS-ACTIONS | **ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN THE COURT'S AUGUST 19, 2025, SCHEDULING ORDER BY NINETY (90) DAYS**<br><br>[No Hearing Required]<br><br>Judge: Hon. Deborah J. Saltzman<br>Action Filed: June 9, 2022 |

The Court having reviewed and considered the Stipulation To Extend Deadlines In The Court's August 19, 2025, Scheduling Order by Ninety (90) Days by and between Inferno Investment, Inc, Crestlloyd, LLC, Yogi Securities Holdings, LLC, Trousdale Estate, LLC, and Hankey Capital, LLC, by and through their respective counsel, and for good cause appearing therefor:

IT IS ORDERED that:

1. The Stipulation is approved.

2. All deadlines in the Court's August 19, 2025, Scheduling Order [Dkt 340] are hereby extended by ninety (90) days, as follows:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | August 24, 2026 (Monday) |
| Initial Expert Disclosures & Reports | September 16, 2026 (Wednesday) |
| Rebuttal Expert Disclosures & Reports | October 12, 2026 (Monday) |
| Close of Expert Discovery | December 10, 2026 (Thursday) |
| Deadline to File Dispositive Motions | December 31, 2026 (Thursday) |

3. The status conferences in these adversary proceedings are continued from February 19, 2026, at 1:00 p.m. to May 28, 2026, at 1:00 p.m.

### #

ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER BY NINETY (90) DAYS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1840 Century Park East, Suite 1900, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___02/26/2026___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___02/26/2026___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/26/2026 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**

SERVICE LIST
In re Crestlloyd, LLC
Case No. 2:21-bk-18205-DS
Adv. No. 2:22-ap-01125-DS

1. **To be Served by the Court Via Notice of Electronic Filing (NEF):**

Kyra E Andrassy    kandrassy@raineslaw.com, clark@raineslaw.com;csantiago@raineslaw.com
Todd M Arnold    tma@lnbyg.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com; camille@lesliecohenlaw.com
Ryan Coy    ryan.coy@blankrome.com, michelle.grams@blankrome.com
Max Fabricant    mfabricant@lavelysinger.com
Thomas M Geher    tmg@jmbm.com, bt@jmbm.com; tmg@ecf.courtdrive.com
David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
Jonathan Gottlieb    jdg@lnbyg.com
John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com; derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
Nicholas David Moss    nmoss@molinolawfirm.com
Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Jessica Wellington    jwellington@bg.law, ecf@bg.law
Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com
Jaime K Williams    jaime@lesliecohenlaw.com, jaime.williams@gmail.com

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

2. **Served by United States Mail:**

Yvonne Niami
341 South Rodeo Drive
Beverly Hills, CA  90212-4206

N. Philanthropy LLC
Attn: Yvonne Niami
341 South Rodeo Drive
Beverly Hills, CA  90212-4206

1

Andre Mario Smith
7938 Broadway No. 1263
Lemon Grove, CA 91946

Nile Niami
1110 North Virgil Avenue, Unit 362
Los Angeles, CA  90029