Howard J. Steinberg (SBN 89291)
Eric V. Rowen (SBN 106234)
Matthew R. Gershman (SBN 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile:  310.586.7800

Thomas M. Geher (SBN 130588)
JEFFER MANGELS & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone:  310-203-8080
Facsimile:  310-203-0567

Attorneys for Defendant
Hankey Capital, LLC

**FILED & ENTERED**

**FEB 27 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation, | **ORDER APPROVING STIPULATION TO EXTEND DEADLINES IN THE COURT'S AUGUST 19, 2025, SCHEDULING ORDER BY 90 DAYS** |
| Plaintiff, | |
| v. | |
| CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

/ / /

The court having reviewed and considered the "Stipulation to Extend Deadlines in the Court's August 19, 2025, Scheduling Order by Ninety (90) Days" (the "Stipulation," Docket No. 402), and good cause appearing therefor:

IT IS HEREBY ORDERED that the Stipulation is approved. The deadlines in the court's August 19, 2025 scheduling order (Docket No. 340) are extended as follows:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | August 24, 2026 (Monday) |
| Initial Expert Disclosures & Reports | September 16, 2026 (Wednesday) |
| Rebuttal Expert Disclosures & Reports | October 12, 2026 (Monday) |
| Close of Expert Discovery | December 10, 2026 (Thursday) |
| Deadline to File Dispositive Motions | December 31, 2026 (Thursday) |

IT IS FURTHER ORDERED that the status conferences in this adversary proceeding are continued from February 19, 2026, at 1:00 p.m. to May 28, 2026, at 1:00 p.m.

### 

Date: February 27, 2026

Deborah J. Saltzman
United States Bankruptcy Judge

ORDER GRANTING STIPULATION TO EXTEND DEADLINES IN SCHEDULING ORDER BY NINETY (90) DAYS