# 2:22-ap-01125-DS Inferno Investment, Inc. v. Crestlloyd, LLC et al

## CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

Yvonne Niami
341 South Rodeo Drive
Beverly Hills, CA 90212-4206

N. Philanthropy LLC
Attn: Yvonne Niami
341 South Rodeo Drive
Beverly Hills, Ca 90212-4206

Andre Mario Smith
7938 Broadway No. 1263
Lemon Grove, CA 91946



☐ Service information continued on attached page

Date:  2/27/2026          Signature:  /s/ Mary Bakchellian
                          Deputy Clerk:   Mary Bakchellian

1  Howard J. Steinberg (SBN CA 89291)
   Eric V. Rowen (SBN CA 106234)
2  Matthew R. Gershman (SBN CA 253031)
   GREENBERG TRAURIG, LLP
3  1840 Century Park East, Suite 1900
   Los Angeles, California 90067-2121
4  Telephone: 310-586-7700/Facsimile: 310-586-7800
5
   Thomas M. Geher (SBN CA 130588)
6  JEFFER MANGELS & MITCHELL LLP
   1900 Avenue of the Stars, 7th Floor
7  Los Angeles, California 90067
   Telephone: 310-203-8080/Facsimile: 310-203-0567
8
9  Attorneys for Hankey Capital, LLC

**FILED & ENTERED**

**FEB 26 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>CRESTLLOYD, LLC,<br>Debtor. | Case No. 2:21-bk-18205-DS<br>Chapter 11<br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br>Plaintiff,<br>v.<br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br>Defendants. | **ORDER HOLDING YVONNE NIAMI IN CONTEMPT OF COURT AND AWARDING SANCTIONS FOR FAILURE TO RESPOND TO HANKEY CAPITAL, LLC'S SUBPOENA TO PRODUCE DOCUMENTS**<br><br>Hearing:<br>Date:  February 19, 2026<br>Time:  1:00 p.m.<br>Place: Courtroom 1639<br>        255 East Temple Street<br>        Los Angeles, California 90012 |
| AND RELATED CROSS-ACTIONS | |

///

An initial hearing was held on December 9, 2025 at 1:00 p.m. and a continued hearing was held on February 19, 2026 at 1:00 p.m. on the "Order to Show Cause Why Yvonne Niami Should Not Be Held in Contempt and Sanctioned for Failure to Respond to Subpoena to Produce Documents" (the "OSC," Docket No. 360). Appearances were noted on the record. While respondent Yvonne Niami appeared at the December 9, 2025 hearing, she did not appear at the continued hearing. Based on the OSC, the record in this proceeding, and the arguments of the parties at the initial and continued hearings, and for the reasons stated on the record at the continued hearing,

IT IS HEREBY ORDERED that Yvonne Niami is held in contempt of court with respect to the Subpoena (as defined in the OSC).

IT IS FURTHER ORDERED that Yvonne Niami is ordered to provide responses and produce all documents responsive to the Subpoena without objection within 30 days of this order.

IT IS FURTHER ORDERED that Yvonne Niami must pay contempt sanctions to Hankey Capital, LLC in the amount of $12,600 for legal costs incurred in bringing the motion for issuance of the OSC.

###

Date: February 26, 2026

Deborah J. Saltzman
United States Bankruptcy Judge