United States Bankruptcy Court

Central District of California

Inferno Investment, Inc.,
    Plaintiff

Crestlloyd, LLC,
    Defendant

Adv. Proc. No. 22-01125-DS

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 4
Date Rcvd: Feb 26, 2026     Form ID: pdf031     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Beth E Levine, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway 36th floor, New York, NY 10019-5975 |
| aty | + | Paul Sorrell, Lavely & Singer Professional Corporation, 2049 Century Park East Ste 2400, Suite 2400, Los Angeles, CA 90067-3126 |
| intp | + | Andre Mario Smith, 7938 Broadway No. 1263, Lemon Grove, CA 91946-7052 |
| dft | + | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | 1369 Londonderry Estate LLC, a California Limited |
| intp | | Courtesy NEF |
| crd | | Ground View LLLP, a Nevada Limited Liability Limit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| crc | | Hankey Capital, LLC, a California limited liabilit |
| cc | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hilldun Corporation |
| cd | | Hilldun Corporation, a New York Corporation |
| crd | | Hilldun Corporation, a New York Corporation |
| cd | | Inferno Investment, Inc. |
| pla | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| crd | | Inferno Investment, Inc. |
| crd | | Jacqueline Englanoff |
| crd | | Joseph Englanoff |
| crd | | Justine Englanoff |
| crd | | Marbella Construction Inc., a California Corporati |
| crd | | N:Philanthropy LLC, a California Limited Liability |
| crd | | Nicole Englanoff |
| crd | | Nile Niami |
| crd | | Trousdale Estate LLC, a Nevada Limited Liability C |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdf031 | Total Noticed: 4 |

| | | |
|---|---|---|
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| dft | | Yogi Securities Holdings, LLC |
| crd | | Yvonne Niami |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| crc | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 36 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

**Name**    **Email Address**

David B Golubchik
    on behalf of Defendant Crestlloyd  LLC dbg@lnbyg.com, dbg@lnbyg.com

Howard Steinberg
    on behalf of Defendant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Howard Steinberg
    on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com

Jaime K Williams
    on behalf of Plaintiff Inferno Investment  Inc. jaime@lesliecohenlaw.com, jaime.williams@gmail.com

Jessica Wellington
    on behalf of Interested Party Courtesy NEF jwellington@bg.law  ecf@bg.law

Jessica Wellington
    on behalf of Defendant Hilldun Corporation jwellington@bg.law  ecf@bg.law

John A Moe, II
    on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Cross Defendant Trousdale Estate LLC  a Nevada Limited Liability Company john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Counter-Defendant Crestlloyd  LLC john.moe@dentons.com,
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II
    on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com
    kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II

Case 2:22-ap-01125-DS    Doc 406    Filed 02/28/26    Entered 02/28/26 21:20:57    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: pdf031 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | |
| | on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John W Lucas | |
| | on behalf of Cross Defendant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | |
| | on behalf of Defendant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| John W Lucas | |
| | on behalf of Counter-Claimant Yogi Securities Holdings  LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| Johnny White | |
| | on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com  jlee@wrslawyers.com |
| Johnny White | |
| | on behalf of Cross Defendant Trousdale Estate LLC  a Nevada Limited Liability Company JWhite@wrslawyers.com, jlee@wrslawyers.com |
| Johnny White | |
| | on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com  jlee@wrslawyers.com |
| Johnny White | |
| | on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com  jlee@wrslawyers.com |
| Johnny White | |
| | on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com  jlee@wrslawyers.com |
| Jonathan Gottlieb | |
| | on behalf of Interested Party Courtesy NEF jdg@lnbyg.com |
| Joseph M Rothberg | |
| | on behalf of Defendant Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | |
| | on behalf of Counter-Defendant Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Joseph M Rothberg | |
| | on behalf of Cross-Claimant Crestlloyd  LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com |
| Kyra E Andrassy | |
| | on behalf of Plaintiff Inferno Investment  Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com |
| Leslie A Cohen | |
| | on behalf of Plaintiff Inferno Investment  Inc. leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com |
| Max Fabricant | |
| | on behalf of Cross Defendant Inferno Investment  Inc. mfabricant@lavelysinger.com |
| Max Fabricant | |
| | on behalf of Plaintiff Inferno Investment  Inc. mfabricant@lavelysinger.com |
| Max Fabricant | |
| | on behalf of Counter-Defendant Inferno Investment  Inc. mfabricant@lavelysinger.com |
| Max Fabricant | |
| | on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com |
| Nicholas David Moss | |
| | on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company nmoss@molinolawfirm.com |
| Nicholas David Moss | |
| | on behalf of Defendant Hankey Capital  LLC, a California limited liability company nmoss@molinolawfirm.com |
| Ryan Coy | |
| | on behalf of Defendant Hilldun Corporation ryan.coy@blankrome.com  michelle.grams@blankrome.com |
| Ryan Coy | |
| | on behalf of Cross Defendant Hilldun Corporation  a New York Corporation ryan.coy@blankrome.com, michelle.grams@blankrome.com |
| Thomas M Geher | |
| | on behalf of Interested Party Courtesy NEF tmg@jmbm.com  bt@jmbm.com;tmg@ecf.courtdrive.com |
| Thomas M Geher | |
| | on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com |

District/off: 0973-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 26, 2026 | Form ID: pdf031 | Total Noticed: 4

Thomas M Geher
    on behalf of Defendant Hankey Capital  LLC, a California limited liability company tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com

Todd M Arnold
    on behalf of Interested Party Courtesy NEF tma@lnbyg.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 39

Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700/Facsimile: 310-586-7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

**FILED & ENTERED**

**FEB 26 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bakchell  **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>CRESTLLOYD, LLC,<br>    Debtor. | Case No. 2:21-bk-18205-DS<br>Chapter 11<br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br>    Plaintiff,<br>v.<br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br>    Defendants. | **ORDER HOLDING YVONNE NIAMI IN CONTEMPT OF COURT AND AWARDING SANCTIONS FOR FAILURE TO RESPOND TO HANKEY CAPITAL, LLC'S SUBPOENA TO PRODUCE DOCUMENTS**<br><br>Hearing:<br>Date:  February 19, 2026<br>Time:  1:00 p.m.<br>Place:  Courtroom 1639<br>       255 East Temple Street<br>       Los Angeles, California 90012 |
| AND RELATED CROSS-ACTIONS | |

/ / /

An initial hearing was held on December 9, 2025 at 1:00 p.m. and a continued hearing was held on February 19, 2026 at 1:00 p.m. on the "Order to Show Cause Why Yvonne Niami Should Not Be Held in Contempt and Sanctioned for Failure to Respond to Subpoena to Produce Documents" (the "OSC," Docket No. 360). Appearances were noted on the record. While respondent Yvonne Niami appeared at the December 9, 2025 hearing, she did not appear at the continued hearing. Based on the OSC, the record in this proceeding, and the arguments of the parties at the initial and continued hearings, and for the reasons stated on the record at the continued hearing,

IT IS HEREBY ORDERED that Yvonne Niami is held in contempt of court with respect to the Subpoena (as defined in the OSC).

IT IS FURTHER ORDERED that Yvonne Niami is ordered to provide responses and produce all documents responsive to the Subpoena without objection within 30 days of this order.

IT IS FURTHER ORDERED that Yvonne Niami must pay contempt sanctions to Hankey Capital, LLC in the amount of $12,600 for legal costs incurred in bringing the motion for issuance of the OSC.

###

Date: February 26, 2026

Deborah J. Saltzman
United States Bankruptcy Judge