BLANK ROME LLP
Ryan F. Coy, Bar No. 324939
ryan.coy@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone:  424-239-3400
Facsimile:  424-239-3434

Former Attorney for Defendant and Cross-Defendant
Hilldun Corporation

# UNITED STATES BANKRUPCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 7 |
| Debtor. | Adv. No. 2:22-ap-01125-DS |
| | **NOTICE AND MOTION TO WITHDRAW AS COUNSEL** |
| | [No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)] |
| INFERNO INVESTMENT, INC., a Quebec corporation, | |
| Plaintiff, | |
| v. | |
| CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation, | |
| Defendants. | |

BLANK ROME LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Pursuant to Local Bankruptcy Rule 2091-1 and 9013-1(p), Ryan F. Coy ("Movant") formerly of BG LAW LLP ("BG LAW"), now with Blank Rome LLP seeks to withdraw his appearance as counsel for Defendant and Cross-Defendant Hilldun Corporation ("Hilldun") in the above-captioned case. In support of this motion Movant states as follows:

1. Movant was counsel to Hilldun.

2. Movant is no longer affiliated with BG LAW and is no longer representing Hilldun.

3. Hilldun will not be prejudiced by Movant's withdrawal, and it will not delay any discovery, trial or any hearing in the case. All other counsel of record for Hilldun will remain as counsel of record.

4. Further, Movant requests to be removed from the CM/ECF service list for Notice of Electronic Filing (NEF) in this matter.

Wherefore, Movant respectfully requests that an Order granting Movant leave to withdraw his appearance as attorney of record for Hilldun and be removed from the CM/ECF service list, substantially in the form of Exhibit "A" be entered.

Dated: March 3, 2026                        BLANK ROME LLP


By: */s/ Ryan F. Coy*
    Ryan F. Coy
    Former Attorney for Defendant and Cross-Defendant Hilldun Corporation

# EXHIBIT A

BLANK ROME LLP
Ryan F. Coy, Bar No. 324939
ryan.coy@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone:   424-239-3400
Facsimile:   424-239-3434

Former Attorney for Defendant and Cross-Defendant
Hilldun Corporation

# UNITED STATES BANKRUPCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 7 |
| Debtor. | Adv. No. 2:22-ap-01125-DS |
| | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| | [No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)] |
| INFERNO INVESTMENT, INC., a Quebec corporation, | |
| Plaintiff, | |
| v. | |
| CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation, | |
| Defendants. | |

1

1     The Court, having reviewed and considered Ryan F. Coy's Motion to Withdraw as

2 Counsel ("Motion"), and for good cause appearing therefor,

3     IT IS HEREBY ORDERED that the Motion is GRANTED.

4     IT IS SO ORDERED that Ryan Coy's request for withdrawal as counsel of record to

5 Defendant and Cross-Defendant Hilldun Corporation, is approved.

6     IT IS FURTHER ORDERED that the Clerk of Court is directed to remove Ryan F. Coy

7 from the CM/ECF service list for Notice of Electronic Filing (NEF) in this case.

8     ### 

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BLANK ROME LLP 2029 Century Park East, 6th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): NOTICE AND MOTION TO WITHDRAW AS COUNSEL

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/3/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Todd M Arnold    tma@lnbyg.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
- Ryan Coy    ryan.coy@blankrome.com, michelle.grams@blankrome.com
- Max Fabricant    mfabricant@lavelysinger.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Jonathan Gottlieb    jdg@lnbyg.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Nicholas David Moss    nmoss@molinolawfirm.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jessica Wellington    jwellington@bg.law, ecf@bg.law
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com
- Jaime K Williams    jaime@lesliecohenlaw.com, jaime.williams@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by overnight mail service. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**\*[Per Judge Saltzman's procedures, no judge's copy of any document is required unless a copy is requested by chambers.]**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/3/2026 | Michelle Grams | /s/ Michelle Grams |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**