| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ryan F. Coy, SBN 324939<br>BLANK ROME LLP<br>ryan.coy@blankrome.com<br>2029 Century Park East, 6th Floor<br>Los Angeles, California 90067<br>Telephone:424-239-3400<br>Facsimile:424-239-3434<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* Defendant and Cross-Defendant Hilldun Corporation | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DISTRICT**

| In re:<br><br>CRESTLLOYD, LLC,<br><br><br><br>                    Debtor. | CASE NO.:   2:21-bk-18205-DS<br>CHAPTER:   7<br>Adv No.:     2:22-ap-01125-DS |
|---|---|
| | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]** |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>             Defendants. | [No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Ryan F. Coy,
   filed a motion or application (Motion) entitled Notice and Motion to Withdraw as Counsel.

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR 9013-1(p) ; or

   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. *(Check appropriate box below):*

   ☐ The full motion is attached to this notice; or

   ☒ The full motion was filed with the court as docket entry # 408 , and a detailed description of the relief sought is attached to this notice.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                Page 1                                                  **F 9013-1.2.NO.HEARING.NOTICE**

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing.

Respectfully submitted,

Date: 3/3/2026

/s/ Ryan F. Coy
Signature of Movant or attorney for Movant

Ryan F. Coy
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 2                           **F 9013-1.2.NO.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BLANK ROME LLP 2029 Century Park East, 6th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1 (p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/3/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- Todd M Arnold    tma@lnbyg.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
- Ryan Coy    ryan.coy@blankrome.com, michelle.grams@blankrome.com
- Max Fabricant    mfabricant@lavelysinger.com
- Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
- Jonathan Gottlieb    jdg@lnbyg.com
- John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- Nicholas David Moss    nmoss@molinolawfirm.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jessica Wellington    jwellington@bg.law, ecf@bg.law
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com
- Jaime K Williams    jaime@lesliecohenlaw.com, jaime.williams@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
*[Per Judge Saltzman's procedures, no judge's copy of any document is required unless a copy is requested by chambers.]

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/3/2026 | Michelle Grams | /s/ Michelle Grams |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 9013-1.2.NO.HEARING.NOTICE**