BLANK ROME LLP
Ryan F. Coy, Bar No. 324939
ryan.coy@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone:    424-239-3400
Facsimile:    424-239-3434

Former Attorney for Defendant and Cross-
Defendant Hilldun Corporation

**FILED & ENTERED**

**MAR 03 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**UNITED STATES BANKRUPCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>             Debtor.<br><br>INFERNO INVESTMENT, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>CRESTLLOYD, LLC, et al.,<br><br>             Defendants.<br><br>AND RELATED COUNTER-, CROSS-, AND THIRD-PARTY ACTIONS | Case No. 2:21-bk-18205-DS<br><br>Chapter 7<br><br>Adv. No. 2:22-ap-01125-DS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

The court having reviewed and considered the "Notice and Motion to Withdraw as Counsel

(the "Motion," Docket No. 408) and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted.  The Clerk of Court is directed to

remove Ryan F. Coy from the CM/ECF notice list in this proceeding.

# # #

Date: March 3, 2026

_____
Deborah J. Saltzman
United States Bankruptcy Judge