Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700/Facsimile: 310-586-7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor. | Bk No. 2:21-bk-18205-DS<br><br>Chapter 11 |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>Plaintiff,<br><br>v.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>Defendant(s).<br><br>AND RELATED CROSS-ACTIONS | Adv. No. 2:22-ap-01125-DS<br><br>**DECLARATION OF PATRICIA HANKEY IN SUPPORT OF HANKEY CAPITAL, LLC's OPPOSITION TO YOGI SECURITIES HOLDINGS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON NINTH CLAIM FOR RELIEF AND TENTH CLAIM FOR RELIEF**<br>[*Filed concurrently with Opposition to Yogi Securities Holdings, LLC's Motion for Partial Summary Judgment; Declarations of Howard Steinberg, and Priyesh Bhakta, Statement of Genuine Issues*]<br><br>Date: March 24, 2026<br>Time: 1:00 p.m.<br>Courtroom: 1639<br>Judge:    Hon. Deborah J. Saltzman<br><br>Action Filed: June 9, 2022 |

1

DECLARATION OF HOWARD STEINBERG ISO HANKEY'S OPPOSITION TO YOGI'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# DECLARATION OF PATRICIA HANKEY

I, Patricia Hankey, declare as follows:

1. I am the Risk Manager and part of the management team at Defendant and Counter/cross-claimant Hankey Capital, LLC ("Hankey"). Hankey is a private direct lender that primarily originates bridge financing secured by real estate located in California. My role at Hankey includes cash management, loan servicing, and construction funds control. I have worked at Hankey for fourteen (14) years.

2. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in connection with Hankey's Opposition to Yogi Securities Holdings, LLC's ("Yogi") Motion for Partial Summary Judgment on Ninth Claim for Relief and Tenth Claim for Relief (the "Opposition").

3. In connection with Hankey's loan to Crestlloyd, LLC ("Crestlloyd"), as described in detail in Hankey's Opposition memorandum, Hankey created and maintained records documenting where and why funds were disbursed by Hankey pursuant to the Crestlloyd loan. These records, which were updated regularly, were created at or near the time Hankey received the underlying information. The records containing the underlying information are voluminous, consisting of invoices, fund transfer records, communications, draw request packages, and the like. Both Hankey's records and the underlying documentation were kept by Hankey in the regular course of its business activity, and making these records was a regular practice of that activity. I reviewed these records and prepared the following chart summarizing the voluminous underlying records, and reflecting the amount and uses of funds advanced after the first $82,500,000 had been disbursed under Hankey's loan to Crestlloyd:

| Use | Amount of Payment |
| --- | --- |
| Improvements | $9,225,461.67 |
| Insurance | $837,461.34 |
| Interest | $10,412,315.04 |
| Labor | $1,134,793.86 |

| Use | Amount of Payment |
|---|---|
| Legal | $9,729.40 |
| Loan fees | $85,000.00 |
| Plus Development (loan monitoring) | $151,500 |
| Property Taxes | $545,759.14 |
| Operational Expenses | $500,000 |
| **Total:** | $22,902,020.45 |

4. Attached as **Exhibit 1** is a copy of an email I received from Tony Camarena on June 17, 2020, and which I understand Hankey produced in this adversary proceeding bearing the bates number beginning HANKEY0019122.

5. Attached as **Exhibit 2** is a copy of an email chain dated May 15, 2020, through May 18, 2020, excluding its attachments, which includes an email I sent to Andrew Hurley, Priyesh Bhakta, and Dustin Neary, and which I understand Hankey produced in this adversary proceeding bearing the bates number beginning HANKEY0036715.

6. The emails reflected in **Exhibits 1 and 2** were created at or near the time the information was sent or received by individuals with knowledge of the matters discussed. It is Hankey's regular practice to create and maintain such emails as part of our day-to-day business activities, and they have been kept as part of those regularly conducted activities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of March, 2026, at Los Angeles, California.

_____
Patricia Hankey

# EXHIBIT 1

| | |
|---|---|
| **Message** | |
| **From**: | Tony Camarena [tonyc@skylinedevelopment.net] |
| **Sent**: | 6/17/2020 11:31:47 AM |
| **To**: | Scott Dobbins [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aef49efeb97148deb28331e33181565a-Scott Dobbi] |
| **CC**: | Patricia Hankey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=699d5e294b9a475ba96750e1ad2c6ee6-Patricia Ha]; Priyesh Bhakta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6cea633f8d704ce48d6f6245e4376ede-Priyesh Bha] |
| **Subject**: | Crestlloyd, LLC - 944 Airole Way |

Hello Scott,

My name is Tony Camarena. I work for Crestlloyd, LLC and part of the team building the house at 944 Airole Way. Please call me at (818)523-3401 at your earliest convenience.

I just need a few minutes to discuss our immediate funding issue and a potential long term resolutuon plan Don spoke with me about yesterday.


Regards,



Tony Camarena
SKYLINE DEVELOPMENT
8981 W Sunset Blvd. Suite 303
West Hollywood, CA 90069
(310)597-4730 ex.5
(818)523-3401 (cell)
tonyc@skylinedevelopment.net

# EXHIBIT 2

| | |
|---|---|
| Message | |
| From: | Patricia Hankey [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=699D5E294B9A475BA96750E1AD2C6EE6-PATRICIA HA] |
| Sent: | 5/18/2020 10:48:25 AM |
| To: | Andrew Hurley [andrewh@plusdevelopmentgroup.com] |
| CC: | Priyesh Bhakta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6cea633f8d704ce48d6f6245e4376ede-Priyesh Bha]; Dusty Neary [dusty@plusdevelopmentgroup.com] |
| Subject: | Centurion |
| Attachments: | Re: Please send ACH info; 944 Airole_Rev39 Racks Detailed6 (003).pdf; 944 Airole; Centurion 05.14..20.xlsx |

Hi Andrew,

After asking again on Friday for detail on the Centurion SOV with what is left to finish and cost to ship racks... Along with costs for Nightclub separately. And ANYTHING left on contract to finish.

This is what I got below.

Per our convo last week I made an effort to get detailed info but I am going to need help.

Here are my notes. Can you review and add to create a proper request to Mike that we can email Mike Pyle. Maybe also jump on call –

After all this I still want to make one more effort to work with Mike and get the racks there.

I feel situation goes beyond sending money direct. It appears some vendors have side deals to clear balances on other projects and apply the rest to Ariole which always leaves us a dollar short.

Perhaps we can organize then run past Eugene on how to protect ourselves legally ... side agreement with Centurion etc...

Anything you need from me Andrew?

Hi Mike

Break out
1.    cost of additional network gear
a.    Please use attached item list to highlight what items still need to be ordered.
2. programming labor
3. build labor
4. ship cost

Once racks arrive can you break out how much

1. test equipment
2. order TV for night club


What else is left to do to close out contract?


Looking at SOV I show Theater and light modules were already completed.

| | | |
|---|---|---|
| | 4 Bay VRK feet set for 12" raised floor | |
| 1 | **Netgear 8 RJ45 10GBE COPPER CARD FOR M4300-96X**<br>8 port 10GB copper card for Netgear M4300 chassis. | $943.50 |
| 3 | **Netgear 8 SFP 10GBE FIBER CARD FOR M4300-96X**<br>8 port 10GB fiber card for Netgear M4300 chassis. | $1,966.56 |
| 2 | **Netgear M4300-96X MODULAR MANAGED SWITCH (EMPTY)**<br>The NETGEAR M4300-96X is a 2RU modular switch that comes empty allowing it to expand with your video distribution needs. The M4300-96X is approved for use with all the 10GbE Video over IP products offered by Savant and supports auto configuration through blueprint. NETGEAR | $11,130.00 |

-----Original Message-----
From: Tony Camarena <tonyc@skylinedevelopment.net>
Sent: Sunday, May 17, 2020 5:03 PM
To: Patricia Hankey <phankey@hiclp.com>
Subject: FW: Last draw usage

Hi Patricia,

Please see message below from Centurion LV.

Regards,


Tony Camarena
SKYLINE DEVELOPMENT
8981 W Sunset Blvd. Suite 303
West Hollywood, CA 90069
(310)597-4730 ex.5
(818)523-3401 (cell)
tonyc@skylinedevelopment.net


On 5/15/20, 10:46 AM, "Michael Pyle" <mike@centurionlv.com> wrote:

　　Tony

　　The last draw of $750k was used for the below.

　　-Rack equipment, we have most gear but Still need network gear, programming, and build labor.
　　-We paid Theater build out final balance of  $35k
　　-Also paid Lighting modules and drivers of $25k


　　Michael Pyle
　　801-910-5858 cell

HANKEY0036716

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Priyesh Bhakta ISO Hankey Capital LLC's Opposition to Yogi Securities Holdings, LLC's Motion for Partial Summary Judgment on Ninth Claim for Relief and Tenth Claim for Relief** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 3, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 3, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2026 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
ACTIVE 705722580v1

**F 9013-3.1.PROOF.SERVICE**

SERVICE LIST
In re Crestlloyd, LLC
Case No. 2:21-bk-18205-DS
Adv. No. 2:22-ap-01125-DS

1. **To be Served by the Court Via Notice of Electronic Filing (NEF):**

Kyra E Andrassy    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
Todd M Arnold    tma@lnbyg.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
Ryan Coy    ryan.coy@blankrome.com, michelle.grams@blankrome.com
Max Fabricant    mfabricant@lavelysinger.com
Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
Jonathan Gottlieb    jdg@lnbyg.com
John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
John A Moe    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
Nicholas David Moss    nmoss@molinolawfirm.com
Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Jessica Wellington    jwellington@bg.law, ecf@bg.law
Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com
Jaime K Williams    jaime@lesliecohenlaw.com, jaime.williams@gmail.com


2. Served by United States Mail:

Yvonne Niami
341 South Rodeo Drive
Beverly Hills, CA  90212-4206

N. Philanthropy LLC
Attn: Yvonne Niami
341 South Rodeo Drive
Beverly Hills, CA  90212-4206

ACTIVE 719847544v1

Andre Mario Smith
7938 Broadway No. 1263
Lemon Grove, CA 91946