Howard J. Steinberg (SBN CA 89291)
Eric V. Rowen (SBN CA 106234)
Matthew R. Gershman (SBN CA 253031)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310-586-7700/Facsimile: 310-586-7800

Thomas M. Geher (SBN CA 130588)
JEFFER MANGELS & MITCHELL LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone: 310-203-8080/Facsimile: 310-203-0567

Attorneys for Hankey Capital, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CRESTLLOYD, LLC,<br><br>Debtor. | Bk No. 2:21-bk-18205-DS<br><br>Chapter 11 |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>Plaintiff,<br><br>v.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>Defendant(s).<br><br>AND RELATED CROSS-ACTIONS | Adv. No. 2:22-ap-01125-DS<br><br>**DECLARATION OF PRIYESH BHAKTA IN SUPPORT OF HANKEY CAPITAL, LLC's OPPOSITION TO YOGI SECURITIES HOLDINGS, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON NINTH CLAIM FOR RELIEF AND TENTH CLAIM FOR RELIEF**<br>[*Filed concurrently with Opposition to Yogi Securities Holdings, LLC's Motion for Partial Summary Judgment; Declarations of Howard Steinberg, and Patricia Hankey, Statement of Genuine Issues*]<br><br>Date: March 24, 2026<br>Time: 1:00 p.m.<br>Courtroom: 1639<br>Judge:     Hon. Deborah J. Saltzman<br><br>Action Filed: June 9, 2022 |

1

DECLARATION OF HOWARD STEINBERG ISO HANKEY'S OPPOSITION TO YOGI'S MOTION FOR
PARTIAL SUMMARY JUDGMENT

### DECLARATION OF PRIYESH BHAKTA

I, Priyesh R. Bhakta, declare as follows:

1.      I am the President of Defendant and Counter/cross-claimant Hankey Capital, LLC ("Hankey"). Hankey is a private direct lender that primarily originates bridge financing secured by real estate located in California. My role at Hankey includes originating new investment opportunities, as well managing the overall bridge lending platform for Hankey including originations, underwriting, and servicing. I have worked at Hankey for ten (10) years.

2.      I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto. I make this declaration in connection with Hankey's Opposition to Yogi Securities Holdings, LLC's ("Yogi") Motion for Partial Summary Judgment on Ninth Claim for Relief and Tenth Claim for Relief.

3.      Hankey and Yogi never executed a subordination agreement relating to the real property located at 944 Airole Way, Los Angeles, California 90077.

4.      Attached as **Exhibit 3** is a copy of an email chain dated November 7, 2019, excluding its attachments, which includes an email I received from Douglas Witkins on November 7, 2019, and which I understand Hankey produced in this adversary proceeding with the bates number beginning HANKEY057919.

5.      Attached as **Exhibit 4** is a copy of an email I received from Dustin Neary on July 31, 2020, excluding its attachments, and which I understand Hankey produced in this adversary proceeding with the bates number beginning HANKEY0047844.

6.      The emails reflected in **Exhibits 3 and 4** were created at or near the time the information was sent or received by individuals with knowledge of the matters discussed. It is Hankey's regular practice to create and maintain such emails as part of our day-to-day business activities, and they have been kept as part of those regularly conducted activities.

/ / /

/ / /

/ / /

DECLARATION OF PRIYESH BHAKTA ISO HANKEY'S OPPOSITION TO YOGI'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1    I declare under penalty of perjury under the laws of the United States of America that the foregoing

2 is true and correct.

3    Executed on this 3rd day of March, 2026, at Los Angeles, California.

4

5

6                           Priyesh Bhakta

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PRIYESH BHAKTA ISO HANKEY'S OPPOSITION TO YOGI'S MOTION FOR PARTIAL
SUMMARY JUDGMENT

# EXHIBIT 3

Message

| | |
|---|---|
| **From:** | Priyesh Bhakta [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6CEA633F8D704CE48D6F6245E4376EDE-PRIYESH BHA] |
| **Sent:** | 11/7/2019 11:09:23 AM |
| **To:** | Eugene Leydiker [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4fdd52c974184ddbafce784aad4c74a7-Eugene Leyd]; Scott Dobbins [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=aef49efeb97148deb28331e33181565a-Scott Dobbi] |
| **Subject:** | FW: 2nds and 3rds - Yogi |
| **Attachments:** | ███████████████████████████.pdf; ████████████████████████.pdf |

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

**Priyesh R. Bhakta**
O:  323.692.8443
M: 949.294.3085
pbhakta@hiclp.com

---

**From:** Doug Witkins <doug@skylinedevelopment.net>
**Sent:** Thursday, November 7, 2019 10:47 AM
**To:** Priyesh Bhakta <PBhakta@hiclp.com>; Nile Niami <nile@skylinedevelopment.net>
**Subject:** Re: 2nds and 3rds - Yogi

Priyesh,

Here are the latest loan agreements with Yogi.  You will note that each one meticulously recounts the preceding versions.

1.      Fourth Amendment $6,297,508 – Matures November 20th (in 13 days)
2.      Second Amendment $31,735,672 – Matured October 16, 2019 **

**Yogi's principal, Joe Englanoff, is Nile's former business partner, and the two of them go way back.  In my experience, Joe has always renegotiated and extended loans for Nile based on their ongoing relationship.  They are in discussions now, for example about Joe taking $15M on the matured loan in exchange for subordinating, etc.

I am not sure what you mean by "unsecured liens".

Doug

---

**From:** Priyesh Bhakta <PBhakta@hiclp.com>
**Date:** Thursday, November 7, 2019 at 8:24 AM
**To:** Doug Witkins <doug@skylinedevelopment.net>, Nile Niami <nile@skylinedevelopment.net>
**Subject:** 2nds and 3rds

Nile / Doug – just want to be sure I have all the correct information.  Can you confirm:

1)      Quattro – please send us the most update loan agreement with all of the amendments.  When did this note officially mature?  Are you in payment default or maturity default with them or both and since when? What's the latest "deal" you've discussed with them?

2)      Yogi Securities – please send us the most update loan agreement with all of the amendments.  Did this note mature?  When?  Are you in payment default or maturity default with them or both and since when?  What's the latest "deal" you've discussed with them?

3)      Confirm there are NO other unsecured liens on any of your homes

Nile, I'm going to call you shortly to discuss lunch today—may need to postpone.

-Priyesh


**Priyesh R. Bhakta** | Exec Vice President
O:  323.692.8443
M: 949.294.3085
pbhakta@hiclp.com | www.hiclp.com



**DISCLAIMER**: The information (including any attachments) contained in this communication is only meant for the intended recipient of the transmission, and may be a confidential or a communication privileged by law. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system. Thank You.

HANKEY0057920

# EXHIBIT 4

Message

| | |
|---|---|
| **From:** | Dusty Neary [dusty@plusdevelopmentgroup.com] |
| **Sent:** | 7/31/2020 3:29:50 AM |
| **To:** | Priyesh Bhakta [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6cea633f8d704ce48d6f6245e4376ede-Priyesh Bha] |
| **CC:** | Andrew Hurley [andrewh@plusdevelopmentgroup.com] |
| **Subject:** | [EXTERNAL] Airole Status Report 7.29.30 |
| **Attachments:** | Airole Status Tracker 07.29.20.pdf |
| | |
| **Flag:** | Flag for follow up |

| | |
|---|---|
| **SECURITY FIRST** | External email, use caution clicking links or opening attachments. |

Hi Priyesh,

Hope all is well.

I completed a job site walk Wednesday 7.29.20. Pictures have been uploaded to the dropbox. Attached is the detailed report and below is a high level summary of my review.

1. The separation Space has been permitted for demolition, Dennis would like to move forward with demolition of the concrete as soon as possible.
2. Hillside work is complete! and all equipment has been removed from the driveway. Public Works is requiring that all stumps and debris be removed/ cleared from the area 9ft from the curb on the stradella hillside. This work is 70% complete. When this work is signed off the hillside can be hydroseeded.
3. Public works will not grant the A-permit for the driveway until hillside work is complete. City planners are working to provide plans for the curbs and sidewalk area. As far as sequencing Dennis would like to schedule demolition of the separation space to take place right before the driveway curb demolition to maximize time.
4. Fire features, club seating pods and benches and initial entry wall all have stucco- see dropbox photos for reference.
5. Entry gate and Club gate have been installed.
6. Drywall work continues on site, further sanding is needed in the garage, painters are currently working in the club and will move to the garage once complete.
7. Pick up electrical work continues on site.

Job site remains relatively similar apart from hillside work, small amounts of plumbing and pickup electrical work. Very few workers were on site, the site is moving slow. Small detail work is being completed here and there, but the large long lead time items remain the same.

Discussing schedule with Dennis he voiced that getting subs to return to site is very difficult. Many subs are nervous and requesting a large upfront payment in order to return. Basing an accurate schedule in this fashion is very difficult.

Plus would also recommend that Dennis review and confirm all budget amounts. Site Super has voiced slight concern that this is Niles last job and it is a possibility that subs are owed from previous jobs.

If you have any questions please let me know.

Cheers,

**Dusty Neary**
Assistant Project Manager

HANKEY0047844



805-509-8270

dusty@plusdevelopmentgroup.com

www.plusdevelopment.com

LA . NY . UAE

**Beginning Nov 25th, 2019, our LA address will be: 4525 Wilshire Blvd #150, Los Angeles, CA 90010**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

HANKEY0047845

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Greenberg Traurig LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Priyesh Bhakta ISO Hankey Capital LLC's Opposition to Yogi Securities Holdings, LLC's Motion for Partial Summary Judgment on Ninth Claim for Relief and Tenth Claim for Relief** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 3, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 3, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 3, 2026 | Terrine Pearsall | /s/ Terrine Pearsall |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

SERVICE LIST
In re Crestlloyd, LLC
Case No. 2:21-bk-18205-DS
Adv. No. 2:22-ap-01125-DS

**1.    To be Served by the Court Via Notice of Electronic Filing (NEF):**

Kyra E Andrassy    kandrassy@raineslaw.com,
bclark@raineslaw.com;csantiago@raineslaw.com
Todd M Arnold    tma@lnbyg.com
Leslie A Cohen    leslie@lesliecohenlaw.com,
jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
Ryan Coy    ryan.coy@blankrome.com, michelle.grams@blankrome.com
Max Fabricant    mfabricant@lavelysinger.com
Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
David B Golubchik    dbg@lnbyg.com, dbg@lnbyg.com
Jonathan Gottlieb    jdg@lnbyg.com
John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
John A Moe    john.moe@dentons.com,
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
Nicholas David Moss    nmoss@molinolawfirm.com
Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Jessica Wellington    jwellington@bg.law, ecf@bg.law
Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com
Jaime K Williams    jaime@lesliecohenlaw.com, jaime.williams@gmail.com

**2.    Served by United States Mail:**

Yvonne Niami
341 South Rodeo Drive
Beverly Hills, CA  90212-4206

N. Philanthropy LLC
Attn: Yvonne Niami
341 South Rodeo Drive
Beverly Hills, CA  90212-4206

1

ACTIVE 719847544v1

Andre Mario Smith
7938 Broadway No. 1263
Lemon Grove, CA 91946

ACTIVE 719847544v1