Richard M. Pachulski (CA Bar No. 90073)
Henry C. Kevane (CA Bar No. 125757)
John W. Lucas (CA Bar No. 271038)
Beth E. Levine (*pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
E-mail: rpachulski@pszjlaw.com
        hkevane@pszjlaw.com
        jlucas@pszjlaw.com
        blevine@pszjlaw.com

*Attorneys for Yogi Securities Holdings, LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>           Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11 |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>           Plaintiff,<br><br>        vs.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>           Defendants. | Adv. No. 2:22-ap-01125-DS<br><br>**NOTICE OF AMENDED HEARING REGARDING MOTION OF YOGI SECURITIES HOLDINGS, LLC FOR PARTIAL SUMMARY JUDGMENT ON NINTH CLAIM FOR RELIEF AND TENTH CLAIM FOR RELIEF AGAINST HANKEY CAPITAL, LLC**<br><br>Date:    April 21, 2026<br>Time:    1:00 p.m.<br>Place:   Courtroom 1639<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |
| AND RELATED CROSS-ACTIONS. | |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY**

**JUDGE, AND TO ALL COUNSEL OF RECORD:**

      **PLEASE TAKE NOTICE** that **on April 21, 2026 at 1:00 p.m.**, the Honorable Deborah J.

Saltzman, United States Bankruptcy Judge, in Courtroom 1639 of the above-captioned Court will

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

hold a hearing on Yogi Securities Holdings, LLC's ("**Yogi**") motion [Adv. Docket No. 372] (the "**Motion**") for entry of partial summary judgment in Yogi's favor and against Hankey Capital, LLC ("**Hankey**") on the Ninth Claim for Relief (the "**Ninth Claim**") and the Tenth Claim for Relief (the "**Tenth Claim**") in the *Third Amended Counterclaim and Crossclaim of Yogi Against the Defendants* [Adv. Docket No. 288][1] (the "**Yogi Cross-Complaint**").

Yogi filed the Yogi Cross-Complaint seeking, among other things, a determination of the relative priority between (a) the Yogi $30M Note and the advances under Hankey $91M Note (Ninth Claim) and (b) the Yogi $30M Note and the advances under the Hankey $106M Note (Tenth Claim).  None of the material facts relevant to this Motion are in dispute. Yogi is entitled to a partial judgment, as a matter of law, on the Ninth Claim and Tenth Claim as set forth in the Yogi Cross-Complaint.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities and the *Declaration of Joseph Englanoff* [Adv. Docket No. 374] (the "**Englanoff Declaration**"), the *Declaration of John W. Lucas* [Adv. Docket No. 375] (the "**Lucas Declaration**"), the *Request for Judicial Notice* [Adv. Docket No. 376] (the "**Request for Judicial Notice**"), and the *Statement of Uncontroverted Facts and Conclusions of Law* [Adv. Docket No. 373] (the "**Statement**"), each filed contemporaneously herewith; the pleadings and other papers filed in this adversary proceeding and in the chapter 11 case to which it relates; and such further evidence and argument as may be presented at or prior to the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE that pursuant to local Bankruptcy Rule 7056-1(c), the deadline for objections expired on March 3, 2026. Any reply to a timely filed objection must be filed with the Court and served on Hankey and other parties entitled to notice at least 14-days prior to the hearing date.**

---

[1] All references herein to "Bankr. Docket No. ___" are to the docket entries in Chapter 11 Case No. 21-18205-DS. All references herein to "Adv. Docket No. ___" are to the docket entries in Adv. Case No.: 22-ap-01125-DS.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Dated:    March 6, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ John W. Lucas*

John W. Lucas

Attorneys for Yogi Securities Holdings, LLC

4912-6311-2853.1 96887.00001

3