| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>Henry C. Kevane (CA Bar No. 125757)<br>John W. Lucas (CA Bar No. 271038)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, California 90067-4003<br>Telephone: 310-277-6910<br>Facsimile: 310-201-0760<br>E-mail: rpachulski@pszjlaw.com<br>          akornfeld@pszjlaw.com<br>          hkevane@pszjlaw.com<br>          jlucas@pszjlaw.com<br><br>☒ *Attorney for:* Yogi Securities Holdings, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** LOS ANGELES DIVISION

| In re:<br>CRESTLLOYD, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-18205-DS<br>ADVERSARY NO. *(if applicable):* 2:22-ap-01125-DS<br>CHAPTER: 11 |
|---|---|
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>Plaintiff(s).<br>vs.<br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**<br><br>**[LBR 2090-1(b); 9013-1(q)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, James W. Walker_____, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained *(specify name of party):* Yogi Securities Holdings, LLC_____,

    in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2. I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. I am a lawyer with the following law firm *(specify name and address of law firm)*:
    Pachulski Stang Ziehl & Jones LLP
    735 Plaza Blvd., Ste. 200
    Coppell, TX 75019

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates *(specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction)*:

    State of Texas (11.08.95), Fifth Circuit Court of Appeals (03.15.99), and the Ninth Circuit Court of Appeals (10.21.15)

5. I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

None.

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body. ☐ Disciplinary proceedings are pending; details are as follows:

    I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served. The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

    Information about Local Counsel:

    Name and Bar Number: John W. Lucas, CA Bar No. 271038
    Name and Address of law firm:
    Pachulski Stang Ziehl & Jones LLP
    One Sansome Street, 34th Flr., Suite 3430
    San Francisco, CA 94104

    Telephone number: 415.263.7000

    Email Address: jlucas@pszjlaw.com

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*    Page 2    **F 2090-1.2.APP.NONRES.ATTY**
4920-3488-8595.1 96887.00001

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 6, 2026

/s/ [signature]
Signature of applicant

James W. Walker, Texas State Bar No. 20709600
Printed name of applicant

## CONSENT OF LOCAL COUNSEL

I consent to the foregoing designation.

Date: March 6, 2026

/s/ John W. Lucas
Signature of Local Counsel

John W. Lucas
Printed name of Local Counsel

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2024     Page 3     F 2090-1.2.APP.NONRES.ATTY
4920-3488-8595.1 96887.00001

☰  U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** James Walker

**Firm Name:** Pachulski Stang Ziehl & Jones LLP

**Bankruptcy Case Number or Adversary Proceeding Case Number:** 2:22-ap-01125-DS

**Party Name:** Yogi Securities Holdings, LLC

**Tracking Number:** PHV-260306-000-0879

**Pay.gov Tracking ID:** 2809LS66

**Amount:** $450

**Date:** 3/6/2026

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖶 print this page for your records.

**For assistance, please contact:**

Attorney Admissions

United States District Court

Central District of California

Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court Facilities | Payment | Lawyer Representatives | |
| | Juror Amenities | Pro Bono | |
| Records Department | Dress Code | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| Statistical Reports | Security | | |
| | Employer Information | Attorney Workroom Copier Password Request | |
| | Checking Status / Confirming Reporting Instructions | Mileage Rates | |
| | Certificate of Jury Service | Post-Judgment Interest Rates | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 03, 2026

Re: James W. Walker, State Bar Number 20709600

To Whom It May Concern:

This is to certify that James W. Walker was licensed to practice law in Texas on November 08, 1985, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDINGS [LBR 2090-1(b); 9013-1 (q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 6, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy**    kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Todd M Arnold**    tma@lnbyg.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
- **Ryan Coy**    ryan.coy@blankrome.com, michelle.grams@blankrome.com
- **Max Fabricant**    mfabricant@lavelysinger.com
- **Thomas M Geher**    tmg@jmbm.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**    dbg@lnbyg.com, dbg@lnbyg.com
- **Jonathan Gottlieb**    jdg@lnbyg.com
- **John W Lucas**    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **John A Moe**    john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Nicholas David Moss**    nmoss@molinolawfirm.com
- **Joseph M Rothberg**    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Jaime K Williams**    jaime@lesliecohenlaw.com, jaime.williams@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:

On March __, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 6, 2026 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2024*                                            Page 4                                            **F 2090-1.2.APP.NONRES.ATTY**
4920-3488-8595.1 96887.00001