FILED & ENTERED

APR 16 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>          Debtor(s).<br><br>_____<br><br>INFERNO INVESTMENT, INC.,<br><br>          Plaintiff(s),<br>   v.<br><br>CRESTLLOYD, LLC, et al.,<br><br>          Defendant(s).<br><br>_____<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:21-bk-18205-DS<br><br>Adv. No. 2:22-ap-01125-DS<br><br>Chapter 11<br><br>**ORDER AND NOTICE OF RESCHEDULED HEARING**<br><br>Current Hearing:<br>Date:  4-21-2026<br>Time:   1:00 p.m.<br>Place:  Courtroom 1639<br><br>Rescheduled Hearing:<br>Date:  5-7-2026<br>Time:   1:00 p.m.<br>Place:  Courtroom 1639 |

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the Motion of Yogi Securities Holdings, LLC for Partial Summary Judgment on Ninth Claim for Relief and Tenth Claim for Relief Against Hankey Capital LLC in the above-captioned adversary complaint currently scheduled for **April 21, 2026 at 1:00 p.m.** is rescheduled to **May 7, 2026 at 1:00 p.m.** in Courtroom 1639 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012.  Appearances at the hearing may be made in person or via Zoom for

Government videoconference.  All parties and members of the public may connect to the hearing free of charge.  ZoomGov connection information for this hearing will be posted on the court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.

###

Date: April 16, 2026

Deborah J. Saltzman
United States Bankruptcy Judge