United States Bankruptcy Court

Central District of California

Inferno Investment, Inc.,

    Plaintiff

Crestlloyd, LLC,

    Defendant

Adv. Proc. No. 22-01125-DS

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: pdf031 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Beth E Levine, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway 36th floor, New York, NY 10019-5975 |
| aty | + | Paul Sorrell, Lavely & Singer Professional Corporation, 2049 Century Park East Ste 2400, Suite 2400, Los Angeles, CA 90067-3126 |
| intp | + | Andre Mario Smith, 7938 Broadway No. 1263, Lemon Grove, CA 91946-7052 |
| dft | + | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | 1369 Londonderry Estate LLC, a California Limited |
| intp | | Courtesy NEF |
| crd | | Ground View LLLP, a Nevada Limited Liability Limit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| crc | | Hankey Capital, LLC, a California limited liabilit |
| cc | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hilldun Corporation |
| cd | | Hilldun Corporation, a New York Corporation |
| crd | | Hilldun Corporation, a New York Corporation |
| cd | | Inferno Investment, Inc. |
| pla | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| crd | | Inferno Investment, Inc. |
| crd | | Jacqueline Englanoff |
| crd | | Joseph Englanoff |
| crd | | Justine Englanoff |
| crd | | Marbella Construction Inc., a California Corporati |
| crd | | N:Philanthropy LLC, a California Limited Liability |
| crd | | Nicole Englanoff |
| crd | | Nile Niami |
| crd | | Trousdale Estate LLC, a Nevada Limited Liability C |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |

District/off: 0973-2                    User: admin                                   Page 2 of 4

Date Rcvd: Apr 16, 2026                  Form ID: pdf031                          Total Noticed: 4

| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| dft | | Yogi Securities Holdings, LLC |
| crd | | Yvonne Niami |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| crc | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 36 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B Golubchik | on behalf of Defendant Crestlloyd  LLC dbg@lnbyg.com, dbg@lnbyg.com |
| Howard Steinberg | on behalf of Defendant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard Steinberg | on behalf of Cross-Claimant Hankey Capital  LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Jaime K Williams | on behalf of Plaintiff Inferno Investment  Inc. jaime@lesliecohenlaw.com, jaime.williams@gmail.com |
| Jessica Wellington | on behalf of Interested Party Courtesy NEF jwellington@bg.law  ecf@bg.law |
| Jessica Wellington | on behalf of Defendant Hilldun Corporation jwellington@bg.law  ecf@bg.law |
| John A Moe, II | on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Trousdale Estate LLC  a Nevada Limited Liability Company john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Counter-Defendant Crestlloyd  LLC john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com |

District/off: 0973-2        User: admin        Page 3 of 4

Date Rcvd: Apr 16, 2026        Form ID: pdf031        Total Noticed: 4

kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John A Moe, II

on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com
kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John W Lucas

on behalf of Cross Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas

on behalf of Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas

on behalf of Counter-Claimant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Johnny White

on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White

on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company JWhite@wrslawyers.com,
jlee@wrslawyers.com

Johnny White

on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White

on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White

on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Gottlieb

on behalf of Interested Party Courtesy NEF jdg@lnbyg.com

Joseph M Rothberg

on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg

on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg

on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Kyra E Andrassy

on behalf of Plaintiff Inferno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Leslie A Cohen

on behalf of Plaintiff Inferno Investment Inc. leslie@lesliecohenlaw.com,
jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Max Fabricant

on behalf of Cross Defendant Inferno Investment Inc. mfabricant@lavelysinger.com

Max Fabricant

on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com

Max Fabricant

on behalf of Counter-Defendant Inferno Investment Inc. mfabricant@lavelysinger.com

Max Fabricant

on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com

Nicholas David Moss

on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com

Nicholas David Moss

on behalf of Defendant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com

Thomas M Geher

on behalf of Interested Party Courtesy NEF tgeher@jeffer.com bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher

on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company tgeher@jeffer.com,
bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher

on behalf of Defendant Hankey Capital LLC, a California limited liability company tgeher@jeffer.com,
bt@jmbm.com;tmg@ecf.courtdrive.com

Todd M Arnold

on behalf of Interested Party Courtesy NEF tma@lnbyg.com

United States Trustee (LA)

District/off: 0973-2                                    User: admin                                        Page 4 of 4
Date Rcvd: Apr 16, 2026                                 Form ID: pdf031                                   Total Noticed: 4

ustpregion16.la.ecf@usdoj.gov

TOTAL: 37

**FILED & ENTERED**

APR 16 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bakchell   DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

CRESTLLOYD, LLC,

Debtor(s).

INFERNO INVESTMENT, INC.,

Plaintiff(s),

v.

CRESTLLOYD, LLC, et al.,

Defendant(s).

_____

AND RELATED CROSS-ACTIONS.

Case No. 2:21-bk-18205-DS

Adv. No. 2:22-ap-01125-DS

Chapter 11

**ORDER AND NOTICE OF RESCHEDULED HEARING**

Current Hearing:
Date:   4-21-2026
Time:   1:00 p.m.
Place:  Courtroom 1639

Rescheduled Hearing:
Date:   5-7-2026
Time:   1:00 p.m.
Place:  Courtroom 1639

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the Motion of Yogi Securities Holdings, LLC for Partial Summary Judgment on Ninth Claim for Relief and Tenth Claim for Relief Against Hankey Capital LLC in the above-captioned adversary complaint currently scheduled for **April 21, 2026 at 1:00 p.m.** is rescheduled to **May 7, 2026 at 1:00 p.m.** in Courtroom 1639 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012.  Appearances at the hearing may be made in person or via Zoom for

Government videoconference.  All parties and members of the public may connect to the hearing free of charge.  ZoomGov connection information for this hearing will be posted on the court's public calendar for Judge Saltzman, accessible on the court's website: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx.

###

Date: April 16, 2026

Deborah J. Saltzman
United States Bankruptcy Judge

2