Richard M. Pachulski (CA Bar No. 90073)
Henry C. Kevane (CA Bar No. 125757)
James W. Walker (admitted *pro hac vice*)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
E-mail: rpachulski@pszjlaw.com
        hkevane@pszjlaw.com
        jwalker@pszjlaw.com
        jlucas@pszjlaw.com

*Attorneys for Yogi Securities Holdings, LLC*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>     Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11 |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>     Plaintiff,<br><br>     vs.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>     Defendants.<br>AND RELATED CROSS-ACTIONS. | Adv. No. 2:22-ap-01125-DS<br><br>**NOTICE OF CONTINUED HEARING REGARDING MOTION OF YOGI SECURITIES HOLDINGS, LLC FOR PARTIAL SUMMARY JUDGMENT ON NINTH CLAIM FOR RELIEF AND TENTH CLAIM FOR RELIEF AGAINST HANKEY CAPITAL, LLC**<br><br>Date:    August 25, 2026<br>Time:    1:00 p.m.<br>Place:    Courtroom 1639<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL COUNSEL OF RECORD:**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**PLEASE TAKE NOTICE** that the hearing originally scheduled for June 30, 2026 at 1:00 p.m before the Honorable Deborah J. Saltzman, United States Bankruptcy Judge, in Courtroom 1639 of the above-captioned Court on Yogi Securities Holdings, LLC's ("**Yogi**") motion [Adv. Docket No. 372] (the "**Motion**") for entry of partial summary judgment in Yogi's favor and against Hankey Capital, LLC ("**Hankey**") on the Ninth Claim for Relief (the "**Ninth Claim**") and the Tenth Claim for Relief (the "**Tenth Claim**") in the *Third Amended Counterclaim and Crossclaim of Yogi Against the Defendants* [Adv. Docket No. 288][1] (the "**Yogi Cross-Complaint**"), has been continued to **August 25, 2026 at 1:00 p.m.**

Dated:    July 22, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By    */s/ John W. Lucas*
       John W. Lucas

Attorneys for Yogi Securities
Holdings, LLC

---

[1] All references herein to "Bankr. Docket No. ___" are to the docket entries in Chapter 11 Case No. 21-18205-DS. All references herein to "Adv. Docket No. ___" are to the docket entries in Adv. Case No.: 22-ap-01125-DS.