**LESLIE A. COHEN (SBN: 93698)**
**J'AIME WILLIAMS KERPER (SBN: 261148)**
**LESLIE COHEN LAW, PC**
1615-A Montana Avenue
Santa Monica, CA 90403
Telephone: (310) 394-5900
Facsimile: (310) 394-9280
Email:  leslie@lesliecohenlaw.com
          jaime@lesliecohenlaw.com

**MARTIN D. SINGER (SBN: 78166)**
**PAUL N. SORRELL (SBN: 126346)**
**SINGER WEINSTEN WOLF & JONELIS LLP**
2049 Century Park East, Suite 2400
Los Angeles, California 90067-2906
Telephone: (310) 556-3501
Facsimile: (310) 556-3615
Email:  mdsinger@singerlaw.com
          psorrell@singerlaw.com

Attorneys for Plaintiff and Counter-Defendant
INFERNO INVESTMENT, INC.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:21-bk-18205-DS |
| CRESTLLOYD, LLC, | Chapter 11 |
| Debtor. | Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation, | **PLAINTIFF AND COUNTER-DEFENDANT INFERNO INVESTMENT, INC.'S NOTICE OF ASSOCIATION OF COUNSEL** |
| Plaintiff, | |
| v. | |
| CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL, LLC, a California limited liability company; YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability Company; and HILLDUN CORPORATION, a New York corporation, | Action Filed:  June 9, 2022 |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

1

NOTICE OF ASSOCIATION OF COUNSEL

**PLEASE TAKE NOTICE** that Singer Weinsten Wolf & Jonelis LLP, and particularly its attorneys Martin D. Singer, California State Bar No. 78166, and Paul N. Sorrell, California State Bar No. 126346, are associated as counsel of record for Plaintiff and Counter-Defendant Inferno Investment, Inc. ("Inferno") in this adversary proceeding.

Singer Weinsten Wolf & Jonelis LLP and Martin D. Singer and Paul N. Sorrell will be associated with Leslie Cohen Law, PC, who shall remain as co-counsel of record for Inferno.  All notices, pleadings, papers and other documents in this proceeding must be served upon all counsel, including all of the aforementioned counsel.

DATE:  August 13, 2026          LESLIE COHEN LAW, PC


By: _____
           LESLIE A. COHEN
Attorneys for Plaintiff and Counter-
Defendant INFERNO INVESTMENT, INC.


DATE:  August 12, 2026          SINGER WEINSTEN
                                WOLF & JONELIS LLP


By:   /s/ Paul N. Sorrell
            PAUL N. SORRELL
Attorneys for Plaintiff and Counter-
Defendant INFERNO INVESTMENT, INC.

2
NOTICE OF ASSOCIATION OF COUNSEL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2049 Century Park East, Suite 2400, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): _____
  PLAINTIFF AND COUNTER-DEFENDANT INFERNO INVESTMENT, INC.'S NOTICE OF ASSOCIATION OF COUNSEL  
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 13, 2026_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2026 | Lisa Carpenter | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

# Mailing Information for Case 2:22-ap-01125-DS

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Kyra E Andrassy**   kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Todd M Arnold**   tma@lnbyg.com
- **Leslie A Cohen**   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com
- **Max Fabricant**   mfabricant@lavelysinger.com
- **Thomas M Geher**   tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com
- **David B Golubchik**   dbg@lnbyg.com, dbg@lnbyg.com
- **Jonathan Gottlieb**   jdg@lnbyg.com
- **John W Lucas**   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **John A Moe**   john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com
- **Nicholas David Moss**   nmoss@molinolawfirm.com
- **Joseph M Rothberg**   jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **Howard Steinberg**   steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.law
- **Johnny White**   JWhite@wrslawyers.com, jlee@wrslawyers.com
- **Jaime K Williams**   jaime@lesliecohenlaw.com, jaime.williams@gmail.com