Richard M. Pachulski (CA Bar No. 90073)
Alan J. Kornfeld (CA Bar No. 130063)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
E-mail: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
jlucas@pszjlaw.com

*Attorneys for Yogi Securities Holdings, LLC*

FILED & ENTERED

NOV 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

CRESTLLOYD, LLC,

Debtor.

INFERNO INVESTMENT, INC., a Quebec corporation,

Plaintiff,

vs.

CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,

Defendants.

AND RELATED CROSS-ACTIONS

Case No. 2:21-bk-18205-DS

Chapter 11

Adv. No. 2:22-ap-01125-DS

**ORDER GRANTING MOTION TO EXTEND DEADLINES IN THE COURT'S JUNE 3, 2026, SCHEDULING ORDER**

/ / /



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

The court having reviewed and considered the "Amended Motion of Cross-Defendant Yogi Securities Holdings, LLC to Extend Deadlines in the Court's June 3, 2026, Scheduling Order and Declaration of Heather Silver in Support Thereof" (the "Motion," Docket No. 464) and the "Plaintiff and Counter Defendant Inferno Investment, Inc.'s Notice of Non-Opposition to Yogi Securities Holdings. LLC'S Motion to Extend the Court's June 3, 2026 Scheduling Order" (Docket No. 466) and the record in this proceeding, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. The dates in the June 3, 2026 Scheduling Order (Docket No. 450) are extended as follows:

| **Event** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Close of Fact Discovery | December 7, 2026 (Monday) | **March 31, 2027 (Wednesday)** |
| Initial Expert Disclosures & Reports | December 30, 2026 (Wednesday) | **April 23, 2027 (Friday)** |
| Rebuttal Expert Disclosures & Reports | January 25, 2027 (Monday) | **May 19, 2027 (Wednesday)** |
| Close of Expert Discovery | March 25, 2027 (Thursday) | **July 7, 2027 (Wednesday)** |
| Deadline to File Dispositive Motions | April 15, 2027 (Thursday) | **July 28, 2027 (Wednesday)** |

###

Date: November 12, 2026

Deborah J. Saltzman
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW