United States Bankruptcy Court

Central District of California

Inferno Investment, Inc.,
Plaintiff

Adv. Proc. No. 22-01125-DS

Crestlloyd, LLC,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 4

Date Rcvd: Nov 13, 2026 Form ID: pdf031 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Beth E Levine, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway 36th floor, New York, NY 10019-5975 |
| intp | + | Andre Mario Smith, 7938 Broadway No. 1263, Lemon Grove, CA 91946-7052 |
| dft | + | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| crd | | 1369 Londonderry Estate LLC, a California Limited |
| intp | | Courtesy NEF |
| crd | | Ground View LLLP, a Nevada Limited Liability Limit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| crc | | Hankey Capital, LLC, a California limited liabilit |
| cc | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hankey Capital, LLC, a California limited liabilit |
| cd | | Hankey Capital, LLC, a California limited liabilit |
| dft | | Hilldun Corporation |
| cd | | Hilldun Corporation, a New York Corporation |
| crd | | Hilldun Corporation, a New York Corporation |
| cd | | Inferno Investment, Inc. |
| pla | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| cd | | Inferno Investment, Inc. |
| crd | | Inferno Investment, Inc. |
| crd | | Jacqueline Englanoff |
| crd | | Joseph Englanoff |
| crd | | Justine Englanoff |
| crd | | Marbella Construction Inc., a California Corporati |
| crd | | N:Philanthropy LLC, a California Limited Liability |
| crd | | Nicole Englanoff |
| crd | | Nile Niami |
| crd | | Trousdale Estate LLC, a Nevada Limited Liability C |
| cc | | Yogi Securities Holdings, LLC |
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |

| | | |
|---|---|---|
| crd | | Yogi Securities Holdings, LLC |
| cc | | Yogi Securities Holdings, LLC |
| dft | | Yogi Securities Holdings, LLC |
| crd | | Yvonne Niami |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| crc | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |
| cd | *+ | Crestlloyd, LLC, 4470 W Sunset Blvd #362, Los Angeles, CA 90027-6302 |

TOTAL: 36 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B Golubchik | on behalf of Defendant Crestlloyd LLC dbg@lnbyg.com, dbg@lnbyg.com |
| Howard Steinberg | on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Howard Steinberg | on behalf of Defendant Hankey Capital LLC, a California limited liability company steinbergh@gtlaw.com, pearsallt@gtlaw.com;NEF-BK@gtlaw.com;howard-steinberg-6096@ecf.pacerpro.com |
| Jaime K Williams | on behalf of Plaintiff Inferno Investment Inc. jaime@lesliecohenlaw.com, jaime.williams@gmail.com |
| Jessica Wellington | on behalf of Defendant Hilldun Corporation jwellington@bg.law ecf@bg.law |
| Jessica Wellington | on behalf of Interested Party Courtesy NEF jwellington@bg.law ecf@bg.law |
| John A Moe, II | on behalf of Counter-Defendant Crestlloyd LLC john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Nicole Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Joseph Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Jacqueline Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |
| John A Moe, II | on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com |

John A Moe, II
on behalf of Cross Defendant Justine Englanoff john.moe@dentons.com kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

John W Lucas
on behalf of Counter-Claimant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
on behalf of Cross Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
on behalf of Defendant Yogi Securities Holdings LLC jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Johnny White
on behalf of Cross Defendant Trousdale Estate LLC a Nevada Limited Liability Company JWhite@wrslawyers.com, jlee@wrslawyers.com

Johnny White
on behalf of Cross Defendant Nicole Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White
on behalf of Cross Defendant Joseph Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White
on behalf of Cross Defendant Justine Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Johnny White
on behalf of Cross Defendant Jacqueline Englanoff JWhite@wrslawyers.com jlee@wrslawyers.com

Jonathan Gottlieb
on behalf of Interested Party Courtesy NEF gottlieb@schonbuchhallissy.com

Joseph M Rothberg
on behalf of Cross-Claimant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
on behalf of Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Joseph M Rothberg
on behalf of Counter-Defendant Crestlloyd LLC jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com

Kyra E Andrassy
on behalf of Plaintiff Inferno Investment Inc. kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com

Leslie A Cohen
on behalf of Plaintiff Inferno Investment Inc. leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;camille@lesliecohenlaw.com

Max Fabricant
on behalf of Cross Defendant Inferno Investment Inc. mfabricant@lavelysinger.com

Max Fabricant
on behalf of Counter-Defendant Inferno Investment Inc. mfabricant@lavelysinger.com

Max Fabricant
on behalf of Plaintiff Inferno Investment Inc. mfabricant@lavelysinger.com

Max Fabricant
on behalf of Interested Party Courtesy NEF mfabricant@lavelysinger.com

Nicholas David Moss
on behalf of Defendant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com

Nicholas David Moss
on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company nmoss@molinolawfirm.com

Paul Sorrell
on behalf of Counter-Defendant Inferno Investment Inc. psorrell@singerlaw.com, mdsinger@singerlaw.com

Paul Sorrell
on behalf of Plaintiff Inferno Investment Inc. psorrell@singerlaw.com, mdsinger@singerlaw.com

Paul Sorrell
on behalf of Cross Defendant Inferno Investment Inc. psorrell@singerlaw.com, mdsinger@singerlaw.com

Sharon Z. Weiss
on behalf of Cross Defendant Inferno Investment Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Sharon Z. Weiss
on behalf of Counter-Defendant Inferno Investment Inc. sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,sharon-weiss-7104@ecf.pacerpro.com

Thomas M Geher
on behalf of Interested Party Courtesy NEF tgeher@jeffer.com bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher
on behalf of Cross-Claimant Hankey Capital LLC, a California limited liability company tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com

Thomas M Geher
on behalf of Defendant Hankey Capital LLC, a California limited liability company tgeher@jeffer.com, bt@jmbm.com;tmg@ecf.courtdrive.com

Todd M Arnold
on behalf of Interested Party Courtesy NEF tma@lnbyg.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 42

Richard M. Pachulski (CA Bar No. 90073)
Alan J. Kornfeld (CA Bar No. 130063)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
E-mail: rpachulski@pszjlaw.com
akornfeld@pszjlaw.com
jlucas@pszjlaw.com

*Attorneys for Yogi Securities Holdings, LLC*

FILED & ENTERED

NOV 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CRESTLLOYD, LLC,<br><br>Debtor. | Case No. 2:21-bk-18205-DS<br><br>Chapter 11<br><br>Adv. No. 2:22-ap-01125-DS |
| INFERNO INVESTMENT, INC., a Quebec corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRESTLLOYD, LLC, a California limited liability company; HANKEY CAPITAL LLC, a California limited liability company, YOGI SECURITIES HOLDINGS, LLC, a Nevada limited liability company; and HILLDUN CORPORATION, a New York corporation,<br><br>Defendants. | **ORDER GRANTING MOTION TO EXTEND DEADLINES IN THE COURT'S JUNE 3, 2026, SCHEDULING ORDER** |
| AND RELATED CROSS-ACTIONS | |

/ / /



PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW

The court having reviewed and considered the "Amended Motion of Cross-Defendant Yogi Securities Holdings, LLC to Extend Deadlines in the Court's June 3, 2026, Scheduling Order and Declaration of Heather Silver in Support Thereof" (the "Motion," Docket No. 464) and the "Plaintiff and Counter Defendant Inferno Investment, Inc.'s Notice of Non-Opposition to Yogi Securities Holdings. LLC'S Motion to Extend the Court's June 3, 2026 Scheduling Order" (Docket No. 466) and the record in this proceeding, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. The dates in the June 3, 2026 Scheduling Order (Docket No. 450) are extended as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | December 7, 2026 (Monday) | **March 31, 2027 (Wednesday)** |
| Initial Expert Disclosures & Reports | December 30, 2026 (Wednesday) | **April 23, 2027 (Friday)** |
| Rebuttal Expert Disclosures & Reports | January 25, 2027 (Monday) | **May 19, 2027 (Wednesday)** |
| Close of Expert Discovery | March 25, 2027 (Thursday) | **July 7, 2027 (Wednesday)** |
| Deadline to File Dispositive Motions | April 15, 2027 (Thursday) | **July 28, 2027 (Wednesday)** |

###

Date: November 12, 2026

Deborah J. Saltzman
United States Bankruptcy Judge